*Counsel for Plaintiff:*

William M. Walker
WALKER & LEVESQUE, LLC
731 N Street
Anchorage, AK 99501
Voice 907.278.7000
Fax 907.278.7001
Email: bill-wwa@ak.net

David Boies
Robert Silver
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Voice 914.749.8200
Fax 914.749.8300
Email: dboies@bsfllp.com;
rsilver@bsfllp.com

Charles E. Cole
LAW OFFICES OF CHARLES E. COLE
406 Cushman Street
Fairbanks, AK 99701
Voice 907.452.1124
Fax 907.456.2523

John F. Cove, Jr.
Kenneth F. Rossman, IV
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Voice 510.874.1000
Fax 510.874.1460
Email: jcove@bsfllp.com;
krossman@bsfllp.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>Defendants. | SCANNED<br><br>CASE NO.: F05-26 CIV |

### MOTION AND APPLICATION BY NON-RESIDENT ATTORNEY
### TO APPEAR AND PARTICIPATE *PRO HAC VICE*

Pursuant to D.Ak. LR 83.1(d), Kenneth F. Rossman, IV, Esq. of BOIES,

SCHILLER & FLEXNER LLP, 1999 Harrison Street, Suite 900, Oakland, CA 94612,

telephone number (510) 874-1000, hereby applies for permission to appear and participate *pro hac vice* as co-counsel for Plaintiff the Alaska Gasline Port Authority in this action. As shown by the Declaration of Kenneth F. Rossman, IV filed herewith, Mr. Rossman is a member in good standing of the Bars of the States of California and Colorado, the Commonwealth of Virginia, and the District of Columbia and meets all the requirements for participation as set forth in D.Ak. LR 83.1.

BOIES, SCHILLER & FLEXNER LLP, through the undersigned, represents that the Applicant's professional character is good and that while he is not a member of the Alaska Bar Association, he is not otherwise disqualified from practicing law in the State of Alaska. Applicant will be associated with William M. Walker, WALKER & LEVESQUE, LLC, 731 N Street, Anchorage, Alaska 99501, telephone number (907) 278-7000, who is a member of the Alaska Bar association and authorized to practice law in the courts of Alaska.

DATED this 19th day of December, 2005.

BOIES, SCHILLER & FLEXNER LLP

By _____
Kenneth F. Rossman, IV
Colorado Bar No. 29249
Attorneys for Alaska Gasline Port
Authority

## **CONSENT**

The undersigned consents and moves for the granting of the application of Kenneth F. Rossman, IV to appear and participate as co-counsel in this action on behalf of Plaintiff the Alaska Gasline Port Authority. The undersigned is authorized to practice law in the State of Alaska and is admitted to the United States District Court for the District of Alaska.

WALKER & LEVESQUE, LLC

DATED:  1-11-06         By: _William M. Walker_____
                              William M. Walker
                              Alaska Bar No. 8310155

**Certificate of Service:**
I hereby certify that on the  11th  day of January, 2006, I caused a true and correct copy of the foregoing to be served upon each of the following as shown:

Attorney for Defendants Exxonmobil Corp and    (via U. S. First Class Mail)
  Exxonmobil Alaska
Douglas Serdahely, Esq.
PATTON BOGGS, LLP
601 W. 5TH Ave., Suite 700
Anchorage, AK  99501

Attorneys for Defendants BP PLC and BP  (via U. S. First Class Mail)
  Exploration (Alaska):
Jeffrey M. Feldman, Esq.
FELDMAN, ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501

BP P.L.C.                (via U. S. ~~Certified~~ Registered Mail)
International Headquarters
1 St. James's Square
London
SW1Y 4PD    United Kingdom

~~BP P.L.C.                (via U. S. Certified Mail)~~
North American Headquarters
28100 Torch Parkway
Warrenville, IL   60555-3938

By _Karen Obermann_____
   ~~Tara Lizotte~~  Karen Obermann

MOTION AND APPLICATION BY NON-RESIDENT ATTORNEY                    Page 3
TO APPEAR AND PARTICIPATE -- ROSSMAN
*The Alaska Gasline Port Authority v. Exxonmobil Corp., et al.*, Case No.F05-0026 CIV

David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
(914) 749-8200; (914) 749-8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
**WALKER & LEVESQUE, LLC**
731 N Street, Anchorage, AK 99501
(907) 278-7000; (907) 278-7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
**LAW OFFICES OF CHARLES E. COLE**
406 Cushman Street, Fairbanks, AK 99701
(907) 452-1124; (907) 456-2523 (fax)
colelaw@att.net

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>    Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>    Defendants. | CASE NO.: F05-0026 CIV |

## DECLARATION OF KENNETH F. ROSSMAN, IV
## IN SUPPORT OF
## MOTION AND APPLICATION BY NON-RESIDENT ATTORNEY
## TO APPEAR AND PARTICIPATE

Declaration of Kenneth F. Rossman, IV                                                                                          Page 1
*The Alaska Gasline Port Authority v. Exxonmobil, et al.* Case No. F05-0026 CIV.

I, Kenneth F. Rossman, IV, of the law firm of BOIES, SCHILLER & FLEXNER LLP, in support of the Motion and Application by Non-Resident Attorney to Appear and Participate, do hereby declare and affirm as follows:

1. Kenneth F. Rossman, IV is the only name by which I am known;

2. My office address is 1999 Harrison Street, Suite 900, Oakland, CA 94612;

3. My residence address is: 171 Camino Pablo, Orinda, CA 94563;

4. I have been admitted at the year designated to the following jurisdictions and courts:

   Commonwealth of Virginia, date of admission, 1996;

   District of Columbia, date of admission, 1997;

   State of Colorado, date of admission, 1998; and

   State of California, date of admission, 2005;

5. I am not subject the subject of any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice law;

6. I certify that I have read the local rules of this court; and

7. Attached hereto as Exhibit 1 is a Certificate of Good Standing from the State of Colorado.

Kenneth F. Rossman IV
Colorado Bar No. 29249

**Certificate of Service:**

I hereby certify that on the __11th__ day of January, 2006, I caused a true and correct copy of the foregoing to be served upon each of the following as shown:

Attorney for Defendants Exxonmobil Corp and    (via U. S. First Class Mail)
  Exxonmobil Alaska
Douglas Serdahely, Esq.
PATTON BOGGS, LLP
601 W. 5TH Ave., Suite 700
Anchorage, AK 99501

Attorneys for Defendants BP PLC and BP   (via U. S. First Class Mail)
  Exploration (Alaska):
Jeffrey M. Feldman, Esq.
FELDMAN, ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501

BP P.L.C.                (via U. S. ~~Certified~~ Registered Mail)
International Headquarters
1 St. James's Square
London
SW1Y 4PD    United Kingdom

BP P.L.C.                (via U. S. Certified Mail)
North American Headquarters
28100 Torch Parkway
Warrenville, IL 60555-3938

By _____
  ~~Tara Lizotte~~ Karen Obermann

Declaration of Kenneth F. Rossman, IV                                           Page 3
*The Alaska Gasline Port Authority v. Exxonmobil, et al.* Case No. F05-0026 CIV.



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Kenneth F. Rossman IV**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **18th** day of **March** A. D. **1998** and that at the date hereof the said **Kenneth F. Rossman IV** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **19th** day of **December** A. D. **2005**

**Susan J. Festag**