David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
(914) 749-8200; (914) 749-8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
**WALKER & LEVESQUE, LLC**
731 N Street, Anchorage, AK 99501
(907) 278-7000; (907) 278-7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
**LAW OFFICES OF CHARLES E. COLE**
406 Cushman Street, Fairbanks, AK 99701
(907) 452-1124; (907) 456-2523 (fax)
colelaw@att.net

*Attorneys for Plaintiff*

Receipt # 00127409 for K. Barry 1/11/06 B

RECEIVED JAN 11 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>Defendants. | CASE NO.: F-5-0026 CIV |

### MOTION AND APPLICATION BY NON-RESIDENT ATTORNEY
### TO APPEAR AND PARTICIPATE *PRO HAC VICE*

**SCANNED**

Pursuant to D.Ak. LR 83.1(d), Kevin J. Barry, Esq. of BOIES, SCHILLER & FLEXNER LLP, 1999 Harrison Street, Suite 900, Oakland, CA 94612, telephone number (510) 874-1000, hereby applies for permission to appear and participate *pro hac vice* as co-counsel for Plaintiff the Alaska Gasline Port Authority in this action. As shown by the Declaration of Kevin J. Barry filed herewith, Mr. Barry is a member in good standing of the Bar Association of the State of California and meets all the requirements for participation as set forth in D.Ak. LR 83.1.

BOIES, SCHILLER & FLEXNER LLP, through the undersigned, represents that the Applicant's professional character is good and that while he is not a member of the Alaska Bar Association, he is not otherwise disqualified from practicing law in the State of Alaska. Applicant will be associated with William M. Walker, WALKER & LEVESQUE, LLC, 731 N Street, Anchorage, Alaska 99501, telephone number (907) 278-7000, who is a member of the Alaska Bar association and authorized to practice law in the courts of Alaska.

DATED this 6th day of January, 2006.

BOIES, SCHILLER & FLEXNER LLP

By _____
Kevin J. Barry
California Bar No. 229748
Attorneys for Alaska Gasline Port Authority

## CONSENT

The undersigned consents and moves for the granting of the application of Kevin J. Barry to appear and participate as co-counsel in this action on behalf of Plaintiff the Alaska Gasline Port Authority. The undersigned is authorized to practice law in the State of Alaska and is admitted to the United States District Court for the District of Alaska.

WALKER & LEVESQUE, LLC

DATED: /-//-06    By: *[signature]*
William M. Walker
Alaska Bar No. 8310155

**Certificate of Service:**

I hereby certify that on the ___11th___ day of January, 2006, I caused a true and correct copy of the foregoing to be served upon each of the following as shown:

<u>Attorney for Defendants Exxonmobil Corp and</u>    **(via U. S. First Class Mail)**
  <u>Exxonmobil Alaska</u>
Douglas Serdahely, Esq.
PATTON BOGGS, LLP
601 W. 5TH Ave., Suite 700
Anchorage, AK  99501

<u>Attorneys for Defendants BP PLC and BP</u>    **(via U. S. First Class Mail)**
  <u>Exploration (Alaska):</u>
Jeffrey M. Feldman, Esq.
FELDMAN, ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501

BP P.L.C.    **(via U. S. Mail, Registered)**
International Headquarters
1 St. James's Square
London
SW1Y 4PD    United Kingdom

MOTION AND APPLICATION BY NON-RESIDENT ATTORNEY    Page 3
TO APPEAR AND PARTICIPATE -- BARRY
*The Alaska Gasline Port Authority v. Exxonmobil Corp., et al.*, Case No.F05-0026 CIV

BP P.L.C.          **(via U. S. Certified Mail)**
North American Headquarters
28100 Torch Parkway
Warrenville, IL   60555-3938

By _____/s/_____
~~Tara Lizotte~~   Koren Oberman

David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
(914) 749-8200; (914) 749-8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
**WALKER & LEVESQUE, LLC**
731 N Street, Anchorage, AK 99501
(907) 278-7000; (907) 278-7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
**LAW OFFICES OF CHARLES E. COLE**
406 Cushman Street, Fairbanks, AK 99701
(907) 452-1124; (907) 456-2523 (fax)
colelaw@att.net

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>Defendants. | CASE NO.: F05-0026 CIV |

**DECLARATION OF KEVIN J. BARRY
IN SUPPORT OF
MOTION AND APPLICATION BY NON-RESIDENT ATTORNEY
TO APPEAR AND PARTICIPATE**

Declaration of Kevin J. Barry                                              Page 1
*The Alaska Gasline Port Authority v. Exxonmobil, et al.* Case No. F05-0026 CIV.

I, Kevin J. Barry, of the law firm of BOIES, SCHILLER & FLEXNER LLP, in support of the Motion and Application by Non-Resident Attorney to Appear and Participate, do hereby declare and affirm as follows:

1. Kevin J. Barry is the only name by which I am known.

2. My office address is 1999 Harrison Street, Suite 900, Oakland, CA 94612.

3. My residence address is 207 Masonic Avenue, San Francisco, CA 94118.

4. I have been admitted at the year designated to the following jurisdictions and courts:

    State of California, date of admission: 2003.

    United States District Court, Central District of California, date of admission: 2004

5. I am not the subject of any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice law;

6. I certify that I have read the local rules of this court; and

7. Attached hereto as Exhibit 1 is my Certificate of Good Standing from the State of California.

_____
Kevin J. Barry
California Bar No. 229748

Declaration of Kevin J. Barry                                                                 Page 2
The Alaska Gasline Port Authority v. Exxonmobil, et al. Case No. F05-0026 CIV.

**Certificate of Service:**

I hereby certify that on the ___11th___ day of January, 2006, I caused a true and correct copy of the foregoing to be served upon each of the following as shown:

Attorney for Defendants Exxonmobil Corp and   (via U. S. First Class Mail)
  Exxonmobil Alaska
Douglas Serdahely, Esq.
PATTON BOGGS, LLP
601 W. 5TH Ave., Suite 700
Anchorage, AK  99501

Attorneys for Defendants BP PLC and BP   (via U. S. First Class Mail)
  Exploration (Alaska):
Jeffrey M. Feldman, Esq.
FELDMAN, ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501

BP P.L.C.              (via U. S. Mail, Registered)
International Headquarters
1 St. James's Square
London
SW1Y 4PD    United Kingdom

BP P.L.C.              (via U. S. Certified Mail)
North American Headquarters
28100 Torch Parkway
Warrenville, IL   60555-3938

By_____
~~Tara Lizette~~  Karen Obermann

Declaration of Kevin J. Barry                                                                 Page 3
*The Alaska Gasline Port Authority v. Exxonmobil, et al.* Case No. F05-0026 CIV.

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

January 5, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KEVIN JAMES BARRY was admitted to the practice of law in this state by the Supreme Court of California on December 30, 2003; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records