David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
(914) 749-8200; (914) 749-8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
**WALKER & LEVESQUE, LLC**
731 N Street, Anchorage, AK 99501
(907) 278-7000; (907) 278-7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
**LAW OFFICES OF CHARLES E. COLE**
406 Cushman Street, Fairbanks, AK 99701
(907) 452-1124; (907) 456-2523 (fax)
colelaw@att.net

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, <br><br> Defendants. | CASE NO.: F05-0026 CIV |

### MOTION AND APPLICATION BY NON-RESIDENT ATTORNEY
### TO APPEAR AND PARTICIPATE *PRO HAC VICE*

**SCANNED**

Receipt #06127408 for R. Silver 1/11/06 PS

Pursuant to D.Ak. LR 83.1(d), Robert Silver, Esq. of BOIES, SCHILLER & FLEXNER LLP, 333 Main Street, Armonk, New York, 10504, telephone number (914) 749-8200, hereby applies for permission to appear and participate *pro hac vice* as co-counsel for Plaintiff The Alaska Gasline Port Authority in this action. As shown by the Declaration of Robert Silver filed herewith, Mr. Silver is a member in good standing of the Bar Association of the State of New York and meets all the requirements for participation as set forth in D.Ak. LR 83.1.

BOIES, SCHILLER & FLEXNER LLP, through the undersigned, represents that the Applicant's professional character is good and that while he is not a member of the Alaska Bar Association, he is not otherwise disqualified from practicing law in the State of Alaska. Applicant will be associated with William M. Walker, WALKER & LEVESQUE, LLC, 731 N Street, Anchorage, Alaska 99501, telephone number (907) 278-7000, who is a member of the Alaska Bar association and authorized to practice law in the courts of Alaska.

DATED this 19th day of December, 2005.

BOIES, SCHILLER & FLEXNER LLP

By _____
Robert Silver
New York Bar No. RS7770
Attorneys for Alaska Gasline Port Authority

## CONSENT

The undersigned consents and moves for the granting of the application of Robert B. Silver to appear and participate as co-counsel in this action on behalf of Plaintiff the Alaska Gasline Port Authority. The undersigned is authorized to practice law in the State of Alaska and is admitted to the United States District Court for the District of Alaska.

WALKER & LEVESQUE, LLC

DATED: __1-11-06__    By: _____
William M. Walker
Alaska Bar No. 8310155

**Certificate of Service:**
I hereby certify that on the __11th__ day of January, 2006, I caused a true and correct copy of the foregoing to be served upon each of the following as shown:

Attorney for Defendants Exxonmobil Corp and    (via U. S. First Class Mail)
 Exxonmobil Alaska
Douglas Serdahely, Esq.
PATTON BOGGS, LLP
601 W. 5TH Ave., Suite 700
Anchorage, AK  99501

Attorneys for Defendants BP PLC and BP (via U. S. First Class Mail)
 Exploration (Alaska):
Jeffrey M. Feldman, Esq.
FELDMAN, ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501

BP P.L.C.          (via U. S. ~~Certified~~ Registered Mail)
International Headquarters
1 St. James's Square
London
SW1Y 4PD    United Kingdom

MOTION AND APPLICATION BY NON-RESIDENT ATTORNEY                Page 3
TO APPEAR AND PARTICIPATE -- SILVER
*The Alaska Gasline Port Authority v. Exxonmobil Corp., et al.*, Case No. F05-0026 CIV

BP P.L.C.          (via U. S. Certified Mail)
North American Headquarters
28100 Torch Parkway
Warrenville, IL   60555-3938

By_____
   ~~Tara Lizotte~~  Karen Obermann

David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
(914) 749-8200; (914) 749-8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
**WALKER & LEVESQUE, LLC**
731 N Street, Anchorage, AK 99501
(907) 278-7000; (907) 278-7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
**LAW OFFICES OF CHARLES E. COLE**
406 Cushman Street, Fairbanks, AK 99701
(907) 452-1124; (907) 456-2523 (fax)
colelaw@att.net

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>              Plaintiff,<br><br>     v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>              Defendants. | CASE NO.: F05-0026 CIV |

**DECLARATION OF ROBERT B. SILVER
IN SUPPORT OF
MOTION AND APPLICATION BY NON-RESIDENT ATTORNEY
TO APPEAR AND PARTICIPATE**

Declaration of Robert B. Silver                                                                                            Page 1
*The Alaska Gasline Port Authority v. Exxonmobil, et al.* Case No. F05-0026 CIV

I, Robert Silver, of the law firm of BOIES, SCHILLER & FLEXNER LLP, in support of the Motion and Application by Non-Resident Attorney to Appear and Participate, do hereby declare and affirm as follows:

1. Robert Silver is the only name by which I am known.

2. My office address is 333 Main Street, Armonk, New York 10504.

3. My resident address is: 300 Taconic Road, Greenwich, Connecticut 06831.

4. I have been admitted at the year designated to the following jurisdictions and courts:

   United States District Court for the Southern District of New York (1985)
   United States District Court for the Eastern District of New York (1985)
   First Department of the State of New York (1985)

5. I am not the subject of any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice law;

6. I certify that I have read the local rules of this court; and

7. Attached hereto as Exhibit 1 is a Certificate of Good Standing from the New York Bar Association.

   _____
   Robert Silver
   New York Bar No. RS7770

**Certificate of Service:**

I hereby certify that on the ___11th___ day of January, 2006, I caused a true and correct copy of the foregoing to be served upon each of the following as shown:

<u>Attorney for Defendants Exxonmobil Corp and</u>   (via U. S. First Class Mail)
  <u>Exxonmobil Alaska</u>
Douglas Serdahely, Esq.
PATTON BOGGS, LLP
601 W. 5TH Ave., Suite 700
Anchorage, AK  99501

<u>Attorneys for Defendants BP PLC and BP</u>  (via U. S. First Class Mail)
  <u>Exploration (Alaska):</u>
Jeffrey M. Feldman, Esq.
FELDMAN, ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501

BP P.L.C.                (via U. S. ~~Certified~~ Registered Mail)
International Headquarters
1 St. James's Square
London
SW1Y 4PD    United Kingdom

BP P.L.C.                (via U. S. Certified Mail)
North American Headquarters
28100 Torch Parkway
Warrenville, IL   60555-3938

By____[signature]____
   ~~Tara Lizotte~~   Karen Obermann

---

Declaration of Robert B. Silver                                                                Page 3
*The Alaska Gasline Port Authority v. Exxonmobil, et al.* Case No. F05-0026 CIV

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ROBERT B. SILVER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 14th day of January, 1985 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

December 19, 2005



Catherine O'Hagan Wolfe

Clerk

751