David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
(914) 749-8200; (914) 749-8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
**WALKER & LEVESQUE, LLC**
731 N Street, Anchorage, AK 99501
(907) 278-7000; (907) 278-7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
**LAW OFFICES OF CHARLES E. COLE**
406 Cushman Street, Fairbanks, AK 99701
(907) 452-1124; (907) 456-2523 (fax)
colelaw@att.net

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO.: F-5-0026 CIV |

## NOTICE OF FILING PROOF OF SERVICE
## UPON DEFENDANTS

LAW OFFICES
WALKER &
LEVESQUE
LLC
731 N Street
RAGE, ALASKA 99501
IE: (907) 278-7000
ILE: (907) 278-7001

Plaintiff, The Alaska Gasoline Port Authority by and through its attorneys, WALKER & LEVESQUE, LLC, hereby files proof of service pursuant to F.R.C.P. 4 upon Defendant Exxonmobil Corporation, Exxonmobil Alaska Production, Inc., BP P.L.C., and BP Exploration (Alaska), Inc.   Attached hereto as Exhibits A through F are the Returns of Service upon each of the above-named Defendants, as well as proof of delivery of the Summons and Complaint upon each of the Defendants' known corporate offices, in compliance with F.R.C.P. 4(h).

DATED at Anchorage, Alaska this 2nd day of February, 2006.

WALKER & LEVESQUE, LLC
Attorneys for Alaska Gasline Port Authority

#8706032

By _Joseph A. Levesque_
for   William M. Walker
       Alaska Bar No. 8310155

**Certificate of Service:**

I hereby certify that on the __2nd__ day of February, 2006, I caused a true and correct copy of the foregoing to be served upon each of the following as shown:

Attorney for Defendants Exxonmobil Corp and   **(via U. S. First Class Mail)**
  Exxonmobil Alaska
Douglas Serdahely, Esq.
PATTON BOGGS, LLP
601 W. 5TH Ave., Suite 700
Anchorage, AK  99501

Attorneys for Defendants BP PLC and BP   **(via U. S. First Class Mail)**
  Exploration (Alaska):
Jeffrey M. Feldman, Esq.
FELDMAN, ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK  99501

By: _Karen Obermann_
     Tara Lizotte   Karen Obermann

AW OFFICES
WALKER &
LEVESQUE
LLC
31 N Street
AGE, ALASKA 99501
: (907) 278-7000
E: (907) 278-7001