# UNITED STATES DISTRICT COURT

District of ALASKA

THE ALASKA GASLINE PORT AUTHORITY

    Plaintiff,

V.

EXXONMOBIL CORPORATION, a New Jersey Corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA), INC., a Delaware corporation,

    Defendants.

*Supplemental*
SUMMONS IN A CIVIL ACTION

CASE NUMBER:

F05-0026 CIV

TO: (Name and address of Defendant)

BP P.L.C.
The Lord John Browne of Madingley,
Group Chief Executive
1 St. James's Square
London, SW1Y 4PD  United Kingdom

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William M. Walker
WALKER & LEVESQUE, LLC
731 N Street
Anchorage, AK 99501

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
CLERK

(By) DEPUTY CLERK

DATE: December 19, 2005

Exhibit 1
Page 1 of 8

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY<br>    PLAINTIFF/PETITIONER<br>VS.<br>EXXONMOBIL CORPORATION, ET AL<br>    DEFENDANT/RESPONDENT | CAUSE #:<br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Ju and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 196 (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
910 5th Ave. Seattle, WA 98104
(206) 521-9000
TRACKING #: 2445387

**ORIGINAL
PROOF OF SERVICE**

WALKER & LEVESC
731 N
ANCHORAGE, A
907
Pa

Exhibit 1
Page 2 of 8

# CERTIFICATE ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformement a l'article 6 de ladite Convention.

1) that the document has been served the (date):
   que le demande a ete executee le (date):
   **Thursday 12 January 2006**

   -at (place, street, number):
   -a (localite, rue, numero):
   **1 St James's Square, London, SW1Y 4PD, England (registered office of BP plc)**

   - in one of the following methods authorised by article 5:
   - dans une des formes suivantes prevues a l'article 5:

   a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
      ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   b) in accordance with the following particular method:
      selon la forme particuliere suivante:
      **Personally served upon BP plc at the direction of the Senior Master of the Queen's Bench Division of the Supreme Court of England and Wales by the agent for the purpose of Graham Henry Bridgman, a Solicitor of the Supreme Court of England and Wales, by a method prescribed by the internal law of England and Wales for the service of documents in domestic actions upon persons who are within its territory**

   c) ~~by delivery to the addressee, who accepted it voluntarily~~
      ~~par remise simple~~

   the documents referred to in the request have been delivered to:
   les documents mentionnes dans la demande ont ete remis a:

   - (identity and description of person):
   - (identite et qualite de la personne):
      **Peter Bevan**

   - relationship to the addressee (family, business or other):
   - liens de parente de subordinaion ou autres avec le desinataire de l'acts:
      **Group General Counsel for BP plc**

2) ~~that the document has not been served, by reason of the following facts:~~
   ~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses detailed in the attached statement~~
~~conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci joint~~

Annexes
Documents returned
Pieces renvoyees
in appropriate cases, documents establishing the service
le cas echeant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date): *17TH JANUARY 2006*
le:

Signature and/or stamp:
Signature et/ou cachet:

[Stamp: SUPREME COURT OF ENGLAND & WALES, 17 JAN 2006, QBD]

26.1.183

Exhibit 1
Page 3 of 8

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| The Alaska Gasline Port Authority,<br><br>                Plaintiff,<br><br>v.<br><br>Exxonmobil Corporation, et al<br><br>                Defendants. | No.: F 05-0026 CIV |

### Witness Statement of Service in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents In Civil or Commercial Matters

I, **DAVID LLEWELYN MORGAN**, Process Server, of Talbot House, Sulhamstead Hill, Sulhamstead, RG7 4DG, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman a Solicitor of the Supreme Court of England and Wales who was in turn acting at the direction of the Central Authority of England and Wales.

2. On Thursday the 12th day of January 2006 before 1700 hours, I served BP Plc, one of the Defendants herein, with the Summons in a Civil Action, together with the Civil Cover Sheet and Complaint, together with the Hague Convention Summary of the Document to be Served and the Hague Convention Notice, by handing them to and leaving them with Peter Bevan, who acknowledged himself to be Group General Counsel for BP Plc, at 1 St James's Square, London, SW1Y 4PD, England, being the registered office of BP Plc.

3. Exhibited hereto marked 'A' is a bundle containing a copy of each of the documents so served by me.

4. Service has been effected, as directed by the requesting authority, in accordance with a method prescribed by the internal law of England and Wales and thus in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.

I believe that the facts stated in this witness statement are true

Dated:      12 January 2006

Signed:     _____
                    DAVID LLEWELYN MORGAN

I hereby certify that this is a true copy of the original

Signature _____
G H Bridgman LLB Solicitor

Date 13 January 2006

Exhibit 1
Page 4 of 8

U.S. Department of Justice
United States Marshals Service

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Rick Hamilton<br>910 5th Ave.<br>Seattle, WA 98104 USA<br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4 c 2 (a) Federal Rules of Civil Procedure | The Senior Master of the Supreme Court, Queen's Bench Division<br>Royal Courts of Justice<br>Strand<br>London, WC2A 2LL, England |

The undersigned applicant has the honour to transmit in duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

**(identity and address)**

*Le requérant soussigné à l'honneur de faire parvenir en double exemplaire à l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en signifier rapidement un exemplaire au destinataire, savoir :*
*(identité et adresse)*

BP p.l.c., 1 St. James's Square, London, England SW1Y 4PD

☐ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b).*
To be served upon Defendant at the direction of the Central Authority by Graham Bridgman solicitor of the Supreme Of England and Wales (or his agent for the purpose) by a method prescribed by the internal law of England and Wales for the service Of documents in domestic actions upon persons who are within it's territory

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) la cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte et de ses annexes avec l'attestation figurant au verso.*

| List of documents<br>*Énumération des pièces* | Done at Seattle, WA , the 9th Dec. 2005<br>*Fait à , le* |
|---|---|
| Summon in a Civil Action<br>Civil Cover Sheet<br>Complaint | Signature and/or stamp<br>*Signature et/ou cachet*<br>[signature] |

*Delete if inappropriate
*Rayer les mentions inutiles*

(Formerly OBD-116, which was formely LAA-116, both...)

Exhibit 1
Page 5 of 8

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority:  Rick Hamilton
910 5th Avenue
Seattle, Washington 98104
United States of America

Particulars of the parties:

THE ALASKA GASLINE PORT AUTHORITY   vs.   EXXONMOBIL CORPORATION, ET AL

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of the institution against them of a claim for civil damages, and summon them to answer to the complaint.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty days from receipt of the Summons to answer to the complaint, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
        Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

Exhibit 1
Page 6 of 8

TRACKING #: 2445387



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| The Alaska Gasline Port Authority,<br><br>          Plaintiff,<br><br>     v.<br><br>Exxonmobil Corporation, et al<br><br>          Defendants. | No.: F 05-0026 CIV |

Exhibit A to the Witness Statement of David Llewelyn Morgan

This is the exhibit marked "A" to my witness statement dated today.

Dated:     12 January, 2006

Signed:    _____

DAVID LLEWELYN MORGAN

Exhibit 1
Page 7 of 8

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority:   Rick Hamilton
910 5th Avenue
Seattle, Washington 98104
United States of America

Particulars of the parties:
THE ALASKA GASLINE PORT AUTHORITY    vs.    EXXONMOBIL CORPORATION, ET AL.

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of the institution against them of a claim for civil damages, and summon them to answer to the complaint.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty days from receipt of the Summons to answer to the complaint, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

Exhibit 1
Page 8 of 8

TRACKING #: 2445387



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate