# RETURN OF SERVICE OF WRIT
## STATE OF ALASKA

<u>ALASKA</u> Judicial District  <u>UNITED STATES</u> Court  <u>DISTRICT</u>  Court No. <u>F05-0026-CIV</u>

THE ALASKA GASLINE PORT AUTHORITY, )
)
)
)
VS )
)
EXXONMOBIL ET AL, )
)
)
)

I hereby certify and return that I served the annexed **SUMMONS AND COMPLAINT** on the therein named **BP EXPLORATION INC** by handing to and leaving a true and correct copy thereof with **LEONA LEAR, ACCEPTING SERVICE AS REGISTERED AGENT FOR BP EXPLORATION INC,** Personally at **801 W 10TH STREET, SUITE 300** at **JUNEAU**, Alaska in the said district at **2:35 PM** on the **19TH** day of **DECEMBER, 2005.**

| | | |
|---|---|---|
| Service fee | $ | 35.00 |
| Mileage fee | $ | 10.00 |
| Sales Tax | $ | 2.25 |
| Total | $ | 47.25 |

CIVIL CLAIMS SERVICE
P.O. Box 33898
Juneau, Alaska 99803
(907) 789-5776

By: _____
Civilian Process Server
Return Date **12/19/05**

Subscribed and sworn to before me this <u>19TH</u> day of <u>DECEMBER 2005</u>

Exhibit 4
Page 1

*Karen Cary*
Notary Public In and For the State of Alaska
My Commission Expires: <u>8-17-07</u>

STATE OF ALASKA
OFFICIAL SEAL
Karen Cary
NOTARY PUBLIC
My Commission Expires 8/17/07

# UNITED STATES DISTRICT COURT

District of **ALASKA**

THE ALASKA GASLINE PORT AUTHORITY

    Plaintiff,

V.

EXXONMOBIL CORPORATION, a New Jersey Corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA), INC., a Delaware corporation,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **F05-0026 CIV**

TO: (Name and address of Defendant)

BP EXPLORATION (ALASKA) INC.
c/o CT Corporation System, Registered Agent
801 W. 10th Street, Suite 300
Juneau, AK 99801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William M. Walker
WALKER & LEVESQUE, LLC
731 N Street
Anchorage, AK 99501

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA ROMACK
CLERK

By) DEPUTY CLERK

DATE December 19, 2005

Exhibit 4
Page 2

◆AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                        *Signature of Server*

                          _____
                                  *Address of Server*

Exhibit 4
Page 3

*Please see attached*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.