Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com

Bradley S. McKim (Alaska Bar No. 0511089)
BP Exploration (Alaska) Inc.
900 East Benson Boulevard
PO Box 196612
Anchorage, AK 99519-6612
Telephone: (907) 564-5154
Facsimile: (907) 564-4031
mckimbs@bp.com

Ronald C. Redcay (Cal. SBN 067236)
Matthew T. Heartney (Cal. SBN 123516)
Angel L. Tang (Cal. SBN 205396)
(*Pro Hac Vice Applications Pending*)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Ronald_Redcay@aporter.com
Matthew_Heartney@aporter.com
Angel_Tang@aporter.com

Attorneys for Defendant
BP Exploration (Alaska) Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, ) ) ) Plaintiff, ) ) v. ) ) EXXONMOBIL CORPORATION, a New ) Jersey corporation; EXXONMOBIL ) ALASKA PRODUCTION, INC., a ) Delaware corporation; BP P.L.C., a ) United Kingdom corporation; and BP ) EXPLORATION (ALASKA) INC., a ) Delaware corporation, ) ) Defendants. ) ) | Case No. F05-0026 CIV<br><br>**MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE** |

      Angel Lisa Tang, Esq. of Arnold & Porter LLP, 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844, telephone number (213) 253-4000, hereby applies for permission to appear and participate, pursuant to D.Ak. LR 83.1(d), as co-counsel for BP Exploration (Alaska) Inc., in this action.

      Ms. Tang will associate with Jeffrey M. Feldman, a member of the Bar of this Court, who maintains an office at a place within the district, with whom the Court and opposing counsel may readily communicate regarding this case.

      Ms. Tang is a member in good standing of the Bar of the State of California. A copy of the certification of Ms. Tang's good standing with the Bar of the State of California is attached.

      Dated this 2nd day of February, 2006.

ARNOLD & PORTER LLP

By: s/Angel Lisa Tang (consent)

Angel Lisa Tang
Attorney for BP Exploration (Alaska) Inc.
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

## CONSENT OF LOCAL COUNSEL

The undersigned consents and moves for the granting of the application of Angel Lisa Tang to appear and participate as co-counsel in this action on behalf of Defendant BP Exploration (Alaska) Inc. The undersigned is authorized to practice law in the State of Alaska and is admitted to the United States District Court for the District of Alaska.

Dated this 2nd day of February, 2006.

> By:  s/Jeffrey M. Feldman
> Jeffrey M. Feldman
> Attorneys for Defendant
> BP Exploration (Alaska) Inc.
> 500 L Street, Suite 400
> Anchorage, Alaska 99501
> Telephone:  (907) 272-3538
> Facsimile:  (907) 274-0819
> feldman@frozenlaw.com
> (ABA No. 7605029)

**Certificate of Service**

I hereby certify that on February 2, 2006, a copy of the foregoing Motion And Application Of Non-Resident Attorney For Permission To Appear And Participate and [proposed] Order were served electronically on David Boies, Robert Silver, John F. Cove, Jr., William M. Walker, Charles E. Cole

> By:  s/Jeffrey M. Feldman