Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

Bradley S. McKim (Alaska Bar No. 0511089)
BP Exploration (Alaska) Inc.
900 East Benson Boulevard
PO Box 196612
Anchorage, AK 99519-6612
Telephone:  (907) 564-5154
Facsimile:  (907) 564-4031
mckimbs@bp.com

Ronald C. Redcay (Cal. SBN 067236)
Matthew T. Heartney (Cal. SBN 123516)
Angel L. Tang (Cal. SBN 205396)
(*Pro Hac Vice Applications Pending*)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199
Ronald_Redcay@aporter.com
Matthew_Heartney@aporter.com
Angel_Tang@aporter.com

Attorneys for Defendant
BP Exploration (Alaska) Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,                )<br>                                                                      )<br>                           Plaintiff,                )<br>                                                                      )<br>               v.                                             )<br>                                                                      )<br>EXXONMOBIL CORPORATION, a New)<br>Jersey corporation; EXXONMOBIL        )<br>ALASKA PRODUCTION, INC., a              )<br>Delaware corporation; BP P.L.C., a        )<br>United Kingdom corporation; and BP     )<br>EXPLORATION (ALASKA) INC., a          )<br>Delaware corporation,                               )<br>                                                                      )<br>                           Defendants.              )<br>                                                                      ) | Case No. F05-0026 CIV<br><br><br><br><br>**PROPOSED ORDER GRANTING MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE** |

Order Granting Motion and Application by Non-Resident Attorney-Heartney
*The Alaska Gasline Port Authority v. Exxonmobil Corp., et al.*, Case No. F05-0026 CIV
Page 1 of 2

The Motion and Application of Matthew Thomas Heartney to appear as co-counsel in the above-referenced case is granted.

DATED  this ___ day of _____, 2006.

_____
Honorable Ralph R. Beistline
U. S. District Court Judge

Order Granting Motion and Application by Non-Resident Attorney-Heartney
*The Alaska Gasline Port Authority v. Exxonmobil Corp., et al.*, Case No. F05-0026 CIV
Page 2 of 2