David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
(914) 749-8200; (914) 749-8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
**WALKER & LEVESQUE, LLC**
731 N Street, Anchorage, AK 99501
(907) 278-7000; (907) 278-7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
**LAW OFFICES OF CHARLES E. COLE**
406 Cushman Street, Fairbanks, AK 99701
(907) 452-1124; (907) 456-2523 (fax)
colelaw@att.net

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXXONMOBIL CORPORATION, a New ) <br> Jersey corporation; EXXONMOBIL ) <br> ALASKA PRODUCTION, INC., a Delaware ) <br> corporation; BP P.L.C., a United Kingdom ) <br> corporation; and BP EXPLORATION ) <br> (ALASKA) INC., a Delaware corporation, ) <br> ) <br> Defendants. ) | CASE NO.: F-5-0026 CIV |

**AFFIDAVIT OF SERVICE**

LAW OFFICES
WALKER &
LEVESQUE
LLC
731 N Street
ANCHORAGE, ALASKA 99501
PHONE: (907) 278-7000
FACSIMILE: (907) 278-7001

Affidavit of Service Upon Defendants                                    Page 1
*The Alaska Gasline Port Authority v. Exxonmobil, et al., F-05-0026 CI*

STATE OF ALASKA          )
                         ) ss
<u>THIRD JUDICIAL DISTRICT</u>    )

    I, Shelley J. Garey, paralegal with the law firm of WALKER & LEVESQUE, LLC, being first duly sworn, states:

    1.    On December 20, 2005, I caused to be personally served a copy of the SUMMONS, COMPLAINT and CASE DESCRIPTION FORM upon each of the following:

    Exxonmobil Alaska
    C Street, Calais Building
    Anchorage, Alaska  99503

    BP Exploration (Alaska), Inc.
    900 Benson Blvd.
    Anchorage, Alaska  99503

    2.    On December 20, 2005 I also caused to be served via First Class Certified Mail, Return Receipt Requested, a copy of the SUMMONS, COMPLAINT and CASE DESCRIPTION FORM upon each of the following:

    T. R. Walters, President
    ExxonMobil Alaska Production, Inc.
    800 Bell Street
    Houston, Texas 77002

    Rex S. Tillerson, President
    ExxonMobil Corporation
    P. O. Box 392
    Corp EMB RM 2441
    Houston, Texas  77001-0392

    BP Exploration (Alaska), Inc.
    P. O. Box 196611
    Anchorage, AK  99519

    Stephen Marshall, President
    BP Exploration (Alaska), Inc.
    4101 Winfield Rd.
    Warrenville, IL  60555

    BP P.L.C.
    c/o Verlyn W. Holt, President
    BP America Production Company
    4101 Winfield Road

LAW OFFICES
WALKER &
LEVESQUE
LLC
731 N Street
ANCHORAGE, ALASKA 99501
PHONE: (907) 278-7000
FACSIMILE: (907) 278-7001

Affidavit of Service Upon Defendants                     Page 2
*The Alaska Gasline Port Authority v. Exxonmobil, et al., F-05-0026 CI*

Warrenville, IL 60555

BP P.L.C.
North American Headquarters
28100 Torch Parkway
Warrenville, IL 60555-3938

    Attached hereto as Exhibit 1 are copies of the returned Certified Mail Receipts and Courier Slips verifying receipt of the documents served.

_____
Shelley J. Garey

SUBSCRIBED and SWORN TO before me this 2nd day of February, 2006.

_____
Notary Public in & for Alaska
My Commission Expires: 1-17-09

LAW OFFICES
WALKER &
LEVESQUE
LLC
731 N Street
ANCHORAGE, ALASKA 99501
PHONE: (907) 278-7000
FACSIMILE: (907) 278-7001