| | |
|---|---|
| ☐ Complete items 1 and/or 2 for additional services.<br>☐ Complete items 3, 4a, and 4b.<br>☐ Print your name and address on the reverse of this form so that we can return this card to you.<br>☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>☐ Write *"Return Receipt Requested"* on the mailpiece below the article number.<br>☐ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery |

3. Article Addressed to:

T.R. Walters, President
ExxonMobil Alaska Production, Inc.
800 Bell Street
Houston, TX 77002

4a. Article Number
7099 3220 0004 9019 2427

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
DEC 28 2005

5. Received By: (Print Name)

6. Signature (Addressee or Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994        102595-99-B-0223   Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

| | |
|---|---|
| Postage | $ 3.85 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 7.90 |

Postmark Here

Name: T.R. Walters, President
Street: ExxonMobil Alaska Production, Inc.
       800 Bell Street
City, St: Houston, TX 77002

PS Form ...

Exhibit 1
Page 1 of 8

AGPA
v.
Exxon et al

F05-0026 civ

ference Numbers:
  181-6.

ocuments: Complaint,
Summons,
Civil Cover Sheet

**Elite Courier Services**
Admin: 569-4440
Rush-Line: 440-4440

Firm: Walker & Levesque
Contact: Shelley Hewitt
Phone: 218-1000                                A.M. / P.M.

Rush | Initiated: _____ 12-20 _____ By: ___
     | Completed: _____ 12-20 _____ By: ___
XPRS | Time: 2:55

Instructions: Please deliver to:
3301C ExxonMobil Alaska,
3300 Calais Bldg. - C Street
#400 Anch, AK.
attn: Richard Owen

Received: Brianna Hall

Exhibit 1
Page 2 of 8

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

3. Article Addressed to:

Rex W. Tillerson, President
ExxonMobil Corporation
P. O. Box 392
Corp EMB RM 2441
Houston, TX 77001-0392

4a. Article Number
7099 3220 0004 9019 1918

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature (Addressee or Agent)  GEE

PS Form **3811**, December 1994          102595-99-B-0223    Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

| | |
|---|---|
| Postage | $ 3.85 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 7.90 |

Postmark Here

7099 3220 0004 9019 1918

Name: Rex W. Tillerson, President
ExxonMobil Corporation
Street: P. O. Box 392
Corp EMB RM 2441
City, S: Houston, TX 77001-0392

PS Form ...                    ...structions

Exhibit 1
Page 3 of 8

| | |
|---|---|
| **SENDER:** <br> ☐ Complete items 1 and/or 2 for additional services. <br> ☐ Complete items 3, 4a, and 4b. <br> ☐ Print your name and address on the reverse of this form so that we can return this card to you. <br> ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit. <br> ☐ Write *"Return Receipt Requested"* on the mailpiece below the article number. <br> ☐ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee): <br> 1. ☐ Addressee's Address <br> 2. ☐ Restricted Delivery |

| 3. Article Addressed to: | 4a. Article Number· <br> 7099 3220 0004 9019 1932 |
|---|---|
| BP Exploration (Alaska) Inc. <br> P. O. Box 196611 <br> Anchorage, AK 99519 | 4b. Service Type <br> ☐ Registered  ☒ Certified <br> ☐ Express Mail  ☐ Insured <br> ☐ Return Receipt for Merchandise  ☐ COD |
| | 7. Date of Delivery <br> 12 2 2 |
| 5. Received By: (Print Name) <br> *W. NED* | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature (Addressee or Agent) <br> *[signature]* | |

PS Form **3811**, December 1994        102595-99-B-0223        Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

| | |
|---|---|
| Postage | $ 3.85 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total | $ 7.90 |

Postmark Here

BP Exploration (Alaska) Inc.
P. O. Box 196611
Anchorage, AK 99519

Exhibit 1
Page 4 of 8

Angela
v.
Exxon et al

Reference Numbers:
181-6

Documents: Summons
Complaint
& Civil Cover Sheet

**Elite Courier Services**
Admin: 569-4440
Rush-Line: 440-4440

Firm: Walker & Levesque
Contact: Sherry Berry
Phone: 222-0000                                  A.M. (P.M.)

Rush    Initiated: 12-20         By: ___
XPRS    Completed: 12-20         By: ___
        Time: 250

Instructions: Please deliver to
BP Exploration (Alaska)
Dowling Road
attn: Ken Konrad
900 E. Benson

Received: Ken Konrad

Exhibit 1
Page 5 of 8

| | |
|---|---|
| ☐ Complete items 1 and/or 2 for additional services.<br>Complete items 3, 4a, and 4b.<br>☐ Print your name and address on the reverse of this form so that we can return this card to you.<br>☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.<br>☐ Write *Return Receipt Requested* on the mailpiece below the article number.<br>☐ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee):<br>1. ☐ Addressee's Address<br>2. ☐ Restricted Delivery |

| 3. Article Addressed to:<br><br>Stephen Marshall, President<br>BP Exploration (Alaska) Inc.<br>4101 Winfield RD<br>Warrenville, IL 60555 | 4a. Article Number<br>7099 3220 0004 9017 1949 |
|---|---|
| | 4b. Service Type<br>☐ Registered   ☒ Certified<br>☐ Express Mail   ☐ Insured<br>☐ Return Receipt for Merchandise  ☐ COD |
| | 7. Date of Delivery  12-28-05 |
| 5. Received By: (Print Name)<br>L.D. marten<br>6. Signature (Addressee or Agent)<br>[signature] | 8. Addressee's Address (Only if requested and fee is paid) |

PS Form **3811**, December 1994     102595-99-B-0223     Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

| | |
|---|---|
| Postage | $ 3.85 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | $ 7.90 |

Postmark Here

Stephen Marshall, President
BP Exploration (Alaska) Inc.
4101 Winfield RD
Warrenville, IL 60555

PS Form 3800

Exhibit 1
Page 6 of 8

- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:

BP P.L.C.
North American Headquarters
28100 Torch Parkway
Warrenville, IL 60555-3938

4a. Article Number

7099 3220 0004 9019 2502

4b. Service Type
- ☐ Registered
- ☒ Certified
- ☐ Express Mail
- ☐ Insured
- ☐ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)
D. Martin

PS Form 3811, December 1994        102595-99-B-0223    Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:
BP P.L.C.

| | |
|---|---|
| Postage | $ 2.31 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.56 |

Postmark Here

7099 3220 0004 9019 2502

Name (Please Print Clearly) (To be completed by mailer)
BP P.L.C. North American Headquarters
Street, Apt. No.; or PO Box No.
28100 Torch
City, State, ZIP+ 4
Warrenville, IL 60555-3938

PS Form 3800, July 1999       See Reverse for Instructions

Exhibit 1
Page 7 of 8

## Domestic Return Receipt (PS Form 3811)

- ☐ Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write "Return Receipt Requested" on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

3. Article Addressed to:

Veryln W. Holt, President
BP America Production Company
4101 Winfield Rd.
Warrenville, IL 60555

4a. Article Number
7099 3220 0004 9019 2410

4b. Service Type
- ☐ Registered
- ☒ Certified
- ☐ Express Mail
- ☐ Insured
- ☐ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery: 12-28-05

5. Received By: (Print Name) [signature]

6. Signature (Addressee or Agent): D. Manly

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    102595-99-B-0223    Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?
Thank you for using Return Receipt Service.

---

## U.S. Postal Service Certified Mail Receipt
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

| | |
|---|---|
| Postage | $ 3.85 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 7.90 |

Postmark Here

Name (Ple...)
Street, Apt...
City, State,

Veryln W. Holt, President
BP America Production Company
4101 Winfield Rd.
Warrenville, IL 60555

PS Form

Exhibit 1
Page 8 of 8