# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | Case No. F05-0026 CIV |
| Plaintiff(s), | MOTION AND APPLICATION |
| vs. | OF NON-RESIDENT ATTORNEY |
| EXXONMOBIL CORPORATION, a New Jersey corporation, et al. | FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT |
| Defendant(s). | FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Kevin J. Barry, hereby apply for permission to appear and participate as counsel for Alaska Gasline Port Authority, plaintiff/~~defendant~~, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☒ I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

☐ I am a registered participant in the CM/ECF System for the District of Alaska.

☒ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

☐ For the reasons set forth in the attached memorandum.

**OR**

☐   I hereby designate _____, a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE:   January 30, 2006

_____
(Signature)

Name:    Kevin J. Barry

Address: Boies, Schiller & Flexner LLP
         1999 Harrison Street, Suite 900
         Oakland, CA 94612

Telephone: **510-874-1000**                e-mail: kbarry@bsfllp.com

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

Name:

Address:

Telephone:                                  e-mail:

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____        _____
                                UNITED STATES DISTRICT JUDGE
                                For the District of Alaska

[Rule 83 frm]{Rev.01/06}

DECLARATION OF NONRESIDENT ATTORNEY

Full Name: Kevin James Barry

Business Address: 1999 Harrison Street, Suite 900 , Oakland, CA 94612
(Mailing/Street)   (City, State, ZIP)

Residence: 207 Masonic Avenue , San Francisco, CA 94118
(Mailing/Street)   (City, State, ZIP)

Business Telephone: 510-874-1000   e-mail address: kbarry@bsfllp.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| State of California | | 2003 |
| Central District of California | | 2004 |
| | | |
| | | |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:

_____
(Signature of Applicant)

[Rule 83 frm] {Rev. 01/06}