## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY )<br>)<br>)<br>         Plaintiff(s),         )<br>    vs.                                      )<br>EXXONMOBIL CORPORATION, a New )<br>Jersey corporation; EXXONMOBIL    )<br>ALASKA PRODUCTION, INC., a       )<br>                    Defendant(s).          )<br>_____) | Case No. F 05 - 0026 CIV<br><br>MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Robert Silver                        , hereby apply for permission to appear and participate as counsel for The Alaska Pipeline Port Authority        , plaintiff/defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐   I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

☒ I am a registered participant in the CM/ECF System for the District of Alaska.

☒ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

☐ For the reasons set forth in the attached memorandum.

**OR**

[Rule 83.frm]{Rev.01/06}

☐   I hereby designate _____, a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE:   January 31, 2005

_____
(Signature)

Name:   Robert Silver

Address:   333 Main Street
Armonk, NY  10504

Telephone: **914-749-8207**           e-mail:  rsilver@bsfllp.com

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

Name:

Address:



Telephone:                            e-mail:

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____      _____
UNITED STATES DISTRICT JUDGE
For the District of Alaska

[Rule 83.frm]{Rev.01/06}

## DECLARATION OF NONRESIDENT ATTORNEY

Full Name: Robert Silver

Business Address: 333 Main Street            , Armonk, NY 10504
                      (Mailing/Street)                     (City, State, ZIP)

Residence:      300 Taconic Road           , Greenwich, CT 06831
                       (Mailing/Street)                    (City, State, ZIP)

Business Telephone: 914-749-8207      e-mail address: rsilver@bsfllp.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| (Jurisdiction) | (Address) | (Year) |
|---|---|---|
| United States District Court | **Southern District of New York** | 1985 |
| United States District Court | Eastern District of New York | 1985 |
| First Department | State of New York | 1985 |
|  |  |  |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:                               /s/ Robert B. Silver
                                           (Signature of Applicant)

[Rule 83.frm]{Rev.01/06}