Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

Bradley S. McKim (Alaska Bar No. 0511089)
BP Exploration (Alaska) Inc.
900 East Benson Boulevard
PO Box 196612
Anchorage, AK 99519-6612
Telephone:  (907) 564-5154
Facsimile:  (907) 564-4031
mckimbs@bp.com

Ronald C. Redcay (Cal. SBN 067236)
Matthew T. Heartney (Cal. SBN 123516)
Angel L. Tang (Cal. SBN 205396)
(*Pro Hac Vice Applications Pending*)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199
Ronald_Redcay@aporter.com
Matthew_Heartney@aporter.com
Angel_Tang@aporter.com

Attorneys for Defendant
BP Exploration (Alaska) Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, ) ) ) Plaintiff, ) ) v. ) ) EXXONMOBIL CORPORATION, a New ) Jersey corporation; EXXONMOBIL ) ALASKA PRODUCTION, INC., a ) Delaware corporation; BP P.L.C., a ) United Kingdom corporation; and BP ) EXPLORATION (ALASKA) INC., a ) Delaware corporation, ) ) Defendants. ) ) | Case No. F05-0026 CIV  **ENTRY OF APPEARANCE** |

*Entry of Appearance*
*The Alaska Gasline Port Authority v. Exxonmobil Corp., et al.*, Case No. F05-0026 CIV
Page 1 of 2

Jeffrey M. Feldman with the law firm of Feldman Orlansky & Sanders and Bradley S. McKim, BP Exploration (Alaska) Inc., hereby enter their appearances in this matter as co-counsel for defendant BP Exploration (Alaska) Inc.  Please direct all pleadings pertaining to the above captioned matter to Jeffrey M. Feldman, Feldman Orlansky & Sanders, 500 L Street, Suite 400, Anchorage, Alaska 99501 and Bradley S. McKim, BP Exploration (Alaska) Inc., 900 East Benson Boulevard, P.O. Box 196612, Anchorage, Alaska 99519-6612.

Dated this 3rd day of February, 2006.

By:   s/Jeffrey M. Feldman
Jeffrey M. Feldman
Attorneys for Defendant
BP Exploration (Alaska) Inc.
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com
(ABA No. 7605029)

**Certificate of Service**

I hereby certify that on February 3, 2006, a copy of the foregoing Entry of Appearance was served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, and William M. Walker, via U.S. Mail to Charles E. Cole

By:   s/Jeffrey M. Feldman