# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the

SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **David J. Beck**, Federal Bar No. 919 was duly admitted

to practice in said Court on December 31, 1985, and is in good standing as a member of the bar of said

Court.

Dated January 26, 2006 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _Patricia Ann Williams_
Patricia Ann Williams
Attorney Admissions Deputy Clerk

