## DECLARATION OF DAVID J. BECK

I, David J. Beck, say and declare as follows:

1. David J. Beck is the only name by which I am known.
2. My office address is 1221 McKinney Street Suite 4500, Houston TX 77010.
3. My residence address is 3652 Inverness, Houston, Texas 77019.
4. I have been admitted at the year designated to the following jurisdictions and courts:

    Bar of the State of Texas - admitted 1964.

    United States Supreme Court - admitted 09-01-82.

    Fifth Circuit Court of Appeals - admitted 10/01/81.

    Federal Circuit - 10/30/00.

    United States District Court for the Southern District of Texas - current records admission date is 12-31-85. However, admission to the Southern District was approved at least by 1970.

    United States District Court for the Northern District of Texas - admitted 10-02-64.

    United States District Court for the Western District of Texas - admitted 06-05-78.

    United States District Court for the Eastern District of Texas - admitted 02-02-66.

5. I have never been denied admission to the court of any state or to any federal court.
6. I have never been subject to disciplinary action by the bar of any court I am admitted to practice, and furthermore I am not the subject of any pending disciplinary action in jurisdiction or before any court.
7. I have read and familiarized myself with the local rules of the United States District Court for the District of Alaska.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: 2/07/06        BY: /s/ David J. Beck
                          David J. Beck

47199v1