Douglas J. Serdahely, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone:  (907) 263-6300
Fax:  (907) 263-6345

*Attorneys for Defendants Exxon Mobil Corporation
and Exxon Mobil Alaska Production, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br> Plaintiff, <br><br> vs. <br><br> EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, <br><br> Defendants. | Case No. 4:05-cv-00026-RRB |

### MOTION TO PERMIT NON-RESIDENT COUNSEL TO APPEAR
### AND PARTICIPATE PRO HAC VICE

Pursuant to Local Rule 83.1(d), Matthew P. Whitley moves that he be permitted to appear and participate as attorney for Defendant Exxon Mobil Corporation and Exxon Mobil Alaska Production, Inc. in this action.  Applicant is a member in good standing of the Bar of the Southern District of Texas and is not a member of the Alaska Bar Association, and is not otherwise disqualified from practicing law in the State of Alaska.

47231v1

Applicant will associate with Douglas J. Serdahely of Patton Boggs LLP, counsel for Exxon Mobil Corporation and Exxon Mobil Alaska Production, Inc., and a member of the bar of this court who maintains an office for the practice of law at 601 W. 5th Ave., Suite 700, Anchorage, Alaska 99501, telephone number 907-263-6300 as local counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

Attached hereto is an original certificate of good standing demonstrating Matthew P. Whitley is an active member in good standing with the Southern District of Texas, and the Declaration of Matthew P. Whitley pursuant to Local Rule 83.1(d).

BECK, REDDEN & SECRET

Dated: _____   By: _____
       Matthew P. Whitley
       Federal Bar No. 33589

## CONSENT

I hereby consent to the foregoing motion and the granting thereof.

PATTON BOGGS LLP

Dated: February 8, 2006   By: s/ Douglas J. Serdahely
       Douglas J. Serdahely

DATED at Anchorage, Alaska this 8th day of February, 2006.

        s/ Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6310
Fax:  (907) 263-6345
Email:  dserdahely@pattonboggs.com
Alaska Bar No. 7210072

**CERTIFICATE OF SERVICE**
I hereby certify that on the 8th day of February, 2006, a copy of the foregoing document to be served electronically on the following:

**Kevin Barry**
kbarry@bsfllp.com
skalas@bsfllp.com

**Kenneth F. Rossman, IV**
krossman@bsfllp.com
sphan@bsfllp.com

**William M. Walker**
bill-wwa@ak.net
shelley-wwa@ak.net
karen-wwa@ak.net

**John F. Cove, Jr**
jcove@bsfllp.com

**Jeffrey M. Feldman**
feldman@frozenlaw.com
carper@frozenlaw.com
anderson@frozenlaw.com

and served on the following via ☑US Mail   ☐Fax   ☐ Hand-Delivery

**Charles E. Cole**
Law Office of Charles Cole
406 Cushman Street
Fairbanks, AK 99701

**Bradley S. McKim**
BP Exploration (Alaska), Inc.
900 East Benson Boulevard
PO Box 196612
Anchorage, AK 99519-6612

**Ronald C. Redcay**
Matthew T. Heartney
Angel L. Tang
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

By:    s/Marcia Hill
      Marcia Hill, Legal Secretary
      PATTON BOGGS LLP

47231v1

MOTION TO PERMIT NON-RESIDENT COUNSEL TO APPEAR AND PARTICIPATE PRO HAC VICE
CASE NO. 4:05-CV-00026-RRB
PAGE 3

Applicant will associate with Douglas J. Serdahely of Patton Boggs LLP, counsel for Exxon Mobil Corporation and Exxon Mobil Alaska Production, Inc., and a member of the bar of this court who maintains an office for the practice of law at 601 W. 5th Ave., Suite 700, Anchorage, Alaska 99501, telephone number 907-263-6300 as local counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

Attached hereto is an original certificate of good standing demonstrating Matthew P. Whitley is an active member in good standing with the Southern District of Texas, and the Declaration of Matthew P. Whitley pursuant to Local Rule 83.1(d).

BECK, REDDEN & SECRET

Dated: 2/8/06            By: _____
                              Matthew P. Whitley
                              Federal Bar No. 33589

## CONSENT

I hereby consent to the foregoing motion and the granting thereof.

PATTON BOGGS LLP

Dated: February 8, 2006     By: s/ Douglas J. Serdahely
                                Douglas J. Serdahely