# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Matthew P. Whitley**, Federal Bar No. **33589** was duly admitted to practice in said Court on February 7, 2003, and is in good standing as a member of the bar of said Court.

Dated January 26, 2006 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Patricia Ann Williams
Attorney Admissions Deputy Clerk

