# DECLARATION OF MATTHEW P. WHITLEY

I, Matthew P. Whitley, say and declare as follows:

1.   Matthew P. Whitley is the only name by which I am known.

2.   My office address is 1221 McKinney Street, Suite 4500, Houston TX 77010.

3.   My residence address is 7543 Opal Hill, Humble TX 77396.

4.   I have been admitted at the year designated to the following jurisdictions and courts:

| | |
|---|---|
| United States District Court for the Southern District of Texas | 2003 |
| United States District Court for the Western District of Texas | 2004 |
| United States District Court for the Northern District of Texas | 2003 |
| United States District Court for the Eastern District of Texas | 2003 |
| Fifth Circuit Court of Appeals | 2005 |

5.   I have never been denied admission to the court of any state or to any federal court.

6.   I have never been subject to disciplinary action by the bar of any court I am admitted to practice, and furthermore I am not the subject of any pending disciplinary action in jurisdiction or before any court.

7.   I have read and familiarized myself with the local rules of the United States District Court for the District of Alaska.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:___2/7/06___          BY:___[signature]___
                                    Matthew P. Whitley

579.00011/313197.1