Douglas J. Serdahely, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6300
Fax: (907) 263-6345

*Attorneys for Defendants Exxon Mobil Corporation
and Exxon Mobil Alaska Production, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:05-cv-00026-RRB |

## MOTION TO PERMIT NON-RESIDENT COUNSEL TO APPEAR AND PARTICIPATE PRO HAC VICE

Pursuant to Local Rule 83.1(d), Eric J.R. Nichols moves that he be permitted to appear and participate as attorney for Defendant Exxon Mobil Corporation and Exxon Mobil Alaska Production, Inc. in this action. Applicant is a member in good standing of the Bar of the Southern District of Texas and is not a member of the Alaska Bar Association, and is not otherwise disqualified from practicing law in the State of Alaska.

47230v1

Applicant will associate with Douglas J. Serdahely of Patton Boggs LLP, counsel for Exxon Mobil Corporation and Exxon Mobil Alaska Production, Inc., and a member of the bar of this court who maintains an office for the practice of law at 601 W. 5th Ave., Suite 700, Anchorage, Alaska 99501, telephone number 907-263-6300 as local counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

Attached hereto is an original certificate of good standing demonstrating Eric J.R. Nichols is an active member in good standing with the Southern District of Texas, and the Declaration of Eric J.R. Nichols pursuant to Local Rule 83.1(d).

BECK, REDDEN & SECRET

Dated: _____    By: _____
   Eric J.R. Nichols
   Federal Bar No. 13066

### CONSENT

I hereby consent to the foregoing motion and the granting thereof.

PATTON BOGGS LLP

Dated: February 8, 2006   By: s/ Douglas J. Serdahely
   Douglas J. Serdahely

DATED at Anchorage, Alaska this 8th day of February, 2006.

s/ Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6310
Fax:  (907) 263-6345
Email:  dserdahely@pattonboggs.com
Alaska Bar No. 7210072

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2006, a copy of the foregoing document to be served electronically on the following:

| | |
|---|---|
| **Kevin Barry**<br>kbarry@bsfllp.com<br>skalas@bsfllp.com | **John F. Cove, Jr**<br>jcove@bsfllp.com |
| **Kenneth F. Rossman, IV**<br>krossman@bsfllp.com<br>sphan@bsfllp.com | **Jeffrey M. Feldman**<br>feldman@frozenlaw.com<br>carper@frozenlaw.com<br>anderson@frozenlaw.com |
| **William M. Walker**<br>bill-wwa@ak.net<br>shelley-wwa@ak.net<br>karen-wwa@ak.net | |

and served on the following via ☑US Mail   ☐Fax   ☐ Hand-Delivery

| | |
|---|---|
| **Charles E. Cole**<br>Law Office of Charles Cole<br>406 Cushman Street<br>Fairbanks, AK 99701 | **Bradley S. McKim**<br>BP Exploration (Alaska), Inc.<br>900 East Benson Boulevard<br>PO Box 196612<br>Anchorage, AK 99519-6612 |
| **Ronald C. Redcay**<br>Matthew T. Heartney<br>Angel L. Tang<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 | |

By:     s/Marcia Hill
         Marcia Hill, Legal Secretary
         PATTON BOGGS LLP

Applicant will associate with Douglas J. Serdahely of Patton Boggs LLP, counsel for Exxon Mobil Corporation and Exxon Mobil Alaska Production, Inc., and a member of the bar of this court who maintains an office for the practice of law at 601 W. 5th Ave., Suite 700, Anchorage, Alaska 99501, telephone number 907-263-6300 as local counsel with whom the court and opposing counsel may readily communicate regarding the conduct of the case.

Attached hereto is an original certificate of good standing demonstrating Eric J.R. Nichols is an active member in good standing with the Southern District of Texas, and the Declaration of Eric J.R. Nichols pursuant to Local Rule 83.1(d).

BECK, REDDEN & SECRET

Dated: 2/8/06    By: _____
                  Eric J.R. Nichols
                  Federal Bar No. 13066

### CONSENT

I hereby consent to the foregoing motion and the granting thereof.

PATTON BOGGS LLP

Dated: February 8, 2006    By: s/ Douglas J. Serdahely
                                Douglas J. Serdahely