# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS DO HEREBY CERTIFY That **Eric J.R. Nichols**, Federal Bar No. **13066** was duly admitted to practice in said Court on June 19, 1991, and is in good standing as a member of the bar of said Court.

Dated January 26, 2006 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Patricia Ann Williams
Attorney Admissions Deputy Clerk

