# DECLARATION OF ERIC J.R. NICHOLS

I, Eric J.R. Nichols, say and declare as follows:

1. Eric J.R. Nichols is the only name by which I am known.
2. My office address is 1221 McKinney Street Suite 4500, Houston TX 77010.
3. My residence address is 6635 Westchester, Houston, Texas 77005.
4. I have been admitted at the year designated to the following jurisdictions and courts:

   | | |
   |---|---|
   | State Bar of Texas | 1989; |
   | United States District Court for the Southern District of Texas | 1991; |
   | United States District Court for the Eastern District of Texas | 1997; |
   | United States District Court for the Western District of Texas | 1998; |
   | United States District Court for the Northern District of Texas | 2002. |

5. I have never been denied admission to the court of any state or to any federal court.
6. I have never been subject to disciplinary action by the bar of any court I am admitted to practice, and furthermore I am not the subject of any pending disciplinary action in jurisdiction or before any court.
7. I have read and familiarized myself with the local rules of the United States District Court for the District of Alaska.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: 2/7/06    BY: _____
                     Eric J.R. Nichols

47199v1