Douglas J. Serdahely, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Telephone: (907) 263-6300
Fax: (907) 263-6345

*Attorneys for Defendants Exxon Mobil Corporation
and Exxon Mobil Alaska Production, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br> Plaintiff, <br><br> vs. <br><br> EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, <br><br> Defendants. | Case No. 4:05-cv-00026-RRB |

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR
## AND PARTICIPATE PRO HAC VICE

IT IS SO ORDERED that Eric J.R. Nichols, is granted permission to appear as counsel pro hac vice on behalf of Defendant Exxon Mobil Corporation and Exxon Mobil Alaska Production, Inc., in the instant matter.

DATED:_____   By:_____
                                      HONORABLE RALPH R. BEISTLINE

47213v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2006, a copy of the foregoing document to be served electronically on the following:

| | |
|---|---|
| **Kevin Barry**<br>kbarry@bsfllp.com<br>skalas@bsfllp.com | **John F. Cove, Jr**<br>jcove@bsfllp.com |
| **Kenneth F. Rossman, IV**<br>krossman@bsfllp.com<br>sphan@bsfllp.com | **Jeffrey M. Feldman**<br>feldman@frozenlaw.com<br>carper@frozenlaw.com<br>anderson@frozenlaw.com |
| **William M. Walker**<br>bill-wwa@ak.net<br>shelley-wwa@ak.net<br>karen-wwa@ak.net | |

and served on the following via ☑US Mail   ☐Fax   ☐ Hand-Delivery

| | |
|---|---|
| **Charles E. Cole**<br>Law Office of Charles Cole<br>406 Cushman Street<br>Fairbanks, AK 99701 | **Bradley S. McKim**<br>BP Exploration (Alaska), Inc.<br>900 East Benson Boulevard<br>PO Box 196612<br>Anchorage, AK 99519-6612 |
| **Ronald C. Redcay**<br>Matthew T. Heartney<br>Angel L. Tang<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 | |

By:   s/Marcia Hill
      Marcia Hill, Legal Secretary
      PATTON BOGGS LLP