# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS DO HEREBY CERTIFY That **Laura Nicole Batey**, Federal Bar No. **16004** was duly admitted to practice in said Court on May 17, 1993, and is in good standing as a member of the bar of said Court.

Dated January 26, 2006 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Patricia Ann Williams
Attorney Admissions Deputy Clerk

