## DECLARATION OF L. NICOLE WHITE

I, L. Nicole White, say and declare as follows:

1.    L. Nicole White is the only name by which I am known.

2.    My office address is 1221 McKinney Street Suite 4500, Houston TX 77010.

3.    My residence address is 14611 Sutter Creek, Humble, Texas 77396

4.    I have been admitted at the year designated to the following jurisdictions and courts:

| | |
|---|---|
| United States District Court for the Southern District of Texas | 1993 |
| United States District Court for the Western District of Texas | 1996 |
| United States District Court for the Northern District of Texas | 1996 |
| United States District Court for the Eastern District of Texas | 1995 |
| Fifth Circuit Court of Appeals | 1996 |

5.    I have never been denied admission to the court of any state or to any federal court.

6.    I have never been subject to disciplinary action by the bar of any court I am admitted to practice, and furthermore I am not the subject of any pending disciplinary action in jurisdiction or before any court.

7.    I have read and familiarized myself with the local rules of the United States District Court for the District of Alaska.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:___2-7-06___          BY:_____

                                               L. Nicole White