Douglas J. Serdahely, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  (907) 263-6300
Fax:  (907) 263-6345

*Attorneys for Defendants Exxon Mobil Corporation
and Exxon Mobil Alaska Production, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>    Plaintiff,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>    Defendants. | Case No. 4:05-cv-00026-RRB |

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR
## AND PARTICIPATE PRO HAC VICE

IT IS SO ORDERED that Laura Nicole Batey White, is granted permission to appear as counsel pro hac vice on behalf of Defendant Exxon Mobil Corporation and Exxon Mobil Alaska Production, Inc., in the instant matter.

DATED:_____        By:_____
                                                        HONORABLE RALPH R. BEISTLINE

47215v1

**CERTIFICATE OF SERVICE**
I hereby certify that on the 8th day of February, 2006, a copy of the foregoing document to be served electronically on the following:

| | |
|---|---|
| **Kevin Barry** <br> kbarry@bsfllp.com <br> skalas@bsfllp.com | **John F. Cove, Jr** <br> jcove@bsfllp.com |
| **Kenneth F. Rossman, IV** <br> krossman@bsfllp.com <br> sphan@bsfllp.com | **Jeffrey M. Feldman** <br> feldman@frozenlaw.com <br> carper@frozenlaw.com <br> anderson@frozenlaw.com |
| **William M. Walker** <br> bill-wwa@ak.net <br> shelley-wwa@ak.net <br> karen-wwa@ak.net | |

and served on the following via ☑US Mail   ☐Fax   ☐ Hand-Delivery

**Charles E. Cole**
Law Office of Charles Cole
406 Cushman Street
Fairbanks, AK 99701

**Bradley S. McKim**
BP Exploration (Alaska), Inc.
900 East Benson Boulevard
PO Box 196612
Anchorage, AK 99519-6612

**Ronald C. Redcay**
Matthew T. Heartney
Angel L. Tang
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844


By:     s/Marcia Hill
         Marcia Hill, Legal Secretary
         PATTON BOGGS LLP