# DECLARATION OF DONALD B. CRAVEN

I, Donald B. Craven, say and declare as follows:

1. Donald B. Craven is the only name by which I am known.
2. My office address is Akin Gump Strauss Hauer & Feld, LLP, 1333 New Hampshire Avenue, N.W., Washington, DC 20036. My office telephone number is 202-887-4000. My email address is dcraven@akingump.com.
3. My residence address is 9107 North Branch Drive, Bethesda, MD 20817.
4. I have been admitted at the year designated to the following jurisdictions and courts:

   | Jurisdiction | Date |
   |---|---|
   | District of Columbia Court of Appeals (Bar No. 221424) | 12/02/1975 |
   | North Carolina Bar (Bar No. 995) | 09/00/1967 |
   | Virginia State Bar (Bar No. 13239) | 10/05/1973 |
   | U.S. District Court for the District of Columbia | 04/04/1977 |
   | U.S. Court of Federal Claims | 02/06/1992 |
   | U.S. Court of Appeals for the Third Circuit | 12/10/1992 |
   | U.S. Court of Appeals for the Fifth Circuit | 06/11/1992 |
   | U.S. Court of Appeals for the Federal Circuit | 12/11/1986 |
   | U.S. Tax Court | 11/17/1986 |
   | U.S. Supreme Court | 06/01/1982 |

5. I have never been denied admission to the court of any state or to any federal court.
6. I have never been subject to disciplinary action by the bar of any court I am admitted to practice, and furthermore I am not the subject of any pending disciplinary action in jurisdiction or before any court.
7. I have read and familiarized myself with the local rules of the United States District Court for the District of Alaska.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: Feb. 6, 2006        BY: /s/ Donald B. Craven
                                Donald B. Craven

DECLARATION OF DONALD B. CRAVEN
7542994v1