Douglas J. Serdahely, Esq.
Barat M. LaPorte, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  (907) 263-6300
Fax:  (907) 263-6345

*Attorneys for Defendant Exxon Mobil Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>  Plaintiff,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>  Defendants. | Case No. 4:05-cv-00026-RRB |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR
AND PARTICIPATE PRO HAC VICE**

IT IS SO ORDERED that Donald B. Craven, is granted permission to appear as counsel pro hac vice on behalf of Defendant ExxonMobil Corporation and ExxonMobil Alaska Production, Inc., in the instant matter.

DATED:_____     By:_____
                                                                  HONORABLE RALPH R. BEISTLINE

47197v3

**CERTIFICATE OF SERVICE**
I hereby certify that on the 8th day of February, 2006,
a copy of the foregoing document to be served
electronically on the following:

| | |
|---|---|
| **Kevin Barry**<br>kbarry@bsfllp.com<br>skalas@bsfllp.com | **John F. Cove, Jr**<br>jcove@bsfllp.com |
| **Kenneth F. Rossman, IV**<br>krossman@bsfllp.com<br>sphan@bsfllp.com | **Jeffrey M. Feldman**<br>feldman@frozenlaw.com<br>carper@frozenlaw.com<br>anderson@frozenlaw.com |
| **William M. Walker**<br>bill-wwa@ak.net<br>shelley-wwa@ak.net<br>karen-wwa@ak.net | |

and served on the following via ☑US Mail   ☐Fax   ☐ Hand-Delivery

| | |
|---|---|
| **Charles E. Cole**<br>Law Office of Charles Cole<br>406 Cushman Street<br>Fairbanks, AK 99701 | **Bradley S. McKim**<br>BP Exploration (Alaska), Inc.<br>900 East Benson Boulevard<br>PO Box 196612<br>Anchorage, AK 99519-6612 |
| **Ronald C. Redcay**<br>Matthew T. Heartney<br>Angel L. Tang<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 | |

By:     s/Marcia Hill
        Marcia Hill, Legal Secretary
        PATTON BOGGS LLP

47197v3

[PROPOSED] ORDER GRANTING MOTION TO APPEAR AD PARTICIPATE PRO HAC VICE
CASE NO. 4:05-CV-00026-RRB
PAGE 2