# DECLARATION OF C. FAIRLEY SPILLMAN

I, C. Fairley Spillman, say and declare as follows:

1. C. Fairley Spillman is the only name by which I am known.
2. My office address is Akin Gump Strauss Hauer & Feld, LLP, 1333 New Hampshire Avenue, N.W., Washington, DC 20036. My office telephone number is 202-887-4000. My email address is fspillman@akingump.com.
3. My residence address is 3049 Ordway Street, N.W., Washington, DC 20008.
4. I have been admitted at the year designated to the following jurisdictions and courts:

| | |
|---|---|
| District of Columbia Court of Appeals (Bar No. 384879) | 12/07/1984 |
| U.S. District Court for District of Columbia | 1985 |
| U.S. Court of Appeals for the Third Circuit | 07/19/1990 |
| U.S. Court of Appeals for the Fourth Circuit | 07/18/1993 |
| U.S. Court of Appeals for the Fifth Circuit | 05/08/1990 |
| U.S. Court of Appeals for the Tenth Circuit | 06/05/1996 |
| U.S. Court of Appeals for the District of Columbia Circuit | 12/15/1999 |
| U.S. Court of Appeals for the Federal Circuit | 08/26/1987 |
| U.S. Court of Federal Claims | 11/02/2004 |

5. I have never been denied admission to the court of any state or to any federal court.
6. I have never been subject to disciplinary action by the bar of any court I am admitted to practice, and furthermore I am not the subject of any pending disciplinary action in jurisdiction or before any court.
7. I have read and familiarized myself with the local rules of the United States District Court for the District of Alaska.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: 02/07/06          BY: _____
                              C. Fairley Spillman