# DECLARATION OF JAMES P. TUITE

I, James P. Tuite, say and declare as follows:

1. James P. Tuite is the only name by which I am known.

2. My office address is Akin Gump Strauss Hauer & Feld, LLP, 1333 New Hampshire Avenue, N.W., Washington, DC 20036. My office telephone number is 202-887-4000. My email address is jtuite@akingump.com.

3. My residence address is 6223 33rd Street, N.W., Washington, DC 20015.

4. I have been admitted at the year designated to the following jurisdictions and courts:

| Jurisdiction | Date |
|---|---|
| District of Columbia Court of Appeals (Bar No. 360649) | 03/24/1982 |
| Supreme Court of the United States | 03/26/1979 |
| U.S. Court of Appeals for the District of Columbia Circuit | 04/26/1978 |
| U.S. Court of Appeals for the First Circuit | 03/08/1995 |
| U.S. Court of Appeals for the Second Circuit | 03/18/1980 |
| U.S. Court of Appeals for the Third Circuit | 01/15/1993 |
| U.S. Court of Appeals for the Fourth Circuit | 08/24/1978 |
| U.S. Court of Appeals for the Fifth Circuit | 06/11/1992 |
| U.S. Court of Appeals for the Sixth Circuit | 09/22/1987 |
| U.S. Court of Appeals for the Seventh Circuit | 12/27/1978 |
| U.S. Court of Appeals for the Ninth Circuit | 05/05/1978 |
| U.S. Court of Appeals for the Tenth Circuit | 10/26/1990 |
| U.S. District Court for the District of Columbia | 11/07/1983 |
| U.S. Court of Federal Claims | 04/19/1987 |
| U.S. Court of Appeals for the Federal Circuit (Atty. No. 12231) | 05/20/1987 |
| U.S. Tax Court (TJ0614) | 06/05/1998 |
| Supreme Court of Texas (Bar No. 20283400) | 09/24/1973 |

5.  I have never been denied admission to the court of any state or to any federal court.

6.  I have never been subject to disciplinary action by the bar of any court I am admitted to practice, and furthermore I am not the subject of any pending disciplinary action in jurisdiction or before any court.

7.  I have read and familiarized myself with the local rules of the United States District Court for the District of Alaska.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: February 7, 2006    BY: *James P. Tuite*
                               James P. Tuite

DECLARATION OF JAMES P. TUITE
7542979v1