Douglas J. Serdahely, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  (907) 263-6300
Fax:  (907) 263-6345

*Attorneys for Defendants Exxon Mobil Corporation
and Exxon Mobil Alaska Production, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>           Plaintiff,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>           Defendants. | Case No. 4:05-cv-00026-RRB |

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR
## AND PARTICIPATE PRO HAC VICE

IT IS SO ORDERED that James P. Tuite, is granted permission to appear as counsel pro hac vice on behalf of Defendant Exxon Mobil Corporation and Exxon Mobil Alaska Production, Inc., in the instant matter.

DATED:_____         By:_____
                                                                          HONORABLE RALPH R. BEISTLINE

47211v1

**CERTIFICATE OF SERVICE**
I hereby certify that on the 8th day of February, 2006,
a copy of the foregoing document to be served
electronically on the following:

| | |
|---|---|
| **Kevin Barry** <br> kbarry@bsfllp.com <br> skalas@bsfllp.com | **John F. Cove, Jr** <br> jcove@bsfllp.com |
| **Kenneth F. Rossman, IV** <br> krossman@bsfllp.com <br> sphan@bsfllp.com | **Jeffrey M. Feldman** <br> feldman@frozenlaw.com <br> carper@frozenlaw.com <br> anderson@frozenlaw.com |
| **William M. Walker** <br> bill-wwa@ak.net <br> shelley-wwa@ak.net <br> karen-wwa@ak.net | |

and served on the following via ☑US Mail   ☐Fax   ☐ Hand-Delivery

**Charles E. Cole**
Law Office of Charles Cole
406 Cushman Street
Fairbanks, AK 99701

**Bradley S. McKim**
BP Exploration (Alaska), Inc.
900 East Benson Boulevard
PO Box 196612
Anchorage, AK 99519-6612

**Ronald C. Redcay**
Matthew T. Heartney
Angel L. Tang
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844


By:  ___s/Marcia Hill_____
        Marcia Hill, Legal Secretary
        PATTON BOGGS LLP

47211v1

[PROPOSED] ORDER GRANTING MOTION TO APPEAR AD PARTICIPATE PRO HAC VICE
CASE NO. 4:05-CV-00026-RRB
PAGE 2