## DECLARATION OF PAUL B. HEWITT

I, Paul B. Hewitt, say and declare as follows:

1. Paul B. Hewitt is the only name by which I am known.
2. My office address is Akin Gump Strauss Hauer & Feld, LLP, 1333 New Hampshire Avenue, N.W., Washington, DC 20036. My office telephone number is 202-887-4000. My email address is phewitt@akingump.com.
3. My residence address is 7608 Wheatcroft Court, Bethesda, MD 20817.
4. I have been admitted at the year designated to the following jurisdictions and courts:

| | |
|---|---|
| Wisconsin Bar (Bar No. 1016068) | 07/08/1974 |
| District of Columbia Court of Appeals (Bar No. 271460) | 06/04/1979 |
| U.S. District Court for District of Columbia | 07/02/1979 |
| U.S. District Court for the Eastern District of Wisconsin | 01/31/1979 |
| U.S. Court of Appeals, 8th Circuit | 03/18/1981 |
| U.S. Supreme Court | 10/29/1979 |

5. I have never been denied admission to the court of any state or to any federal court.
6. I have never been subject to disciplinary action by the bar of any court I am admitted to practice, and furthermore I am not the subject of any pending disciplinary action in jurisdiction or before any court.
7. I have read and familiarized myself with the local rules of the United States District Court for the District of Alaska.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: 2/7/06     BY: _____
                         Paul B. Hewitt

DECLARATION OF PAUL B. HEWITT
7542954v1