Douglas J. Serdahely, Esq.
PATTON BOGGS LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Telephone:  (907) 263-6300
Fax:  (907) 263-6345

*Attorneys for Defendants Exxon Mobil Corporation
and Exxon Mobil Alaska Production, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>            Plaintiff,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>            Defendants. | Case No. 4:05-cv-00026-RRB |

## [PROPOSED] ORDER GRANTING MOTION TO APPEAR
## AND PARTICIPATE PRO HAC VICE

IT IS SO ORDERED that Paul B. Hewitt, is granted permission to appear as

counsel pro hac vice on behalf of Defendant Exxon Mobil Corporation and Exxon Mobil

Alaska Production, Inc., in the instant matter.

DATED:_____    By:_____
                                                                  HONORABLE RALPH R. BEISTLINE

47209v1

**CERTIFICATE OF SERVICE**
I hereby certify that on the 8th day of February, 2006,
a copy of the foregoing document to be served
electronically on the following:

| | |
|---|---|
| **Kevin Barry**<br>kbarry@bsfllp.com<br>skalas@bsfllp.com | **John F. Cove, Jr**<br>jcove@bsfllp.com |
| **Kenneth F. Rossman, IV**<br>krossman@bsfllp.com<br>sphan@bsfllp.com | **Jeffrey M. Feldman**<br>feldman@frozenlaw.com<br>carper@frozenlaw.com<br>anderson@frozenlaw.com |
| **William M. Walker**<br>bill-wwa@ak.net<br>shelley-wwa@ak.net<br>karen-wwa@ak.net | |

and served on the following via ☑US Mail   ☐Fax   ☐ Hand-Delivery

| | |
|---|---|
| **Charles E. Cole**<br>Law Office of Charles Cole<br>406 Cushman Street<br>Fairbanks, AK 99701 | **Bradley S. McKim**<br>BP Exploration (Alaska), Inc.<br>900 East Benson Boulevard<br>PO Box 196612<br>Anchorage, AK 99519-6612 |
| **Ronald C. Redcay**<br>Matthew T. Heartney<br>Angel L. Tang<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844 | |

By:   s/Marcia Hill
        Marcia Hill, Legal Secretary
        PATTON BOGGS LLP