Ronald C. Redcay (Cal. Bar No. 067236)
Matthew T. Heartney (Cal. Bar No. 123516)
Angel L. Tang (Cal. Bar No. 205396)
ARNOLD & PORTER LLP
(*Pro Hac Vice Applications Pending*)
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199
Ronald_Redcay@aporter.com
Matthew_Heartney@aporter.com
Angel_Tang@aporter.com

Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

Bradley S. McKim (Alaska Bar No. 0511089)
BP EXPLORATION (ALASKA) INC.
900 East Benson Boulevard
Anchorage, AK 99508
Telephone:  (907) 564-5154
Facsimile:  (907) 564-4031
mckimbs@bp.com

*Attorneys for Defendant*
*BP Exploration (Alaska) Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>                 Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>                 Defendants. | Case No. F05-0026 CIV (RRB)<br><br>MOTION TO DISMISS DEFENDANT BP EXPLORATION (ALASKA) INC.<br><br>(Fed. R. Civ. P. 12(b)(6) & (7))<br><br>Judge:  The Honorable Ralph R. Beistline |

Defendant BP Exploration (Alaska) Inc., through its counsel, moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6) and (7), to dismiss the complaint in this matter. This motion is supported by the attached memorandum of law and exhibit.

Dated this 8th day of February, 2006.

Ronald C. Redcay
Matthew T. Heartney
Angel L. Tang
ARNOLD & PORTER LLP

Jeffrey M. Feldman
FELDMAN ORLANSKY & SANDERS

Bradley S. McKim
BP EXPLORATION (ALASKA) INC.

By:   s/Jeffrey M. Feldman
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com
ALASKA BAR NO. 7905029

**Certificate of Service**

I hereby certify that on February 8, 2006, a copy of the foregoing Motion to Dismiss Defendant BP Exploration (Alaska) Inc., Memorandum in Support of Motion to Dismiss Defendant BP Exploration (Alaska) Inc. and [proposed] Order were served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, and William M. Walker, via U.S. Mail to Charles E. Cole

By:   s/Jeffrey M. Feldman