Ronald C. Redcay (Cal. Bar No. 067236)
Matthew T. Heartney (Cal. Bar No. 123516)
Angel L. Tang (Cal. Bar No. 205396)
ARNOLD & PORTER LLP
(*Pro Hac Vice Applications Pending*)
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199
Ronald_Redcay@aporter.com
Matthew_Heartney@aporter.com
Angel_Tang@aporter.com

Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

Bradley S. McKim (Alaska Bar No. 0511089)
BP EXPLORATION (ALASKA) INC.
900 East Benson Boulevard
Anchorage, AK 99508
Telephone:  (907) 564-5154
Facsimile:  (907) 564-4031
mckimbs@bp.com

*Attorneys for Defendant*
*BP Exploration (Alaska) Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, )<br><br>Plaintiff, )<br><br>v. )<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, )<br><br>Defendants. ) | Case No. F05-0026 CIV (RRB)<br><br>PROPOSED ORDER TO DISMISS DEFENDANT BP EXPLORATION (ALASKA) INC.<br><br>(Fed. R. Civ. P. 12(b)(6) & (7))<br><br>Judge:  The Honorable Ralph R. Beistline |

The Motion of defendant BP Exploration (Alaska) Inc. to dismiss the complaint in this matter pursuant to Fed. R. Civ. P. 12(b)(6) and (7) is GRANTED. This dismissal is without leave to amend.

IT IS SO ORDERED.

DATED this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Court Judge