# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:05-cv-00026-RRB |

## [PROPOSED] ORDER

Upon consideration of the Motion to Dismiss filed by Exxon Mobil Corporation and ExxonMobil Production Alaska, Inc., any opposition thereto, and the entire record in this action, it is hereby ORDERED that the Motion be and hereby is GRANTED;

It is further ORDERED that the Complaint, including the First through the Seventh Claims for Relief, is dismissed with prejudice in its entirety as against Defendants Exxon Mobil Corporation and ExxonMobil Production Alaska, Inc.

SO ORDERED this _____ day of _____, 2006.

_____
Honorable Ralph Beistline
United States District Judge

47280v1

**CERTIFICATE OF SERVICE**
I hereby certify that on the 8th day of February, 2006, a copy of the foregoing document to be served electronically on the following:

| | |
|---|---|
| **Kevin Barry**<br>kbarry@bsfllp.com<br>skalas@bsfllp.com | **John F. Cove, Jr**<br>jcove@bsfllp.com |
| **Kenneth F. Rossman, IV**<br>krossman@bsfllp.com<br>sphan@bsfllp.com | **Jeffrey M. Feldman**<br>feldman@frozenlaw.com<br>carper@frozenlaw.com<br>anderson@frozenlaw.com |
| **William M. Walker**<br>bill-wwa@ak.net<br>shelley-wwa@ak.net<br>karen-wwa@ak.net | |

and served on the following via ☑US Mail  ☐Fax  ☐ Hand-Delivery

| | |
|---|---|
| **Charles E. Cole**<br>Law Office of Charles Cole<br>406 Cushman Street<br>Fairbanks, AK 99701 | **Bradley S. McKim**<br>BP Exploration (Alaska), Inc.<br>900 East Benson Boulevard<br>PO Box 196612<br>Anchorage, AK 99519-6612 |

**Ronald C. Redcay**
Matthew T. Heartney
Angel L. Tang
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

By:   s/Nina E. Bingham
      Nina E. Bingham, Legal Secretary
      PATTON BOGGS LLP