# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY ) <br> ) <br> Plaintiff(s), ) <br> vs. ) <br> EXXONMOBIL CORPORATION, a New ) <br> Jersey corporation; EXXONMOBIL ) <br> ALASKA PRODUCTION, INC., a ) <br> Defendant(s). ) <br> _____ ) | Case No. F 05 - 0026 CIV <br><br> MOTION AND APPLICATION <br> OF NON-RESIDENT ATTORNEY <br> FOR PERMISSION TO APPEAR <br> AND PARTICIPATE IN THE <br> UNITED STATES DISTRICT COURT <br> FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, David Boies                              , hereby apply for permission to appear and participate as counsel for The Alaska Gasline Port Authority       , plaintiff/defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐   I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

    ☐   I am a registered participant in the CM/ECF System for the District of Alaska.

    ☐   I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

    ☐   For the reasons set forth in the attached memorandum.

<b>OR</b>

[Rule 83.frm] [Rev.01/06]

☒     I hereby designate William M. Walker                      , a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE:  January 27, 2006

_____
(Signature)

Name:    David Boies

Address: Boies, Schiller & Flexner LLP
         333 Main Street
         Armonk, New York 10504

Telephone: **914-749-8201**          e-mail:  dboies@bsfllp.com

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

Name:

Address:


Telephone:                           e-mail:

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____        _____
                                   UNITED STATES DISTRICT JUDGE
                                   For the District of Alaska


[Rule 83.frm](Rev.01/06)

## DECLARATION OF NONRESIDENT ATTORNEY

Full Name: David Boies

Business Address: 333 Main Street, Armonk, NY 10504
(Mailing/Street) (City, State, ZIP)

Residence: 2 Middle Patent Road, Armonk, NY 10504
(Mailing/Street) (City, State, ZIP)

Business Telephone: 914-749-8201   e-mail address: dboies@bsfllp.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

(See Attached)

| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: January 27, 2006

_____
(Signature of Applicant)

[Rule 83.frm] (Rev.01/06)

(Attachment 1)


State of New York (1967)
The United States District Court for the Southern District of New York (1991)
The United States District Court for the Eastern District of New York (1981)
The United States Court of Appeals, Second Circuit (1967)
The United States Court of Appeals, Third Circuit (1995)
The United States Court of Appeals, Fourth Circuit (2001)
The United States Court of Appeals, Fifth Circuit (1984)
The United States Court of Appeals, Seventh Circuit (2002)
The United States Court of Appeals, Ninth Circuit (1972)
The United States Court of Appeals, Tenth Circuit (1973)
The United States Court of Appeals, Eleventh Circuit (2002)
The United States Court of Appeals, Federal Circuit (2001)
The United States Court of Appeals, D.C. Circuit (1985)
The United States Supreme Court (1974)
The United States District Court for the District of Colorado (2000)
The United States Court of International Trade (1982)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
ELECTRONIC CASE FILING SYSTEM ATTORNEY REGISTRATION FORM
(Please Type)

This form shall be used to register for accounts on the Court's Case Management/Electronic Case Files (CM/ECF) systems. Registered attorneys and other participants will have privileges both to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the CM/ECF systems. The following information is required for registration:

First/Middle/Last Name: David Boies

Last Four Digits of Social Security Number: 4399

Attorney Bar No. DB4399     State New York

Firm Name: Boies, Schiller & Flexner LLP

Firm Address: 333 Main Street, Armonk, New York 10504

Telephone: 914-749-8201     Facsimile Number: 914-749-8300

Internet E-Mail Address: dboies@bsfllp.com

Additional E-Mail Address: _____

Does your E-mail Software support HTML messages?   ☑ Yes   ☐ No

Do you have an ECF login for a Court other than U.S. District Court District of Alaska?
☑ Yes   ☐ No     If Yes, which court? Southern District of New York

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. The systems are for use only in cases designated by the U.S. District Court for the District of Alaska. The systems may be used to file and view electronic documents, docket sheets, and notices.

2. Effective January 3, 2006, the U.S. District Court for the District of Alaska will require all attorneys in civil and criminal cases to file all pleadings or other papers electronically. In order to have access to CM/ECF, each attorney must complete and sign this Attorney Registration Form. An attorney/participant's password issued by the court combined with the user's identification (login), serves as and constitutes the attorney/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the attorney/participant to immediately notify the court. The court will immediately delete the password from the electronic filing system and issue a new password.

3. The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System constitutes the signature of that attorney under Federal Rules of Civil Procedure 11, the Federal Rules of Civil Procedure,

the Federal Rules of Criminal Procedure, the local rules of this court, and any other purpose for which a signature is required in proceedings before this court.

4. Registration as a Filing User constitutes: (1) a request for service for service of notice electronically under Federal Rule of Criminal Procedure 49(b) and Federal Rule of Civil Procedure 5(b); and (2) consent to receive notice and service by electronic means in each case in which a formal entry of appearance has been made.

5. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

6. By this registration, the undersigned agrees to abide by all of the rules and regulations in the most recent General Order, Local Rules for the District of Alaska and Administrative Procedures for Filing currently in effect and any changes or additions that may be made to such Administrative Procedures in the future.

Please return to:  U.S. District Court
Attn: ECF Attorney Registration
222 W. 7th Avenue, #4
Anchorage, AK 99513-7564
or
Fax to: 907-677-6181

_____January 27, 2006_____  _____[signature]_____
Date                           Attorney/Participant Signature

Your login and password will be sent to you by the Clerk's Office via e-mail. If you prefer to have your login/password sent to a mailing address or e-mail address other than the one listed on page one of this form, please write the address in the space provided below:

Firm Address: _____

_____