☒   I hereby designate William M. Walker             , a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE:   January 27, 2006

_____
(Signature)

Name:   David Boies

Address: Boies, Schiller & Flexner LLP
         333 Main Street
         Armonk, New York 10504

Telephone: **914-749-8201**          e-mail: dboies@bsfllp.com

<u>Consent of Local Counsel</u>*

I hereby consent to the granting of the foregoing application.

DATE: February 9, 2006

_____
(Signature)

Name: William M. Walker

Address: WALKER & LEVESQUE, LLC.
731 N Street
Anchorage, Alaska 99501

Telephone: (907) 278-7060          e-mail: bill-wwa@ak.net

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____    _____
                                 UNITED STATES DISTRICT JUDGE
                                 For the District of Alaska

[Rule 83.frm](Rev.01/06)