**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of February, 2006,
a copy of the foregoing document to be served
electronically on the following:

**Jeffrey M. Feldman**
feldman@frozenlaw.com

**Douglas J. Serdahely**
dserdahely@pattonboggs.com

and served on the following via    **US Mail**    Fax      Hand-Delivery

**Charles E. Cole**
Law Office of Charles Cole
406 Cushman Street
Fairbanks, AK 99701


By: ____s/ Shelley Garey_____
       Shelley Garey, Paralegal
       WALKER & LEVESQUE, LLC