William B. Rozell
Alaska Bar No. 7210067
623 Basin Road
P.O. Box 20730
Juneau AK 99802
(907) 586-0142, fax (907) 463-5647
bartrozell@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.<br><br>Defendants | Case No. 4:05-00026 – RRB |

ENTRY OF APPEARANCE AND ADDRESS CORRECTION
BY WILLIAM B. ROZELL

William B. Rozell hereby enters his appearance as co-counsel for Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. (referred to jointly as ExxonMobil). In the Motion to Dismiss and accompanying papers

filed by ExxonMobil on February 8, 2006, my post office box and zip code were incorrectly listed. Please direct all pleadings and other communications not served electronically to the correct address shown in the signature block below.

DATED February 10, 2006

s/ William B. Rozell

Alaska Bar No. 7210067
623 Basin Road
P. O. Box No. 20730
Juneau AK 99802
Phone: 907-586-0142
Fax: 907-463-5647
E-mail: bartrozell@aol.com

CERTIFICATE OF SERVICE
I hereby certify that on February 10, 2006, a copy of the foregoing entry of appearance was served electronically on Kevin Berry, John F. Cove, Jr., Jeffrey M. Feldman, Ronald C. Redcay, Kenneth F. Rossman, IV, Douglas J. Serdahely, Robert Silver, Angel L. Tang and William M. Walker, and on Charles E. Cole, 406 Cushman St., Fairbanks AK 99701, by regular U.S. mail.

s/ William B. Rozell