Donald B. Craven (DC Bar No. 221424)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
(202) 887-4000; (202) 887-4288 (fax)
dcraven@akingump.com

David J. Beck (Texas Bar No. 00000070)
**BECK, REDDEN & SECREST**
1221 McKinney Street, Suite 4500
Houston, TX  77010
(713) 951-3700; (713) 951-3720 (fax)
dbeck@brsfirm.com

William B. Rozell (Alaska Bar No. 7210067)
623 Basin Road
P.O. Box 20730
Juneau, AK  99802
(907) 586-0142; (907) 463-5647 (fax)
bartrozell@aol.com

Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Defendant Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:05-cv-00026-RRB<br><br>**CORPORATE DISCLOSURE STATEMENT**<br>**[FED R. CIV. P. 7.1]** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Exxon Mobil Corporation hereby notifies the Court that it is a publicly held corporation and no publicly held corporation owns, directly or indirectly, 10% or more of the stock of Exxon Mobil Corporation.  ExxonMobil Alaska Production, Inc. is an indirectly wholly owned subsidiary of Exxon Mobil Corporation, and Exxon Mobil Corporation owns, indirectly, 100% of the stock of ExxonMobil Alaska Production, Inc.

47342v1

DATED at Anchorage, Alaska this <u>13th</u> day of February, 2006.

                s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 263-6310
Fax: (907) 263-6345
Email: dserdahely@pattonboggs.com
Alaska Bar No. 7210072

**CERTIFICATE OF SERVICE**

I hereby certify that on the <u>13th</u> day of February, 2006, a copy of the foregoing document to be served electronically on the following:

**Kevin Barry**
kbarry@bsfllp.com
skalas@bsfllp.com

**John F. Cove, Jr.**
jcove@bsfllp.com

**Kenneth F. Rossman, IV**
krossman@bsfllp.com
sphan@bsfllp.com

**Jeffrey M. Feldman**
feldman@frozenlaw.com
carper@frozenlaw.com
anderson@frozenlaw.com

**William M. Walker**
bill-wwa@ak.net
shelley-wwa@ak.net
karen-wwa@ak.net

**David Boies**
dboies@bsfllp.com

**Ronald C. Redcay**
Ronald_redcay@aporter.com

**Robert Silver**
rsilver@bsfllp.com

**Angel L. Tang**
Angel_tang@aporter.com

and served on the following via ☒**US Mail**   ☐Fax   ☐ Hand-Delivery

**Charles E. Cole**
Law Office of Charles Cole
406 Cushman Street
Fairbanks, AK 99701

**Bradley S. McKim**
BP Exploration (Alaska), Inc.
900 East Benson Boulevard
PO Box 196612
Anchorage, AK 99519-6612

**Matthew T. Heartney**
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

By:    s/Nina E. Bingham
      Nina E. Bingham, Legal Secretary
      PATTON BOGGS LLP