Ronald C. Redcay (Cal. Bar No. 067236)
Matthew T. Heartney (Cal. Bar No. 123516)
Angel L. Tang (Cal. Bar No. 205396)
ARNOLD & PORTER LLP
(*Pro Hac Vice Applications Pending*)
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199
Ronald_Redcay@aporter.com
Matthew_Heartney@aporter.com
Angel_Tang@aporter.com

Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

Bradley S. McKim (Alaska Bar No. 0511089)
BP EXPLORATION (ALASKA) INC.
900 East Benson Boulevard
Anchorage, AK 99508
Telephone:  (907) 564-5154
Facsimile:  (907) 564-4031
mckimbs@bp.com

*Attorneys for Defendant*
*BP Exploration (Alaska) Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>                Plaintiff,<br><br>   v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>                Defendants. | Case No. F05-0026 CIV  RRB<br><br><br><br><br><br>**BP EXPLORATION (ALASKA) INC.'S CORPORATE DISCLOSURE STATEMENT  (FED. R. CIV. P. 7.1)** |

BP EXPLORATION (ALASKA) INC.'S RULE 7.1 DISCLOSURE
*The Alaska Gasline Port Authority v. ExxonMobil Corp., et al.*, Case No. F05-0026 CIV RRB
Page 1 of 2

Defendant BP Exploration (Alaska) Inc., through its counsel, submits the following disclosure pursuant to Fed. R. Civ. P. 7.1.

BP Exploration (Alaska) Inc. is a Delaware corporation whose parent corporation is the Standard Oil Company, an Ohio corporation. The Standard Oil Company owns 100 percent of the stock of BP Exploration (Alaska) Inc.

Dated this 14th day of February, 2006.

>Ronald C. Redcay
>Matthew T. Heartney
>Angel L. Tang
>ARNOLD & PORTER LLP
>
>Jeffrey M. Feldman
>FELDMAN ORLANSKY & SANDERS
>
>Bradley S. McKim
>BP EXPLORATION (ALASKA) INC.
>
>By:  s/Jeffrey M. Feldman
>Jeffrey M. Feldman
>500 L Street, Suite 400
>Anchorage, AK 99501
>Telephone: (907) 272-3538
>Facsimile: (907) 274-0819
>feldman@frozenlaw.com
>ALASKA BAR NO. 7905029

**Certificate of Service**

I hereby certify that on February 14, 2006, a copy of the foregoing BP Exploration (Alaska) Inc.'s Rule 7.1 Disclosure was served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Rozell, Douglas Serdahely, and William M. Walker, via U.S. Mail to Charles E. Cole

By:    s/Jeffrey M. Feldman