```
            UNITED STATES
            DISTRICT COURT
             District of Alaska
             Anchorage Division

           #  00127584  -  SF
           February 9, 2006


  Code    Case #    Qty       Amount

  6055XX-N F0-5-26CV            600.00 CK


           TOTAL→            600.00



  FROM: PATTON BOGGS FOR ERIC J. R.
        NICHOLS, LAURA WHITE, MATTHEW
        WHITTLEY, DAVID BECK- PRO HAC
        VICE  F05-026CV
```

SCANNED

```
                    UNITED STATES
                    DISTRICT COURT
                    District of Alaska
                    Anchorage Division

                    # 00127585 - SF
                    February 9, 2006


        Code      Case #      Qty       Amount

        6855XX-N  F0-5-26CV             600.00 CK


        TOTAL→                          600.00



        FROM: AKIN GUMP ET AL FOR DONALD
              CRAVEN, C. SPILLMAN, JAMES P.
              TUITE, PAUL B. HEWITT -PRO HAC
              VICE  F05-26CV
```