Ronald C. Redcay (Cal. Bar No. 067236)
Matthew T. Heartney (Cal. Bar No. 123516)
Angel L. Tang (Cal. Bar No. 205396)
ARNOLD & PORTER LLP
(*Pro Hac Vice Applications Pending*)
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199
Ronald_Redcay@aporter.com
Matthew_Heartney@aporter.com
Angel_Tang@aporter.com

Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

Bradley S. McKim (Alaska Bar No. 0511089)
BP EXPLORATION (ALASKA) INC.
900 East Benson Boulevard
Anchorage, AK 99508
Telephone:  (907) 564-5154
Facsimile:  (907) 564-4031
mckimbs@bp.com

Attorneys for Defendant
BP Exploration (Alaska) Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | Case No. F05-0026 CIV |
| Plaintiff, | |
| v. | |
| EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, | **ENTRY OF APPEARANCE** |
| Defendants. | |

Bradley S. McKim, BP Exploration (Alaska) Inc., hereby enters his appearance in this matter as co-counsel with Jeffrey M. Feldman for defendant BP Exploration (Alaska) Inc. Please direct all pleadings pertaining to the above captioned matter to Bradley S. McKim, BP Exploration (Alaska) Inc., 900 East Benson Boulevard, P.O. Box 196612, Anchorage, Alaska 99519-6612.

Dated this 15th day of February, 2006.

    Ronald C. Redcay
    Matthew T. Heartney
    Angel L. Tang
    ARNOLD & PORTER LLP

    Jeffrey M. Feldman
    FELDMAN ORLANSKY & SANDERS

    Bradley S. McKim
    BP EXPLORATION (ALASKA) INC.

By:  s/Bradley S. McKim
    Bradley S. McKim
    BP EXPLORATION (ALASKA) INC.
    900 East Benson Boulevard
    Anchorage, AK 99508
    Telephone: (907) 564-5154
    Facsimile: (907) 564-4031
    mckimbs@bp.com
    Alaska Bar No. 0511089

**Certificate of Service**

I hereby certify that on February 15, 2006, a copy of the foregoing Entry of Appearance was served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Rozell, Douglas Serdahely, and William M. Walker, via U.S. Mail to Charles E. Cole

By:  s/Bradley S. McKim