J. Andrew Langan
David J. Zott
Benjamin W. Hulse
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Applications Pending*)
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200
alangan@kirkland.com
dzott@kirkland.com
bhulse@kirkland.com

G. Seth Beal
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Application Pending*)
777 South Figueroa Street
Los Angeles, California  90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
mailto:sbeal@kirkland.com

Jeffrey M Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendant BP p.l.c.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>     Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION, *et al.*,<br><br>     Defendants. | Case No. F05-0026 CIV (RRB)<br><br>**[PROPOSED] ORDER GRANTING MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE**<br><br>Judge:  The Honorable Ralph R. Beistline |

   The Motion and Application of David J. Zott to appear as co-counsel in the above-referenced case is granted.

   Dated this _____ day of _____, 2006.

                 _____
                  Honorable Ralph R. Beistline
                  U. S. District Court Judge