J. Andrew Langan
David J. Zott
Benjamin W. Hulse
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Applications Pending*)
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200
alangan@kirkland.com
dzott@kirkland.com
bhulse@kirkland.com

G. Seth Beal
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Application Pending*)
777 South Figueroa Street
Los Angeles, California  90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
mailto:sbeal@kirkland.com

Jeffrey M Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendant BP p.l.c.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>        Plaintiff,<br><br>    v.<br><br>EXXONMOBIL CORPORATION, *et al.*,<br><br>        Defendants. | Case No. F05-0026 CIV (RRB)<br><br>**MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE**<br><br>Judge:  The Honorable Ralph R. Beistline |

Benjamin W. Hulse, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601, telephone number (312) 861-2000, hereby applies for permission to appear and participate, pursuant to D.Ak. LR 83.1(d), as co-counsel for BP p.l.c., in this action.

Mr. Hulse will associate with Jeffrey M. Feldman, a member of the Bar of this Court, who maintains an office at a place within the district, with whom the Court and opposing counsel may readily communicate regarding this case.

Mr. Hulse is a member in good standing of the Bar of the State of Illinois. A copy of the certification of Mr. Hulse's good standing with the Bar of the State of Illinois is attached.

Dated this 22nd day of February, 2006.

KIRKLAND & ELLIS LLP

By:  s/Benjamin W. Hulse (consent)
     Benjamin W. Hulse
     200 East Randolph Drive
     Chicago, Illinois 60601
     Telephone (312) 861-2000
     Fax (312) 861-2200
     bhulse@kirkland.com

## CONSENT OF LOCAL COUNSEL

The undersigned consents and moves for the granting of the application of Benjamin W. Hulse to appear and participate as co-counsel in this action on behalf of Defendant BP p.l.c. The undersigned is authorized to practice law in the State of Alaska and is admitted to the United States District Court for the District of Alaska.

Dated this 22nd day of February, 2006.

        J. Andrew Langan
        David Zott
        G. Seth Beal
        Benjamin W. Hulse
        KIRKLAND & ELLIS LLP

        Jeffrey M. Feldman
        FELDMAN ORLANSKY & SANDERS

By:  s/Jeffrey M. Feldman
      Jeffrey M. Feldman
      500 L Street, Suite 400
      Anchorage, AK 99501
      Telephone:  (907) 272-3538
      Facsimile:  (907) 274-0819
      feldman@frozenlaw.com
      ALASKA BAR NO. 7905029

*Attorneys for Defendant BP p.l.c.*

**Certificate of Service**
I hereby certify that on February 22, 2006, a copy of the foregoing Motion to Participate BP p.l.c. were served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Bradley S. McKim, Donald Craven, Paul B. Hewitt, William Rozell, Douglas Serdahely, C. Fairley Spillman, James P. Tuite, and via U.S. Mail to Charles E. Cole, David J. Beck, Eric J. R. Nichols, L. Nicole White and Matthew P. Whitley.

By:   s/Jeffrey M. Feldman