J. Andrew Langan
David J. Zott
Benjamin W. Hulse
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Applications Pending*)
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200
alangan@kirkland.com
dzott@kirkland.com
bhulse@kirkland.com

G. Seth Beal
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Application Pending*)
777 South Figueroa Street
Los Angeles, California  90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
mailto:sbeal@kirkland.com

Jeffrey M Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendant BP p.l.c.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | ) ) ) | Case No. F05-0026 CIV (RRB) |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER GRANTING MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE** |
| v. | ) ) | |
| EXXONMOBIL CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) ) ) | Judge:  The Honorable Ralph R. Beistline |
| | ) | |

The Motion and Application of Benjamin W. Hulse to appear as co-counsel in the above-referenced case is granted.

Dated this _____ day of _____, 2006.


_____
Honorable Ralph R. Beistline
U. S. District Court Judge


Order Granting Motion to Participate BP p.l.c.
*Alaska Gasline Port Authority v. ExxonMobil Corp., et al.,* Case No. F05-0026 CIV (RRB)