J. Andrew Langan
David J. Zott
Benjamin W. Hulse
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Applications Pending*)
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200
alangan@kirkland.com
dzott@kirkland.com
bhulse@kirkland.com

G. Seth Beal
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Application Pending*)
777 South Figueroa Street
Los Angeles, California  90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
mailto:sbeal@kirkland.com

Jeffrey M Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendant BP p.l.c.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>    Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION, *et al.*,<br><br>    Defendants. | Case No. F05-0026 CIV (RRB)<br><br>MOTION TO DISMISS DEFENDANT BP P.L.C.<br><br>(Fed. R. Civ. Proc. 12(b)(6) & (7))<br><br>Judge:  The Honorable Ralph R. Beistline |

Defendant BP p.l.c. moves this Court, pursuant to Fed. R. Civ. P. 12(b)(6) and (7), to dismiss the complaint in this matter. This motion is supported by the attached memorandum of law and exhibit.

Dated this 22nd day of February, 2006.

J. Andrew Langan
David Zott
G. Seth Beal
Benjamin W. Hulse
KIRKLAND & ELLIS LLP

Jeffrey M. Feldman
FELDMAN ORLANSKY & SANDERS

By:   s/Jeffrey M. Feldman
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
ALASKA BAR NO. 7905029

*Attorneys for Defendant BP p.l.c.*

**Certificate of Service**
I hereby certify that on February 22, 2006, a copy of the foregoing Motion to Participate BP p.l.c. were served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Bradley S. McKim, Donald Craven, Paul B. Hewitt, William Rozell, Douglas Serdahely, C. Fairley Spillman, James P. Tuite, and via U.S. Mail to Charles E. Cole, David J. Beck, Eric J. R. Nichols, L. Nicole White and Matthew P. Whitley.

By:   s/Jeffrey M. Feldman