J. Andrew Langan
David J. Zott
Benjamin W. Hulse
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Applications Pending*)
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200
alangan@kirkland.com
dzott@kirkland.com
bhulse@kirkland.com

G. Seth Beal
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Application Pending*)
777 South Figueroa Street
Los Angeles, California  90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
mailto:sbeal@kirkland.com

Jeffrey M Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendant BP p.l.c.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>             Plaintiff,<br><br>     v.<br><br>EXXONMOBIL CORPORATION, *et al.*,<br><br>             Defendants. | Case No. F05-0026 CIV (RRB)<br><br>MEMORANDUM IN SUPPORT OF MOTION TO DISMISS DEFENDANT BP P.L.C.<br><br>(Fed. R. Civ. Proc. 12(b)(6) & (7))<br><br>Judge:  The Honorable Ralph R. Beistline |

Pursuant to Rules 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure, defendant BP p.l.c. respectfully moves this Court to dismiss all claims in the Complaint against BP p.l.c. In support of its motion, BP p.l.c. incorporates by reference all arguments in BP Exploration (Alaska) Inc.'s Motion to Dismiss and Memorandum in Support as if fully set forth herein. The arguments made by BP Exploration (Alaska) Inc. apply equally to BP p.l.c. A proposed order granting this motion is attached hereto as Exhibit A.

Dated this 22nd day of February, 2006.

J. Andrew Langan
David Zott
G. Seth Beal
Benjamin W. Hulse
KIRKLAND & ELLIS LLP

Jeffrey M Feldman
FELDMAN ORLANSKY & SANDERS

By:  s/Jeffrey M. Feldman
     Jeffrey M. Feldman
     500 L Street, Suite 400
     Anchorage, AK 99501
     Telephone: (907) 272-3538
     Facsimile: (907) 274-0819
     feldman@frozenlaw.com
     ALASKA BAR NO. 7905029

*Attorneys for Defendant BP p.l.c.*

**Certificate of Service**
I hereby certify that on February 22, 2006, a copy of the foregoing Motion to Participate BP p.l.c. were served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Bradley S. McKim, Donald Craven, Paul B. Hewitt, William Rozell, Douglas Serdahely, C. Fairley Spillman, James P. Tuite, and via U.S. Mail to Charles E. Cole, David J. Beck, Eric J. R. Nichols, L. Nicole White and Matthew P. Whitley.

By:  s/Jeffrey M. Feldman