J. Andrew Langan
David J. Zott
Benjamin W. Hulse
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Applications Pending*)
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200
alangan@kirkland.com
dzott@kirkland.com
bhulse@kirkland.com

G. Seth Beal
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Application Pending*)
777 South Figueroa Street
Los Angeles, California  90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
mailto:sbeal@kirkland.com

Jeffrey M Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendant BP p.l.c.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXXONMOBIL CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No. F05-0026 CIV (rrb)<br><br>[PROPOSED] ORDER TO DISMISS DEFENDANT BP P.L.C.<br><br>(Fed. R. Civ. Proc. 12(b)(6) & (7))<br><br>Judge:  The Honorable Ralph R. Beistline |

The Motion of defendant BP p.l.c. to dismiss the complaint in this matter pursuant to Fed. R. Civ. P. 12(b)(6) and (7) is GRANTED. This dismissal is without leave to amend.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Court Judge