David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
BOIES, SCHILLER & FLEXNER LLP
333 Main Street, Armonk, NY 10504
(914) 749-8200; (914) 749-8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
WALKER & LEVESQUE, LLC
731 N Street, Anchorage, AK 99501
(907) 278-7000; (907) 278-7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
LAW OFFICES OF CHARLES E. COLE
406 Cushman Street, Fairbanks, AK 99701
(907) 452-1124; (907) 456-2523 (fax)
colelaw@att.net

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br>             Plaintiff, <br><br>     v. <br><br> EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, <br><br>             Defendants. | Case No. F05-0026 CIV (RRB) <br><br> **PLAINTIFF ALASKA GASLINE PORT AUTHORITY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT BP EXPLORATION (ALASKA) INC.'S MOTION TO DISMISS** <br><br> Judge: The Honorable Ralph R. Beistline |

AGPA Unopposed Motion for Extension of Time to File Opposition to             Page 1 of 3
 Defendant BP Exploration (Alaska) Inc.'s Motion to Dismiss
*Alaska Gasline Port Authority v. ExxonMobil Corp., et al.,* Case No. F05-0026 CIV (RRB)

The Alaska Gasline Port Authority ("AGPA"), through its attorneys, WALKER & LEVESQUE, LLC, pursuant to D. Ak. LR 7.1, hereby moves this court for an extension of time in which to file and serve its opposition to Defendant BP Exploration (Alaska), Inc.'s ("BPXA") Motion to Dismiss, which is presently due on February 27, 2006.   Counsel for BPXA has indicated to counsel for AGPA that BPXA does not oppose allowing AGPA an extension of time until Friday, March 10, 2006 in which to file and serve its opposition to BPXA's  Motion to Dismiss.

DATED this 23rd day of February, 2006.

> David Boies
> Robert Silver
> John Cove
> Kenneth F. Rossman, IV
> Kevin Barry
> BOIES SCHILLER & FLEXNER LLP
>
> William M. Walker
> WALKER & LEVESQUE, LLC
>
>
> By:   s/William M. Walker
>         William M. Walker
>         731 N Street
>         Anchorage, AK  99501
>          Telephone: (907)278-7000
>          Facsimile:   (907) 278-7001
>          bill-wwa@ak.net
>          Alaska Bar No. 8310155
>
> *Attorneys for Plaintiff*
> *The Alaska Gasline Port Authority*

**Certificate o f Service:**
I hereby certify that on February 23, 2006, a copy of the foregoing document entitled**, "Plaintiff The Alaska Gasline Port Authority's Unopposed Motion for Extension of Time to File Opposition to Defendant BP Exploration (Alaska), Inc.'s Motion to Dismiss,"** was served electronically on each of the following:

AGPA Unopposed Motion for Extension of Time to File Opposition to                                        Page 2 of 3
 Defendant BP Exploration (Alaska) Inc.'s Motion to Dismiss
*Alaska Gasline Port Authority v. ExxonMobil Corp., et al.,* Case No. F05-0026 CIV (RRB)

David Boies, Kevin Barry, John Cove, Kenneth F. Rossman, IV, Robert Silver, William Walker, Jeffrey M. Feldman, Paul B. Hewitt, Bradley S. McKim, Ronald C. Redcay, Angel L. Tang, Donald Craven, William Rozell, Douglas Serdahely, C. Fairley Spillman, and James P. Tuite

And via U. S. Mail to each of the following:

**David J. Beck**
1221 McKinney St Ste 4500
Houston, TX 77010

**Charles E. Cole**
Law Office of Charles Cole
406 Cushman Street
Fairbanks, AK 99701

**Eric J.R. Nichols**
1221 McKinney St Ste 4500
Houston, TX 77010

**L. Nicole White**
1221 McKinney St Ste 4500
Houston, TX 77010

**Matthew P. Whitley**
1221 McKinney St Ste 4500
Houston, TX 77010

By: s/William M. Walker

AGPA Unopposed Motion for Extension of Time to File Opposition to    Page 3 of 3
 Defendant BP Exploration (Alaska) Inc.'s Motion to Dismiss
*Alaska Gasline Port Authority v. ExxonMobil Corp., et al.,* Case No. F05-0026 CIV (RRB)