David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
BOIES, SCHILLER & FLEXNER LLP
333 Main Street, Armonk, NY 10504
(914) 749-8200; (914) 749-8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
WALKER & LEVESQUE, LLC
731 N Street, Anchorage, AK 99501
(907) 278-7000; (907) 278-7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
LAW OFFICES OF CHARLES E. COLE
406 Cushman Street, Fairbanks, AK 99701
(907) 452-1124; (907) 456-2523 (fax)
colelaw@att.net

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | ) ) ) | Case No. F05-0026 CIV (RRB) |
| Plaintiff, | ) ) | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION** |
| v. | ) ) | **FOR EXTENSION OF TIME TO FILE OPPOSITION TO** |
| EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, | ) ) ) ) ) ) | **DEFENDANT BP EXPLORATION (ALASKA) INC.'S MOTION TO DISMISS** |
| Defendants. | ) ) | Judge: The Honorable Ralph R. Beistline |

[Proposed] Order Granting Unopposed Motion for Extension of Time     Page 1 of 2
 to File Opposition to Defendant BP Exploration (Alaska) Inc.'s  Motion to Dismiss
*Alaska Gasline Port Authority v. ExxonMobil Corp., et al.,* Case No. F05-0026 CIV (RRB)

The Unopposed Motion of Plaintiff The Alaska Gasline Port Authority ("AGPA") for an extension of time in which to file and serve its opposition to Defendant BP EXPLORATION (ALASKA), INC.'S ("BPXA") Motion to Dismiss is GRANTED. AGPA's Opposition to BPXA's Motion to Dismiss shall be filed and served on March 10, 2006.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Court Judge

**Certificate o f Service:**
I hereby certify that on February 23, 2006, a copy of the foregoing document entitled, **"[Proposed] Order Granting Unopposed Motion for Extension of Time to File Opposition to Defendant BP Exploration (Alaska) Inc.'s Motion to Dismiss,"** was served electronically upon each of the following:

David Boies, Kevin Barry, John Cove, Kenneth F. Rossman, IV, Robert Silver, William Walker, Jeffrey M. Feldman, Paul B. Hewitt, Bradley S. McKim, Ronald C. Redcay, Angel L. Tang, Donald Craven, William Rozell, Douglas Serdahely, C. Fairley Spillman, and James P. Tuite

And via U. S. Mail to each of the following:

David J. Beck
1221 McKinney St Ste 4500
Houston, TX 77010

Charles E. Cole
Law Office of Charles Cole
406 Cushman Street
Fairbanks, AK 99701

Eric J.R. Nichols
1221 McKinney St Ste 4500
Houston, TX 77010

L. Nicole White
1221 McKinney St Ste 4500
Houston, TX 77010

Matthew P. Whitley
1221 McKinney St Ste 4500
Houston, TX 77010

By: s/William M. Walker

[Proposed] Order Granting Unopposed Motion for Extension of Time                    Page 2 of 2
 to File Opposition to Defendant BP Exploration (Alaska) Inc.'s Motion to Dismiss
*Alaska Gasline Port Authority v. ExxonMobil Corp., et al.,* Case No. F05-0026 CIV (RRB)