David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
BOIES, SCHILLER & FLEXNER LLP
333 Main Street, Armonk, NY 10504
(914) 749-8200; (914) 749-8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
WALKER & LEVESQUE, LLC
731 N Street, Anchorage, AK 99501
(907) 278-7000; (907) 278-7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
LAW OFFICES OF CHARLES E. COLE
406 Cushman Street, Fairbanks, AK 99701
(907) 452-1124; (907) 456-2523 (fax)
colelaw@att.net

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | Case No. F05-0026 CIV (RRB) |
| Plaintiff, | ] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO EXXONMOBIL DEFENDANTS' MOTION TO DISMISS |
| v. | |
| EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, | |
| | Judge: The Honorable Ralph R. Beistline |
| Defendants. | |

[Proposed] Order Granting Unopposed Motion for Extension of Time                    Page 1 of 2
to File Opposition to ExxonMobil Defendants' Motion to Dismiss
*Alaska Gasline Port Authority v. ExxonMobil Corp., et al.*, Case No. F05-0026 CIV (RRB)

The Unopposed Motion of Plaintiff The Alaska Gasline Port Authority ("AGPA") for an extension of time in which to file and serve its opposition to Defendants Exxonmobil Corporation and ExxonMobil Alaska Production, Inc.'s ("ExxonMobil") Motion to Dismiss is GRANTED. AGPA's Opposition to ExxonMobil's Motion to Dismiss shall be filed and served on March 10, 2006.

**IT IS SO ORDERED.**

DATED this 27 day of February, 2006.

Ralph R. Beistline
United States District Court Judge