IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>        Plaintiff,<br><br>  v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>        Defendants. | Case No. 4:05-CV-0026-RRB<br><br>**ORDER GRANTING MOTIONS OF NON-RESIDENT ATTORNEYS FOR PERMISSION TO APPEAR AND PARTICIPATE** |

The Motions of Kenneth Rossman, Kevin Barry, John Cove, Robert Silver and David Boies to appear as co-counsel in the above-referenced case for plaintiff Alaska Gasline Port Authority are **GRANTED.**

ENTERED this 28th day of February, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE