IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,        )<br>                                           )<br>            Plaintiff,                    )<br>                                           )<br>     v.                                   )<br>                                           )<br>EXXONMOBIL CORPORATION, a New              )<br>Jersey corporation; EXXONMOBIL             )<br>ALASKA PRODUCTION, INC., a                 )<br>Delaware corporation; BP                   )<br>P.L.C., a United Kingdom                   )<br>corporation; and BP EXPLORATION            )<br>(ALASKA) INC., a Delaware                  )<br>corporation,                               )<br>                                           )<br>            Defendants.                   )  | Case No. 4:05-CV-0026-RRB<br><br>**ORDER GRANTING MOTIONS OF NON-RESIDENT ATTORNEYS FOR PERMISSION TO APPEAR AND PARTICIPATE** |

The Motions of Ronald Charles Redcay, Matthew Thomas Heartney and Angel Lisa Tang to appear as co-counsel in the above-referenced case for defendant BP Exploration (Alaska) Inc are **GRANTED**.

ENTERED this 28th day of February, 2006.

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE