IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>　　　　　Defendants. | Case No. 4:05-cv-0026-RRB<br><br>**ORDER GRANTING MOTIONS OF NON-RESIDENT ATTORNEYS FOR PERMISSION TO APPEAR AND PARTICIPATE** |

　　　　The Motions of David J. Beck, Matthew P. Whitley, Eric J.R. Nichols, Laura Nicole Batey White, Donald B. Craven, Fairley Spillman, James Tuite and Paul Hewitt to appear as co-counsel in the above-referenced case for Defendant ExxonMobil Corporation and ExxonMobil Production, Incorporated are **GRANTED.**

　　　　ENTERED this 28th day of February, 2006.

　　　　　　　　　　　　　　　　/s/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE