David Boies
Robert Silver
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
914.749.8200; 914.749.8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com

John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
**WALKER & LEVESQUE, LLC**
731 N Street, Anchorage, AK 99501
907.278.7000; 907.278.7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
**LAW OFFICES OF CHARLES E. COLE**
406 Cushman Street, Fairbanks, AK 99701
907.452.1124; 907.456.2523 (fax)
colelaw@att.net

*Counsel for Plaintiff Alaska Gasline Port Authority*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>        Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>        Defendants. | CASE NO.: 4:05-cv-00026-RRB<br><br>**PLAINTIFF ALASKA GASLINE PORT AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

Plaintiff Alaska Gasline Port Authority ("Port Authority") submits this unopposed motion to file a Consolidated Opposition to the Motions to Dismiss of ExxonMobil Corporation and ExxonMobil Alaska Production, Inc., BP p.l.c., and BP Exploration (Alaska) Inc. in excess of the 50-page limit set in D.Ak. LR 10.1(l). This relief is proper for the following reasons:

1. On February 8, 2006, Defendants ExxonMobil Corporation and ExxonMobil Alaska Production, Inc. filed a Motion to Dismiss the Port Authority's Complaint accompanied by a 49-page memorandum.

2. On February 8, 2006, Defendant BP Exploration (Alaska) Inc. filed a Motion to Dismiss the Port Authority's Complaint accompanied by a 38-page memorandum. Defendant BP p.l.c. filed a Motion to Dismiss on February 22, 2006, which incorporated the memorandum submitted by BP Exploration (Alaska) Inc.

3. For the convenience of the Court and the parties, the Port Authority has prepared a Consolidated Opposition to Defendants' Motions to Dismiss. In responding to the combined 87 pages of argument, it has endeavored to be efficient and limited its Consolidated Opposition to 63 pages.

4. Counsel for Defendants have stated that they do not oppose the relief sought in this motion.

Dated: March 10, 2006                    Respectfully submitted,

*[signature]*
_____
David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
BOIES, SCHILLER & FLEXNER LLP

William M. Walker
WALKER & LEVESQUE, LLC

Charles E. Cole
LAW OFFICES OF CHARLES E. COLE

*Counsel for Plaintiff Alaska Gasline Port Authority*

## Certificate of Service

I hereby certify that on March 10, 2006, a copy of the foregoing document entitled,

**"PLAINTIFF ALASKA GASLINE PORT AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS"**

was served electronically on each of the following:

David Boies, Kevin Barry, John Cove, Kenneth F. Rossman, IV, Robert Silver, William M. Walker, Charles E. Cole, Jeffrey M. Feldman, Paul B. Hewitt, Bradley S. McKim, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Donald B. Craven, William B. Rozell, Douglas J. Serdahely, C. Fairley Spillman, Matthew P. Whitley, and James P. Tuite,

and via U. S. Mail on each of the following:

**David J. Beck**
BECK REDDEN & SECREST
1221 McKinney Street Ste. 4500
Houston, TX 77010

**Eric J.R. Nichols**
BECK REDDEN & SECREST
1221 McKinney Street, Ste. 4500
Houston, TX 77010

**David J. Zott**
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

**L. Nicole White**
BECK REDDEN & SECREST
1221 McKinney Street, Ste. 4500
Houston, TX 77010

**J. Andrew Langan**
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

**Benjamin W. Hulse**
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601

By: s/Sarah Kalas