IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>　　　　　　　　Defendants. | CASE NO.: 4:05-cv-00026-RRB<br><br>[PROPOSED] ORDER REGARDING PLAINTIFF ALASKA GASLINE PORT AUTHORITY'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

THIS CAUSE came before the Court upon the motion of Plaintiff Alaska Gasline Port Authority, and the Court hereby orders as follows:

Plaintiff's motion for leave to file an oversized Consolidated Opposition to Defendants' motion to dismiss is GRANTED.

Dated this 13 day of March 2006.

　　　　　　　　　　　　　　　　　　　_/s/ Ralph R. Beistline_
　　　　　　　　　　　　　　　　　　　JUDGE RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　United States District Court