Ronald C. Redcay (Cal. Bar No. 067236)  
Matthew T. Heartney (Cal. Bar No. 123516)  
Angel L. Tang (Cal. Bar No. 205396)  
ARNOLD & PORTER LLP  
777 South Figueroa Street, 44th Floor  
Los Angeles, California 90017-5844  
Telephone: (213) 243-4000  
Facsimile: (213) 243-4199  
Ronald_Redcay@aporter.com  
Matthew_Heartney@aporter.com  
Angel_Tang@aporter.com  

J. Andrew Langan  
David J. Zott  
Benjamin W. Hulse  
KIRKLAND & ELLIS LLP  
200 East Randolph Drive  
Chicago, Illinois 60601  
Telephone: (312) 861-2000  
Facsimile: (312) 861-2200  
alangan@kirkland.com  
dzott@kirkland.com  
bhulse@kirkland.com  

Bradley S. McKim (Alaska Bar No. 0511089)  
BP EXPLORATION (ALASKA) INC.  
900 East Benson Boulevard  
Anchorage, AK 99508  
Telephone: (907) 564-5154  
Facsimile: (907) 564-4031  
mckimbs@bp.com  

G. Seth Beal  
KIRKLAND & ELLIS LLP  
(*Pro Hac Vice Application Pending*)  
777 South Figueroa Street  
Los Angeles, California 90017-5800  
Telephone: (213) 680-8400  
Facsimile: (213) 680-8500  
mailto:sbeal@kirkland.com  

Jeffrey M. Feldman (Alaska Bar No. 7605029)  
FELDMAN ORLANSKY & SANDERS  
500 L Street, Suite 400  
Anchorage, Alaska 99501  
Telephone: (907) 272-3538  
Facsimile: (907) 274-0819  
feldman@frozenlaw.com  

*Attorneys for Defendant*  
*BP Exploration (Alaska) Inc.*  
and BP p.l.c.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>　　　　　　Defendants. | Case No. F05-0026 CIV (RRB)<br><br>UNOPPOSED MOTION OF BP EXPLORATION (ALASKA) INC. and BP p.l.c. FOR EXTENSION OF TIME<br><br>Judge: The Honorable Ralph R. Beistline |

*Unopposed Motion of BP Exploration (Alaska) Inc. and BP p.l.c. for Extension of Time*
*Alaska Gasline Port Authority v. ExxonMobil, et al.*, Case No. F05-0026 CIV (RRB)
Page 1 of 3

Defendants BP Exploration (Alaska) Inc., and BP p.l.c., through their counsel of record, move for an extension of time until March 28, 2006 within which to file their responses to the plaintiff's opposition to their motions to dismiss. The extension of time is requested to afford counsel an adequate opportunity to address the arguments advanced in plaintiff's 65-page opposition to the motion to dismiss. The undersigned represents that plaintiff's counsel has advised that plaintiff does not oppose this extension of time.

DATED this 14th day of March, 2006.

>Ronald C. Redcay
>Matthew T. Heartney
>Angel L. Tang
>ARNOLD & PORTER LLP
>
>Bradley S. McKim
>BP EXPLORATION
>
>J. Andrew Langan
>David Zott
>G. Seth Beal
>Benjamin W. Hulse
>KIRKLAND & ELLIS LLP
>
>Jeffrey M Feldman
>FELDMAN ORLANSKY & SANDERS
>
>*Attorneys for Defendant BP Exploration (Alaska) Inc*
>*Attorneys for Defendant BP p.l.c.*
>
>By:   s/Jeffrey M. Feldman
>      Jeffrey M. Feldman
>      500 L Street, Suite 400
>      Anchorage, AK 99501
>      Telephone: (907) 272-3538
>      Facsimile: (907) 274-0819
>      feldman@frozenlaw.com
>      ALASKA BAR NO. 7905029

*Unopposed Motion of BP Exploration (Alaska) Inc. and BP p.l.c. for Extension of Time*
*Alaska Gasline Port Authority v. ExxonMobil, et al.*, Case No. F05-0026 CIV (RRB)
Page 2 of 3

**Certificate of Service**

I hereby certify that on March 14, 2006, a copy of the foregoing Unopposed Motion of BPXA and BP p.l.c. for an Extension of Time were served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Bradley S. McKim, Donald Craven, Paul B. Hewitt, William Rozell, Douglas Serdahely, C. Fairley Spillman, James P. Tuite, and via U.S. Mail to Charles E. Cole, David J. Beck, Eric J. R. Nichols, L. Nicole White and Matthew P. Whitley.

By:  s/Jeffrey M. Feldman

*Unopposed Motion of BP Exploration (Alaska) Inc. and BP p.l.c. for Extension of Time*
*Alaska Gasline Port Authority v. ExxonMobil, et al.*, Case No. F05-0026 CIV (RRB)
Page 3 of 3