Ronald C. Redcay (Cal. Bar No. 067236)
Matthew T. Heartney (Cal. Bar No. 123516)
Angel L. Tang (Cal. Bar No. 205396)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Ronald_Redcay@aporter.com
Matthew_Heartney@aporter.com
Angel_Tang@aporter.com

Bradley S. McKim (Alaska Bar No. 0511089)
BP EXPLORATION (ALASKA) INC.
900 East Benson Boulevard
Anchorage, AK 99508
Telephone: (907) 564-5154
Facsimile: (907) 564-4031
mckimbs@bp.com

J. Andrew Langan
David J. Zott
Benjamin W. Hulse
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200
alangan@kirkland.com
dzott@kirkland.com
bhulse@kirkland.com

G. Seth Beal
KIRKLAND & ELLIS LLP
*(Pro Hac Vice Application Pending)*
777 South Figueroa Street
Los Angeles, California 90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
mailto:sbeal@kirkland.com

Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendant*
*BP Exploration (Alaska) Inc.*
*and BP p.l.c.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, <br><br> Defendants. | Case No. F05-0026 CIV (RRB) <br><br> PROPOSED ORDER FOR UNOPPOSED MOTION OF BP EXPLORATION (ALASKA) INC. and BP p.l.c. FOR EXTENSION OF TIME <br><br><br> Judge: The Honorable Ralph R. Beistline |

*Proposed Order of BP Exploration (Alaska Inc. and BP p.l.c. for Extension of Time*
*Alaska Gasline Port Authority v. ExxonMobil, et al.*, Case No. F05-0026 CIV (RRB)
Page 1 of 2

The unopposed motion of defendants BP Exploration (Alaska) Inc., and BP p.l.c., is GRANTED. Defendants have until March 28, 2006 to respond to plaintiff's opposition to their motions to dismiss.

**IT IS SO ORDERED.**

DATED this 14 day of March, 2006.

Ralph R. Beistline
United States District Court Judge

*Proposed Order of BP Exploration (Alaska Inc. and BP p.l.c. for Extension of Time*
*Alaska Gasline Port Authority v. ExxonMobil, et al.*, Case No. F05-0026 CIV (RRB)
Page 2 of 2