Donald B. Craven (DC Bar No. 221424)
**AKIN GUMP STRAUSS**
**HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
(202) 887-4000; (202) 887-4288 (fax)
dcraven@akingump.com

David J. Beck (Federal Bar No. 919)
**BECK, REDDEN & SECREST**
1221 McKinney Street, Suite 4500
Houston, TX  77010
(713) 951-3700; (713) 951-3720 (fax)
dbeck@brsfirm.com

William B. Rozell (Alaska Bar No. 7210067)
623 Basin Road
P.O. Box 20730
Juneau, AK  99802
(907) 586-0142; (907) 463-5647 (fax)
bartrozell@aol.com

Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Defendant Exxon Mobil Corporation and*
*ExxonMobil Alaska Production, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

THE ALASKA GASLINE PORT AUTHORITY,   )
                                      )
              Plaintiff,              )
                                      )   Case No. 4:05-cv-00026-RRB
vs.                                   )
                                      )
EXXONMOBIL CORPORATION, a New Jersey  )   **UNOPPOSED MOTION OF**
corporation; EXXONMOBIL ALASKA        )   **DEFENDANTS EXXON MOBIL**
PRODUCTION, INC. a Delaware corporation; )   **CORPORATION AND**
BP P.L.C. a United Kingdom corporation; and BP )   **EXXONMOBIL ALASKA**
EXPLORATION (ALASKA) INC., a Delaware )   **PRODUCTION, INC. FOR**
corporation,                          )   **EXTENSION OF TIME**
                                      )
              Defendants.             )

Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc.,

("ExxonMobil"), by and through their undersigned counsel, hereby move for an extension of

time until March 28, 2006 within which to file their responses to the plaintiff's opposition to

their motion to dismiss.  The extension of time is requested to afford counsel an adequate

opportunity to address the arguments advanced in plaintiff's 65-page opposition to

47843v1

ExxonMobil's motion to dismiss.  The undersigned represents that plaintiff's counsel has

advised that plaintiff does not oppose this extension of time.

DATED at Anchorage, Alaska this  day of March, 2006.

s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6310
Fax:  (907) 263-6345
Email:  dserdahely@pattonboggs.com
Alaska Bar No. 7210072

### CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2006, a copy of the Unopposed Motion Of
Defendants Exxon Mobil Corporation And ExxonMobil Alaska Production, Inc. For
Extension Of Time was served electronically on:

**Kevin Barry**
kbarry@bsfllp.com
skalas@bsfllp.com

**John F. Cove, Jr.**
jcove@bsfllp.com

**Kenneth F. Rossman, IV**
krossman@bsfllp.com
sphan@bsfllp.com

**Jeffrey M. Feldman**
feldman@frozenlaw.com
carper@frozenlaw.com
anderson@frozenlaw.com

**William M. Walker**
bill-wwa@ak.net
shelley-wwa@ak.net
karen-wwa@ak.net

**David Boies**
dboies@bsfllp.com

**Ronald C. Redcay**
ronald_redcay@aporter.com

**Robert Silver**
rsilver@bsfllp.com

**Angel L. Tang**
angel_tang@aporter.com

**Charles E. Cole**
colelaw@att.net

**Matthew T. Heartney**
matthew_heartney@aporter.com

**Bradley S. McKim**
bradley.mckim@bp.com

By:    s/Nina E. Bingham
        Nina E. Bingham, Legal Secretary
        PATTON BOGGS LLP