| | |
|---|---|
| Donald B. Craven (DC Bar No. 221424)<br>**AKIN GUMP STRAUSS**<br>**HAUER & FELD LLP**<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC  20036<br>(202) 887-4000; (202) 887-4288 (fax)<br>dcraven@akingump.com | David J. Beck (Federal Bar No. 919)<br>**BECK, REDDEN & SECREST**<br>1221 McKinney Street, Suite 4500<br>Houston, TX  77010<br>(713) 951-3700; (713) 951-3720 (fax)<br>dbeck@brsfirm.com |
| William B. Rozell (Alaska Bar No. 7210067)<br>623 Basin Road<br>P.O. Box 20730<br>Juneau, AK  99802<br>(907) 586-0142; (907) 463-5647 (fax)<br>bartrozell@aol.com | Douglas J. Serdahely (Alaska Bar No. 7210072)<br>**PATTON BOGGS LLP**<br>601 West 5th Avenue, Suite 700<br>Anchorage, AK  99501<br>(907) 263-6310; (907) 263-6345 (fax)<br>dserdahely@pattonboggs.com |

*Attorneys for Defendant Exxon Mobil Corporation and*
*ExxonMobil Alaska Production, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>        Plaintiff,<br>vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>        Defendants. | Case No. 4:05-cv-00026-RRB<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS EXXON MOBIL CORPORATION AND EXXONMOBIL ALASKA PRODUCTION, INC. FOR EXTENSION OF TIME** |

The unopposed motion of Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc., ("ExxonMobil"), For Extension of Time is **GRANTED**.  ExxonMobil has until March 28, 2006 to respond to plaintiff's opposition to their motion to dismiss.

47844v1

IT IS SO ORDERED.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
Honorable Ralph R. Beistline
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2006, a copy of the [Proposed] Order Granting Unopposed Motion Of Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. For Extension Of Time was served electronically on:

| | |
|---|---|
| **Kevin Barry** <br> kbarry@bsfllp.com <br> skalas@bsfllp.com | **John F. Cove, Jr.** <br> jcove@bsfllp.com |
| **Kenneth F. Rossman, IV** <br> krossman@bsfllp.com <br> sphan@bsfllp.com | **Jeffrey M. Feldman** <br> feldman@frozenlaw.com <br> carper@frozenlaw.com <br> anderson@frozenlaw.com |
| **William M. Walker** <br> bill-wwa@ak.net <br> shelley-wwa@ak.net <br> karen-wwa@ak.net | **David Boies** <br> dboies@bsfllp.com |
| **Ronald C. Redcay** <br> ronald_redcay@aporter.com | **Robert Silver** <br> rsilver@bsfllp.com |
| **Angel L. Tang** <br> angel_tang@aporter.com | **Charles E. Cole** <br> colelaw@att.net |
| **Matthew T. Heartney** <br> matthew_heartney@aporter.com | **Bradley S. McKim** <br> bradley.mckim@bp.com |

By:   s/Nina E. Bingham
      Nina E. Bingham, Legal Secretary
      PATTON BOGGS LLP

47844v1

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF
DEFENDANTS EXXON MOBIL CORPORATION AND EXXONMOBIL
ALASKA PRODUCTION, INC. FOR EXTENSION OF TIME
CASE NO. 4:05-CV-00026-RRB
PAGE 2