UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ALASKA GASLINE PORT AUTHORITY   v.   EXXONMOBIL et al.

DATE:   March 15, 2006           CASE NO.   4:05-cv-0026-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING EXTENSION**

---

The unopposed motion of Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production for extension of time is **granted**. Defendants have until **March 28, 2006,** to reply to Plaintiff's opposition to their motion to dismiss.