J. Andrew Langan
David J. Zott
Benjamin W. Hulse
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Applications Pending*)
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200
alangan@kirkland.com
dzott@kirkland.com
bhulse@kirkland.com

G. Seth Beal
KIRKLAND & ELLIS LLP
(*Pro Hac Vice Application Pending*)
777 South Figueroa Street
Los Angeles, California  90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
mailto:sbeal@kirkland.com

Jeffrey M Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendant BP p.l.c.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | ) ) ) | Case No. F05-0026 CIV (RRB) |
| Plaintiff, | ) ) ) | **MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE** |
| v. | ) ) | |
| EXXONMOBIL CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) ) ) ) | Judge:  The Honorable Ralph R. Beistline |

G. Seth Beal, Kirkland & Ellis LLP, 777 south Figueroa Street, Los Angeles, California 90017-5800, telephone (213) 680-8400, hereby applies for permission to appear and participate, pursuant to D.Ak. LR 83.1(d), as co-counsel for BP p.l.c., in this action.

Mr. Beal will associate with Jeffrey M. Feldman, a member of the Bar of this Court, who maintains an office at a place within the district, with whom the Court and opposing counsel may readily communicate regarding this case.

Mr. Beal is a member in good standing of the Bar of the State of California. A copy of the certification of Mr. Beal's good standing with the Bar of the State of California is attached.

Dated this 20th day of March, 2006.


KIRKLAND & ELLIS LLP


By:  s/G. Seth Beal (consent)
     G. Seth Beal
     777 South Figueroa Street
     Los Angeles, California  90017-5800
     Telephone: (213) 680-8400
     Facsimile: (213) 680-8500
     mailto:sbeal@kirkland.com

## CONSENT OF LOCAL COUNSEL

The undersigned consents and moves for the granting of the application of G. Seth Beal to appear and participate as co-counsel in this action on behalf of Defendant BP p.l.c. The undersigned is authorized to practice law in the State of Alaska and is admitted to the United States District Court for the District of Alaska.

Dated this 20th day of March, 2006.

J. Andrew Langan
David Zott
G. Seth Beal
Benjamin W. Hulse
KIRKLAND & ELLIS LLP

Jeffrey M. Feldman
FELDMAN ORLANSKY & SANDERS

By:  s/Jeffrey M. Feldman
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, AK 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com
ALASKA BAR NO. 7905029

*Attorneys for Defendant BP p.l.c.*

**Certificate of Service**

I hereby certify that on March 20, 2006, a copy of the foregoing Motion to Participate BP p.l.c. were served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Bradley S. McKim, Donald Craven, Paul B. Hewitt, William Rozell, Douglas Serdahely, C. Fairley Spillman, James P. Tuite, and via U.S. Mail to Charles E. Cole, David J. Beck, Eric J. R. Nichols, L. Nicole White and Matthew P. Whitley.

By:    s/Jeffrey M. Feldman