IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>            Plaintiff,<br><br>    v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>            Defendants. | Case No. F05-0026 CIV<br><br>**ORDER GRANTING MOTIONS OF NON-RESIDENT ATTORNEYS FOR PERMISSION TO APPEAR AND PARTICIPATE** |

The Motions of J Andrew Langan(Docket 41), David John Zott(Docket 42), Benjamin W. Hulse(Docket 43) and G. Seth Beal(Docket 61) to appear as co-counsel in the above-referenced case for defendant BP P.L.C. are GRANTED.

Dated this 23 day of March, 2006.

RALPH R. BEISTLINE
U. S. District Court Judge