significant tax breaks.  They've insisted the windfall taxes and profits would hurt their business, probably raise prices at the pump.  Senator Kohl had asked a question at a hearing in February on energy consolidation.  So let me just follow up:  If the six big oil companies had their profits halved for a year, what impact would that have on the oil companies?

MR. BORENSTEIN:  Well, I'm not sure how they could have their profits halved.  As you mentioned, a windfall profits tax -- essentially, that would just come out of the oil companies. There is no way they could pass that on to consumers because they sell on the world oil market.  In the longer run, it would change their incentives to invest in new oil exploration and likely would.  Would that have a significant effect on the oil market?  That depends on how big they are in the world oil market, and the answer is actually, they're probably not that large.

SEN. LEAHY:  And a question that I would ask, Madame Attorney General:  How does Congress go about bringing about more transparency?  I mean, everybody's talked about this.  I could ask the same question of everybody -- I won't because the time's up -- but how do we go about getting more transparency in these companies so we know what they're doing?

ATTY GEN. LAUTENSCHLAGER:  Well, among the things that we would be very anxious to see Congress do would be to look at the trading markets themselves.  As I indicated in that last graph that's in the written testimony, there seems to be a distinct correlation between volatility in the marketplace and the amount of trading.

Some of the trading that's being done on over-the-counter markets and the like, which is not being done by registered traders, nor is it being reported -- oftentimes commodity can exchange hands as many as 30 times from the wellhead till it gets to the market.

These sorts of facts seem to be impacting us greatly, and just the registering of traders and the reporting of trade, we think, would lend some greater certainty to that market and afford us the opportunity to determine whether or not manipulation is taking place.

SEN. LEAHY:  I appreciate that.

Mr. Chairman, I'm wondering on this question of transparency if the other panel members could submit for the record -- I raise this because -- (inaudible) -- on agriculture committee, which has jurisdiction over CFTC -- and we'll be looking at that question there, too.

SEN. SPECTER:  We will hold the record open for at least a week and supplemental questions can be submitted.

Senator DeWine.

SEN. DEWINE:  Thank you, Mr. Chairman.

Mr. Borenstein and Mr. Greene, a question for you.  The oil companies claim increased capacity of about 14 percent.  On the other hand, at the committee's last hearing in February, several of our witnesses testified that the oil companies had been shutting down refineries to manipulate the supply of gasoline and increase their profits.  Who's right?

Mr. Greene.

MR. GREENE:  I can only speak to the California markets with any particularity.

SEN. DEWINE:  (Referring to the microphone.)  You have to push that closer, Mr. Greene.

MR. GREENE:  Okay.  I can only speak to the California markets with any particularity.  At least at the refinery level of the industry that serves the state of California, I think that we've seen some modest increases in capacity.  Attorney General Lockyer and our antitrust staff worked very hard with Shell Oil Company to make sure that they did not shut down their Kern County facility.  That would have represented a reduction of roughly 10 percent of California's diesel supplies and 6 percent of our gasoline supplies.

We were quite pugnacious, truthfully, with Shell and they were going to simply shut that plant down.  At the end of the day, we were very pleased that they -- from our perspective -- stepped up and did the right thing and sold it.  It's now been sold to a firm called Flying A (sp).  Flying A (sp) has made a commitment to the attorney general that it will both continue to run the plant as a major refinery for both diesel and gasoline. And they've told us they will also expand capacity.  That would be the report from the far West and our perspective.

28

SEN. DEWINE:  Mr. Borenstein?  Professor?

MR. BORENSTEIN:  Actually, both parties are probably right. The refiners are every year increasing the capacity at the refineries within their existing footprint.  At the same time, a number of the older refineries have been shut down.  Are the refineries doing as much as they should be doing in a competitive market?  That's very difficult to diagnose, unfortunately.  They can certainly make a credible defense that they are doing all they can within economic standard to expand -- (inaudible).  At the same time, if you look at their (incentives ?), certainly the amount of money they makes tells the -- (off mike) -- offline or (brought ?) down.  The Katrina experience was quite clear on this.  We saw refineries go out, and yet the refining process of the companies went up.  And that's because we are in a very tight refining market.

If they do everything they could to bring those refineries back up as quickly as possible -- and they may have, but it's certainly very difficult to second guess.  And it's certainly the case that while those refineries were down, they were actually making more money.  But that probably was primarily due to real scarcity.  If there is a real scarcity, the prices do go up.

SEN. DEWINE:  Let me ask anybody on the panel who wants to respond:  When we look at gasoline markets, it seems the consumers have more options than they do in some other industries.  But despite the recent mergers, we still have half a dozen major oil companies testifying here today.  And most of us have a variety of gas stations nearby where we live and work. Despite all these different competitors, gasoline prices keep going up.

Now, of course, crude oil prices are a big part of that. But some have also argued that the reason oil companies can get away with raising prices is that people have to buy gasoline. We have to do it every day.  We need to drive and we don't really have any other viable alternatives.

Do you think this means our antitrust laws should be tougher on mergers in the oil industry and use possibly different standards when looking at these deals?  Or is that factor already built into our legal analysis?  And is there anything else that the antitrust laws can do to protect

EXHIBIT #_____A____
Page #___29__ of __51__

consumers from high gasoline prices?  Anyone want to jump in on that?

MR. ALIOTO:  Well, I think, Senator, that it's not absolutely -- it's not correct to suggest that because there are different brands in different areas there's competition, because in many instances, one oil company will own and operate under a number of different names.  Including, for instance, on the West Coast, it was not Exxon, for example, or Shell or Texaco that were actually operating those stations, but it would be another station altogether.  And what they do is when they swap their stations, they also swap their names.  And so it's not really competitive.

And as I pointed out in my opening statement here that, for instance, you had Shell and Texaco.  There was always a price deferential between Texaco and Shell and Texaco and everyone else.  But as soon as they had the joint venture, the first thing they did was to bring the Texaco price up and then they raised everything by 70 percent throughout the country.

SEN. DEWINE:  Mr. Borenstein?

MR. BORENSTEIN:  Well, I think that the treatment -- the law is certainly the same for oil and energy companies.  So unfortunately, the treatment (shouldn't ?) be -- the DOJ guidelines that were referred to are these very rough guidelines about market shares that don't take account of any elasticity of demand, as you pointed out, that people need to buy gasoline and the fact that you can run into real supply constraints.

So a simple-minded application of the merger guidelines is likely to leave you in -- (off mike) -- Federal Energy Regulatory Commission tried to use those guidelines in the electricity business.  Likewise, in the oil business, it is not a good economic analysis to take those guidelines and just slap them onto the oil business, because the demand is so inelastic and because we're running into real supply constraints.  At that point, even (firms ?) with a very small market share are able to move the market.

SEN. DEWINE:  Thank you, Mr. Chairman.

SEN. SPECTER:  Thank you very much, Senator DeWine.

Under the early-bird rule, Senator Feinstein and Senator Schumer were here at the start.

30

EXHIBIT # _____A_____
Page # __30__ of __51__

Senator Feinstein, you're recognized.

SEN. FEINSTEIN:  Thank you very much, Mr. Chairman.

And Madame Attorney General, ever since the California energy crisis, I've really been profoundly impacted by the way this energy sector of our economy functions.  It seems to have no consumer loyalty -- no real care or concern with what happens to the consumer, and I found this deeply disturbing.

We're listening to the Enron trials.  We've read transcripts of traders saying let's just stick it to Grandma Millie.  We've seen El Paso plug a pipeline with the purpose of forcing up the price of gas.

And Mr. Attorney General, I want to thank you for the attorney general's, you know, really, I think, effective litigation which has brought on literally millions of dollars of settlement in this case.

But one of the things that is happening is that increasing share of trading is now moving off of the regulated exchanges onto the unregulated over-the-counter exchanges.  And more companies are running these electronic trading facilities. Eighty percent of the energy markets are not regulated by the federal government.  I have tried twice in the past, and the Commodities Futures Modernization Act for reauthorization will shortly be before the floor of this body.  It exempts energy trading from any regulation.  I will have an amendment to provide transparency to the energy markets by requiring energy traders on electronic trading platforms to keep records and report their trades to the Commodities Futures Trading Commission so that commission can exercise due anti-fraud and anti-manipulation oversight.

I would like to know if the attorney generals will support this legislation?

ATTY GEN. LAUTENSCHLAGER:  I think I could probably speak for all four of us who were involved in this Midwest thing in saying we absolutely would.  That's one of our primary conclusions.

While supply and demand and the elasticity of these markets explains perhaps the gradual upward increase of prices, particularly in natural gas, it doesn't explain the volatility.

EXHIBIT # _____A_____
Page # ___31___ of ___51___

But clearly, that volatility has a direct correlation between increased tradings and spikes in the market.  Our inability to access information about those trades is particularly frustrating to us, and your legislation would address just that.  So we thank you for that, Senator.

SEN. FEINSTEIN:  Well, in essence, this is a secret, hidden trading market.

ATTY GEN. LAUTENSCHLAGER:  Absolutely.

SEN. FEINSTEIN:  No audits.  No records kept.

ATTY GEN. LAUTENSCHLAGER:  Absolutely.  Pork bellies, orange juice, soy beans -- all of those things are more transparently traded than these energy commodities.

MR. GREENE:  And if I may, Senator --

SEN. FEINSTEIN:  Mr. Greene.

MR. GREENE:  If I might add:  The exemption from CFTC rules and regulation also means that the anti-fraud and anti-manipulation rules that the CFTC enforces are not applicable to those essentially off-book kinds of exchanges.  And indeed when you look at some of the electronic exchanges that Enron in fact pioneered -- sadly for the consumers of California -- that was exactly one of the major problems behind it.  It was secret and it was highly manipulative, and we all paid the price.

ATTY GEN. LAUTENSCHLAGER:  Senator, if I might, too, you know the price indices on which prices are based also come from only that 20 percent of the market share which are reported, and not necessarily well reported.  So not only are we seeing that impact in terms of what seems to be the volatility of the market based on increased trading that's unreported, but also that impacts on where those price indices go, which kind of causes a chain reaction.  So we might add that to that, too.

SEN. FEINSTEIN:  Do you think any of this is responsible for this spike in natural gas?

ATTY GEN. LAUTENSCHLAGER:  My sense is yes.   I mean the spikes that come and go tend to be absolutely related to trading numbers, And there has to be some sort of correlation.  And again, our ability to see those markets better I think would

afford us the opportunity to better analyze that and come up with answers for consumers.

SEN. FEINSTEIN:  Because my concern is what we're now seeing is the rebirth of fraud and manipulation but in the natural gas market.

ATTY GEN. LAUTENSCHLAGER:  It's hard to tell, because we don't know what's going on.  So I think you're getting precisely to the point, which is, we need to be able to have information.

SEN. FEINSTEIN:  Thank you.

Thank you, Mr. Chairman.

SEN. SPECTER:  Thank you very much, Senator Feinstein.

Senator Cornyn.

SEN. JOHN CORNYN (R-TX):  Thank you, Mr. Chairman.

Thank you, ladies and gentlemen, for being here today and offering your expertise.  You know it's kind of confusing for all of us.  Matter of fact, the federal government is confused among itself.

As you know, the Federal Trade Commission and the General Accounting Office have different views on the question before the committee today -- consolidation in the oil and gas industry; is it raising prices?  And of course, the Federal Trade Commission disagrees with the General Accounting Office's methodology and the like.

But even assuming that the General Accounting Office's methodology is correct, it concludes that it probably had a difference of maybe two cents per gallon on gasoline, or perhaps under the -- in some instances, it actually said that there were decreases of about one cent per gallon on average.

So I guess all of us can be forgiven I hope a little bit at being confused if in fact the two entities, the Federal Trade Commission and the General Accounting Office, that are supposed to understand and evaluate these issues and explain them to the rest of us appear to be in disagreement.

But one of the -- while we're all looking for answers to the important questions of how we can get more supply and how we

can help bring prices down, while Congress can pass new
legislation -- and I think Senator Specter has taken a serious
attempt to try to address it, although I have some concerns
about it -- I think we ought to be -- look perhaps at ourselves.
I'm talking about Congress being part of the problem here.

It strikes me that we are schizophrenic when it comes to
our energy policy in this country, because on one hand we know
that more supply, as Mr. Boies said, when it comes to natural
gas means that there will be a lower price, but yet we have
policies in this country that enact moratoria on exploration and
development of known reserves of natural gas offshore.  We know
that there is oil and gas available in places like the Arctic
National Wildlife Refuge, and Congress has chosen to deny the
exploration and development of that, which strikes me, if it
would increase supply, then it would necessarily bring the price
down.

But the -- I'm going to maybe ask Professor Borenstein --
you talk about this -- the demand and the scarcity of supply.
And would you sort of put in a global context of why things have
changed so dramatically here over the last five or 10 years in
terms of competition for that supply between emerging economies
like China and India?  Has that had a very direct impact on the
cost we're seeing both on oil and refined product as well as
natural gas?

MR. BORENSTEIN:  There's no question that the growth in
world demand has been the major factor driving up crude oil
prices over the last 20 years.  I certainly don't believe though
that we should view this as a problem created by China.  China's
demand is growing because it is a very under-developed country
that is now trying to become a moderately under-developed
country, and as a result they want consumer oil -- (inaudible).
They certainly, in my opinion, have just as much right to buy
oil as we do on the world market.

And so the fact is, as more of the world develops and wants
to become particularly an oil-(dependent transportation ?)
economy, because that's where the oil's usually needed -- (off
mike) -- -- it's going to impact the world price of oil.  That
is an inexorable direction that we're going.

Frankly, drilling in the United States is not going to
change that more than a very minute amount.  In fact, over the
medium run, it doesn't look we are going to bring on enough --
(off mike) -- oil supplies to significantly -- (off mike) -- the

price.  I say that both reading the press about the oil exploration and -- (off mike) -- the oil futures market, where people are making their own monetary bets about the prices.  And they see prices staying around $60 a barrel as far as the eye can see.

SEN. CORNYN:  Well, it strikes me that part of our national energy policy has got to be reducing our almost complete dependence on oil and gas, as the president said.  We need to diversify.  The Congress has passed an energy bill which has encouraged the use of nuclear power, for example, and finding ways to use the 300-year supply of coal that exists in this country that produces electricity for an awful lot of people.

Mr. Chairman, my time is up.

SEN. SPECTER:  Thank you very much, Senator Cornyn.

Senator Schumer.

SEN. CHARLES E. SCHUMER (D-NY):  Thank you, Mr. Chairman.

Mr. Chairman, in the past this committee has received statements that discuss the economic vagaries and jargon used to justify a rubber-stamp mentality at the FTC.  And I want to thank this panel, because they break through a lot of that.

I think we need to step back and apply some common sense here.  There are fewer, more massive players in the markets.  Prices have spiked.  And what has gone up has not come down.  Coincidence?  I don't think so.  The result, of course, has been egregious profits for the mega oil companies.  Exxon announced a record-breaking 10 billion (dollars) in profits in the last quarter, with 36 billion (dollars) in profit for all of last year, which is a record in corporate history.

Examine the numbers and it yields an inexorable equation: concentration in the industry equals obscene prices plus record profits.  My constituents experience this all the time, and we see prices going up by 50 cents in a day.  We have -- we hear, of course, that the price of oil is set on the world market and supply and demand are the root drivers.  True as these things may be, it's simply naive to think that massive consolidation of the industry has no impact, particularly with the vagaries of price.  Not only does it keep the price of oil high, but since these companies don't invest in new sources of energy, it's stifles innovation and leaves us dependent on oil.

35

EXHIBIT #_____A_____
Page #___35__ of __51__

In his State of the Union address we heard the president say that America is addicted to oil. If that's so, then these behemoth oil companies are some of our biggest dealers.

And we've heard a great deal of talk about the need for an international market -- prices goes up, we need consolidation to explore. That doesn't answer the consolidation in the downstream market. In other words, even if you have to consolidate for exploration, which I wouldn't concede, why do you have to consolidate with refineries and retail, which has happened as well?

And consumers have been backed into a corner because the oil companies have been given free rein to corner the market, even in areas that have nothing to do with production.

Mr. Chairman, I think we should seriously explore divestiture, particularly on the downstream side -- refining and retail. Because what happens very simply is, that the price of gasoline goes up, even when there is an adequate supply of crude, because of the consolidation in the downstream market.

So I'd like to ask each of you two questions. First, do you agree with that downstream analysis? Wouldn't the market benefit from more independent activity in the downstream sector? Wouldn't the consumer be better served by competition, more of it, among refiners and retailers, regardless of the issue of exploration and the high costs there?

And second, don't you think that if we had 100 or even 1,000 smaller oil companies selling oil, refining oil, that after Katrina, we wouldn't have seen everybody, no matter how much Gulf oil they got, march in lockstep in terms of prices. The West Coast, for instance, gets no Gulf oil, and their prices went up almost exactly the same as the areas that got -- that used Gulf oil.

Let me just start with Mr. Boies and work my way over. And I'm not asking any more questions, so --.

MR. BOIES: I would agree, Senator. I think that everybody knows, and certainly every businessman knows, that if you can increase concentration you can increase prices and you can increase profits.

And while it's often very difficult to determine how much the profits have increased and how much the prices have increased by as a result of concentration, we know the right direction. And we know that competition is better than concentration. We know that the more competition you have at the downstream market, the better price and the better service consumers will get.

SEN. SCHUMER: Ms. Lautenschlager.

ATTY GEN. LAUTENSCHLAGER: Thank you, Senator.

Let me just say one quick thing and that's in respect to the natural gas markets. And we in Wisconsin obviously -- we were not impacted necessarily by suppliers in the Southeast during Katrina, and yet we saw those like spikes.

The natural gas market saw perhaps a 5 percent hit as a result of Katrina. But natural gas demand during that time also went down because of the loss of industry there - so maybe a 2 percent hit to the market, and yet we saw those incredible spikes. I think you're absolutely right. It's inexplicable for those reasons.

SEN. SCHUMER: Mr. Greene.

MR. GREENE: Thank you, Senator. Very thoughtful questions.

Our experience is that antitrust authorities have by and large not understood until recently the critical importance of retail and the downstream aspects of the business. What we perceive generally, and I think what consumers oftentimes see, is a pattern that we sometimes call the rockets and feathers pattern. Prices will rocket up, as they did in post-Katrina -- actually in California our prices skyrocketed with 24 hours, and indeed, none of our refineries are actually based in the Gulf Coast. But what happens is because of a relatively limited amount of competition at retail, it feathers down.

What I think is needed here, if it's at all possible, would be an injection of competition at retail. The battle ground frequently on the price of gasoline is fundamentally at the intersection level. If it's all majors at that intersection, those prices will feather down very, very slowly. If we could reinject more competition, more independence into that marketplace, that would be a definite plus.

EXHIBIT # _____ A _____
Page # ___ 37 ___ of ___ 51 ___

SEN. SPECTER:  Mr. Alioto.

MR. ALIOTO:  Thank you, Senator.  I don't there is any question that if there were more competition, especially on the refining and the retailing, that there would be significant decreases in prices.

I think that it needs to be understood that these companies are exchanging their refined product.  And they exchange the refined product between themselves at a price substantially less than the price they sell to their own retailers.

The retailers are under complete control of the oil company.  They are the buffer zone between the oil companies and the public.  And as a result, if their price is going up, their margins are not much different, regardless of where it goes.

The Supreme Court once referred to them as the vassals of the oil industry.  There is no question, that's exactly what happens.  And there should be much more competition and divestiture in that area, because a dealer cannot sell other gasoline, even though it's coming out of the same refinery.  And so they have to stick with their so-called brand.  And the brands are insignificant, because the owners of the various brands may be one company that is not the original competitors.

SEN. SCHUMER:  Finally, Mr. Borenstein.

MR. BORENSTEIN:  While I am concerned about concentration in the refining business, the increase that we've seen, I'm more concerned still about potential future increases.  I think we are now at the -- (inaudible) -- position where more increases will really cause a problem.

At the same time I think that realistically this is not an issue that is going to affect the world price of oil.  It is a world market for oil.  And that is the biggest reason that we are seeing high gasoline prices right now.

I also want to address the retail end, because the fact of the matter is that although there is a lot of disagreement and tension between retailers and refiners, retail margins have fallen over the last few decades, and that (makes ?) it very hard to put any of the current high cost of gasoline on some sort of problem in competition at the retail end.  I think that

38

the concern we should have is at the refining end, and I think
that might explain a few cents -- marketing power in that area
might explain a few cents of the current prices.

But to be completely honest -- (inaudible) -- more than
five or 10 cents at the very most -- (inaudible) -- that's going
on right now, with this very high price of oil, and that's
because the world oil market is tight, and Saudi Arabia in
particular is able to make it tighter.

SEN. SPECTER:  Senator Coburn.

SEN. TOM COBURN (R-OK):  Thank you, Mr. Chairman.

I'd note for the record that the price of natural gas this
morning is around $7 a million Btu, and in fact, we did see a
tremendous spike in natural gas prices.  Anybody want to explain
why we saw that?  Any of our panelists?

MR. BOIES:  The spike in natural gas prices is due to an
excess of demand over supply.  And the issue is why do you have
that excess, and whether or not what is happening is supply is
being manipulated for purposes of restricting output and
increasing price.

SEN. COBURN:  Well, I would tend to disagree with that.  I
think the reason the price went up is pure speculation on
commodities exchange by people who didn't have to take delivery
of natural gas.  And if you will recall, what did we do with
silver and the Hunt brothers?  How did we eliminate the
manipulation of that market?  What was the technique that was
used?

MR. BOIES:  Actually, the Hunt brothers ran out of money.

SEN. COBURN:  Well, but we also said you had to take
delivery.

MR. BOIES:  Yes.  But the problem is, as I indicated
before, is that you have vast reservoirs of natural gas in
Alaska, and none of it is being exported to the United States --
zero, over decades.

SEN. COBURN:  And that is being exported today, and the
price is half of what it was two months ago.  So the point I'm
wanting to -- I want to get back to what Senator Feinstein was

talking about is manipulation on the commodity markets of price based on speculators.

MR. BOIES:  There is no doubt that there is a tremendous amount of volatility that has increased, and results, from that speculation.  I agree with you, and I agree with what was said earlier by the attorney general completely.

But without the transparency, those markets lead to a great deal of volatility.  But if you look at the long-term increase, that is going to be due to supply as well.  You've got to address both of those issues.

SEN. COBURN:  I don't disagree with you.  But the chart that Attorney General Lautenberg --

ATTY GEN. LAUTENSCHLAGER:  Lautenschlager.  (Laughs.)

SEN. COBURN:  -- Lautenschlager put forward -- if you go back to 1990, you know, I can tell you being from Oklahoma, $2 natural gas isn't going to get any exploration for it.  Nobody is going to hunt for natural gas at $2 at the wellhead.  It does not pay, will not pay, will never pay -- again, because of the cost.

So let's assume that we've got a four or five dollar natural gas, my question to you is that price ought to increase demand.  I'm not denying your legitimate point that you see a problem with delivery there, but I think the big run-up that we saw here has more to do with speculation on the commodity markets than it has to do with price manipulation of either the gas producers or the consumers.

In fact, there was an artificial demand created on the basis of a run on commodity markets, and there ought to be something either going to the Banking Committee or the Finance Committee to create the transparency in those markets.  And also with the little rule, if you're going to do it, you've got to take delivery.  Take your trillion cubic feet of natural gas if you want to speculate on it and let the hedge funds take, and then let's see what they do with it.  They'll choke with it.

And the same thing -- I had a producer in my office.  His estimate -- and Professor Borenstein, I would be interested in your response -- he still thinks that there is seven or eight dollars speculation priced into the world price of oil based on

speculators only, not on people who are actually consumers of oil. And I wonder what your thought is on that.

MR. BORENSTEIN: Actually, I don't think that speculators are able to keep a long-term price spike in the market. I think certainly they participate in the changes in beliefs about whether we're going to see a shortage. For instance after Katrina, a number of non-gas companies got into the market, which was very tight, and thought that the price was going to spike substantially. And sure enough, that contributes to driving the price up.

However, the recent prices -- (off mike) -- we've had until fairly recently a very mild winter, and that took pressure off of those very limited supplies. And as a result, we have seen the price, thankfully, come back down.

That said, I agree entirely with Senator Feinstein -- (off mike) -- back in 2001 when it was first raised that we need more transparency in these markets. The CFTC has rules to prevent the sort of squeezes that the Hunt brothers engaged in. But those rules need to be applicable to trading more generally. I'm not sure you want to force the hedge companies to take delivery, but you certainly want to force them to -- (off mike) -- their (position ?) in a reasonable and timely way so it doesn't cause disruption in the market.

SEN. COBURN: I just have one other question for you, kind of as a free-marketer. If I go out and produce 100,000 bushels and the price isn't any good, should I be forced to sell that?

MR. BOIES: No, but I think that that doesn't really address the issue here, because certainly over the last 30 years the price of natural gas has been extremely high. And what you've seen is holding the natural gas off the market at a time when the price has been spiking. So this is not a situation in which you have very low prices and people are simply waiting. What you have are people holding supply off the market for purposes of keeping prices high and making prices go higher.

SEN. COBURN: Did you say over the last 30 years, that the price of natural gas had been high?

MR. BOIES: No, what I said is, it's been increasing and they've had the natural gas there for 30 years. In order to believe that this is simply waiting for the price to go up, you'd have to believe that there wasn't a time over the last 30

years when they thought it was profitable to market natural gas.
You have arguments for exploration drilling and we need to drill
more, we need to find more natural gas.  And yet, they've got
trillions and trillions and trillions of cubic feet of natural
gas that are sitting there already discovered ready to be
developed, and they're not being developed.

So what I'm saying is there's a disconnect between the
argument, which I agree with, which we need to have more
exploration, and the argument that says well, we're just going
to hold all this supply off the market.

SEN. COBURN:  Any other comments on that?

MR. ALIOTO:  I think that in the production you have to
look at what Senator Schumer was talking about, but in
production and exploration you have to deal with the numerous
joint ventures among and between the oil companies so that the
risk factor is very limited and so they all share in what
happens, so no one takes the major risks.  And that when they do
in fact get a find and get a product, they also have certain
sharing and agreements.

Like I pointed out, Senator, in your state, Phillip Bachily
(sp), the chairman of Phillips, in the notes with the chairman
from Conoco had made a substantial investment in Alaska, some $7
billion.  But he couldn't even operate it in Alaska, and the
reason he couldn't was because he recognized and the folks from
Conoco recognized there was an agreement between Exxon and BP
that the only operators in Alaska were going to be those two.
And so he conceded to BP to operate what he bought.

SEN. COBURN:  Mr. Chairman, could I ask indulgence to ask
one question of Professor Borenstein?

In this makeup of the majors who have consolidated through
the years, as a percentage of the natural gas market in this
country, compared to the petroleum -- excuse me, in comparison
to the crude oil market, is there a big differential between
market control on natural gas and on crude oil in this country
among these majors?

MR. BORENSTEIN:  Look at those natural gas markets.  It is
a continental market; it's very hard to import.  And so the
(positions ?) of these producers are much, much larger, even
with the same domestic market share.  The natural gas markets
historically have been considered very competitive.  In the last

decade we have seen increases in concentrations -- (off mike) -- increased concern when these markets get very tight, as they are now, that -- (off mike) -- even 20 percent or 10 percent market share is able to move the market.

In the world oil market, these companies really are small players and really are not going to be able to move markets. They're going along for the ride, and of course, they're making a lot of money.

SEN. COBURN:  But it is true that they control less natural gas than they do oil products in this country.

MR. BORENSTEIN:  That is true, I believe.  Actually, I'm not sure off the top of my head, but I think that looking at their control of natural gas, you have to recognize that within a domestic market -- whereas looking at oil you have to recognize that it's in the context of the world oil market.

SEN. COBURN:  Thank you, Mr. Chairman.

SEN. SPECTER:  All right.

Senator Durbin.

SEN. RICHARD DURBIN (D-IL):  Thank you very much, Mr. Chairman, I want to thank --

SEN. SPECTER:  (Off mike) -- that Senator Coburn a little over time.  He's yielded back more time, however, in the past than any other member of the committee, so we gave him a little extra license.  I just want the record to show that.

SEN. COBURN:  Good luck.  (Laughter.)

SEN. SPECTER:  Senator Durbin.

SEN. DURBIN:  Thank you, Mr. Chairman.  I want to thank the panel.

We write laws.  We like to think that they will change things for the better.  Senator Specter has a bill which he's introducing, which I'd be happy to cosponsor, the Petroleum Industry Antitrust Act --

SEN. SPECTER:  Thank you very much.  Thank you.

SEN. DURBIN:  Senator DeWine has a bill called the NOPEC bill that I cosponsored in the past that I believe is part of it.  But when I listen to your testimony here, all the laws we pass may not make any difference at all.  When I hear you give comment on the antitrust section of the Department of Justice and the Federal Trade Commission, they sound like lap dogs in a room full of energy pit bulls.

So the question I have is this:  Even if we pass these new laws and create this new enforcement authority to try to break up some of this concentration of ownership, to try to create competition and give the consumers a fighting chance, do they have a fighting chance if the administration will not aggressively enforce the current laws or any new laws that we would enact?

MR. ALIOTO:  They have a fighting chance, Senator, if they're given the right to file suit under these laws --

SEN. DURBIN:  Private cause of action.  Private cause of action.

MR. ALIOTO:  Private cause of action, because they're the only suits that are being brought.  The government -- I would say in many of the antitrust cases in the last 10 years, the government is on the side of the defendant.  So the private right of action is the only one that is being effective.  And if we have the right -- unfortunately in Senator Specter's legislation, this is just confined to enforcement, it's just confined to the attorney general.  Give enforcement to the private party.  And if you can, in terms of damages as well for what's going on, make it an indirect purchaser as well, that they can file suit, because if we can't, the government won't.

SEN. DURBIN:  I think that's a good suggestion.

Let me ask the others on the panel:  Have you seen evidence in the last five and a half years of this administration, as we've watched the cost of energy bankrupt airlines and cause such a tremendous drag on our economy, not to mention the hardship on businesses and families, have you seen evidence of this administration that they understand this concentration of power and the damage that these high energy prices are doing to our economy?

MS. LAUTENSCHLAGER:  Well, let me just say, Senator, that I agree with you on that premise and I think that you are

absolutely right.  That being said, from a practical standpoint,
as somebody who's been involved in a variety of government
institutions over my professional career, that's why somebody
like I comes to a community today and says, can we at least get
transparency?  Can we at least know who's doing what and hold
them accountable?  Because at that point at least the ordinary
citizen, somebody who's not part of a special interest group,
has at least the opportunity to see what's being done
institutionally.

    SEN. DURBIN:  So what I hear from you and Mr. Alioto is
give somebody on the outside of government a chance to fight for
consumers, because no one on the inside is doing it.

    ATTY GEN. LAUTENSCHLAGER:  Well, I like fighting for
consumers, Senator -- (chuckles).  But certainly the federal
government's practices have changed over the years.

    MR. GREENE:  If I may, Senator --

    SEN. DURBIN:  Mr. Greene.

    MR. GREENE:  I do have the opportunity to work with people
I think are quite good at both the U.S. Department of Justice
and at the Federal Trade Commission.  And I've been very
impressed with their commitment to the public interest.  They
do, however, operate within a structure, a legal structure which
has become the legal equivalent of a hothouse petunia.  The
elaborate economic analyses that are done really cut against
sort of the common-sense notion that many of you have
articulated today.   Within the structure, I think they're
making a very sincere effort.

    The kind of statutory changes that Senator Specter and
others are endorsing with his legislation changing the standards
with respect to murders would be extremely helpful.  I mean,
these cases are extremely time consuming; they're extremely
expensive.  In all these merger cases -- in ExxonMobil, for
example -- we took a portion of the document production from
Exxon.  I took over essentially half of our library in Los
Angeles  --literally 10,000 boxes of materials --

    SEN. DURBIN:  Well, let me just say, I understand it's a
big fight.  And it's a big issue.  And when companies like
United Airlines and other airlines are going into bankruptcy
because of the cost of jet fuel, and because we see companies

across America and families across America in hardship, I think it's worth the fight.

And the one thing I want to add -- I don't know if Professor Borenstein will have a chance to reply -- but when I listened to your first comment about the cost of gasoline on the market being $1.66 a gallon; a $1.43 can be attributed to crude oil prices -- we know the price of a barrel of oil has gone up 60 and 70 dollars a barrel. All of that is a good explanation for high prices at the pump, unless and until you consider that ExxonMobil registers record multibillion dollar profits in this atmosphere. So it isn't input costs that are driving these alone. Clearly there's profit taking -- the most massive profit taking in the history of American industry -- at the same time. And we are in a situation now where we have no voice in saying to these giants you shouldn't have done that; your money ought to be coming back for the good of society that has paid the price for the gouging that's taking place at the gasoline pumps.

And so what do we get every day? We get a full-page ad in The Washington Post explaining "we really need this money and we promise we're going to spend it well.

MR. GREENE: I saw --

SEN. DURBIN: "We've got some great ideas."

MR. GREENE: I saw that ad myself.

SEN. DURBIN: Isn't it wonderful that we get these ads every day? It makes me feel good.

MR. GREENE: I do think it is a fight, but it would be most helpful if you would give us new tools to bring to that battle.


SEN. DURBIN: New tools and new mechanics.

SEN. SPECTER: Thank you very much, Senator Durbin.

Senator Biden.

SEN. BIDEN: Thank you very much, Mr. Chairman. Thank you for holding the hearing.

Professor, I'd like to ask you a question. What -- how much of the $1.66 -- as it relates to the crude oil cost to the

world market price, how much of that is what you would call a terror premium?  In other words, a lot of it is obviously supply and demand.  Demand has increased greatly.  The ability to increase supply rests basically only with Saudi Arabia now -- and (with ?) any amount, a couple million barrels a day.

But how much of that a terror premium?

MR. BORENSTEIN:  Actually, relatively little of it is a terror premium, because what we're facing right now is not supplies being held back in concern that maybe we need it later after a terrorist attack, but the world production capacity really being pushed to its capacity.  So all the other OPEC members, the United States and all the non-OPEC members, other than Saudi Arabia, are cranking out all the oil they can. Saudi Arabia is cranking out a lot of oil, though they are withholding 1 or 2 million barrels a day to test the open market.

So it's very hard to attribute the high price of today's price of oil to terror premium.  I think most of it is being driven by the fact that we have strong demand.  We have a very inelastic demand.  And we have one player who's can restrict the play.  Everybody else is already restricted by their capacity restraints.

SEN. BIDEN:  My second question, Professor, is we -- I did not support it, but we passed an energy bill in '05 that has $2.6 billion in incentives for oil and gas incentives.  And based on the profits, is any of that needed?  I mean, I don't quite get it.  I was really impressed with your testimony; you seem balanced as can be.  What is the deal?  If we did not have any of that $2.6 billion in incentives for oil and gas companies, would they in any way alter their behavior?

MR. BORENSTEIN:  (Off mike.)

SEN. BIDEN:  From an economic standpoint.

MR. BORENSTEIN:  I was certainly very sorry to see those incentives in the energy bill.  I think with the price of oil where it is now, offering more incentives for oil exploration in the United States is just not a good policy.  It is essentially handing money to shareholders of the oil companies.  Before we started talking about windfall profit taxes, I think the first thing legislatively that should be done is a serious exploration of all the tax breaks that the oil companies get -- (off mike) - - because at this point I (don't ?) see the reason for the

United States intervening to try to encourage -- (off mike) -- $2 a barrel.

SEN. BIDEN:  I find it fascinating that we want market forces to function.  And I'm preparing legislation to do just that.  Eliminate all the incentives.  I was here during wage and price controls, and I was hear during the time when we put an excess profit tax on oil companies.  That's how long I've been here, Professor.  I used to have hair, like you.  And that's how long ago it was.  I think the chances of that happening are zero.  But I think the chances of -- and we're going to get a chance to ask the oil executives this -- let's just be free-market guys here, okay?  Let's just get rid of all these incentives; you don't need them now.  Granted $2.6 billion over 10 years is not the end of the world, but it's a good place to start.

Let me ask David Boies, if I may.  You heard earlier the professor's testimony where he basically is saying, as I understood him -- you correct me if I'm wrong, Professor -- that there's not a whole lot -- I think your phrase was there is a whole sea out there -- what was the phrase you used?  One big bathtub of oil and we're very small players in it.  And so as a practical matter, there's not much we're going to do in that big bathtub to affect the price of crude oil.  And I wonder whether, starting with you, David, if the panel agrees with that assertion.

And the second question I'll get in before my 43 seconds is up is if there's only one thing we could do from this panel, including you, Professor, what would the one thing you'd like to see us attempt to change legislatively?  There are my two questions.

MR. BOIES:  With respect to the bathtub of oil, my remarks are primarily directed toward natural gas.  And I think the professor would agree that the natural gas market is not a worldwide market; it's much more of a continental market.  And if you look at the spike in prices that came from about a 5 percent, 6 percent interruption in terms of Katrina, and you think that the Alaska gas supply that they simply commit the gas (to the ?) pipeline would increase supply in the United States between 7 and 10 percent -- substantially more, maybe twice as much.  You can get some idea of what the order of magnitude of the effect on price could be in the natural gas market if we could simply make them stop withholding that supply from the market.

SEN. BIDEN:  General?

ATTY GEN. LAUTENSCHLAGER:  Thank you, Mr. Biden.  And I had the good fortune of meeting your delightful son a few weeks ago.

SEN. BIDEN:  He's smarter than I am.

MS. LAUTENSCHLAGER:  (Chuckles.)  Let me say that from an enforcement standpoint I think the transparency issue is huge, and I think it's something which is doable within the context of this Congress.

SEN. BIDEN:  Mr. Greene?

MR. GREENE:  I think, Senator, that the oil industry actually at some level is quite localized.  Refineries are optimized for certain kinds of oil.  For example, refineries in California, several of them are specifically designed to take Alaskan crude; they're not designed to take any other kind of crude.  So when you're taking a look at a merger, for example, you have to take that into account.

At a higher level, of course, oil at some level is an international product and we have to think if it that way.  But it is, in important ways, very local and you can sort of analyze it that way.

In terms of the single most important thing I think you could do today for the people of the United States would be to enact NOPEC.  That puts into play the power of the United States judiciary and its prosecutors to address what I think is the single most important problem here, which is the international oil markets.  If you do one thing, that's the thing I certainly suggest.

SEN. BIDEN:  Joe -- Mr. Alioto?

MR. ALIOTO:  I would point out, if you please, Senator, that I think one of the things is -- as in this legislation -- to prohibit, especially Americans, from agreeing not to import into the United States, like Chevron and Texaco had in their agreement, the Caltex agreement, for all the gas that they explored in the Far East.  And I think also that Saudi Arabia -- as you may know, Saudi Refining Company is run by the Saudi Arabians.  They were part of, and are part, of the Star joint venture that was part of Texaco.  And they were part of that

Shell-Texaco agreement.  And they were part of the increasing in the prices when the crude oil was at its lowest since the Depression.  So they're aware of that.

And I think NOPEC -- I don't know whether or not it would be effective, but certainly a law like that -- I think we have that under continental law, but it's certainly a law like that -- that if they affect the United States that we ought to be able to do something about it.

But so long as we do not have to hear from the State Department that prevent us from, especially if you allow private parties to do it -- so long as we don't have to hear from the State Department, which they come to us a lot, if they think that we're interfering with international politics.

SEN. BIDEN:  Professor.

MR. BORENSTEIN:  Well, I think the one thing that this committee could do practically is try to change the burden of proof in these merger cases to tilt it more towards a real -- (off mike) -- economy.  At the same time though, I think this committee has to recognize and help the public recognize that the main reason gasoline prices are so high is out of our control and is a result of strong demand in the world market, and that that is a reality going forward.  And the idea that Americans have a right to cheap plentiful energy -- (off mike) -- is just out of sync with reality and we need to explore alternatives so that we can reduce our addiction to oil. As long as we are using oil as a transportation fuel, we are going to continue to be held up by the world oil market, and particularly by the Middle East.

MR. ALIOTO:  I want to say that the idea that the prices of oil are out of our control is absolutely incorrect and that it's a matter of combination and whether combinations can be broken up.  These folks meet all the time, every month.  They use the same facilities; they know exactly what they're doing.  If they want to raise the price or lower it, they can.

SEN. SPECTER:  We are going to proceed with the second panel.  The Senate schedule calls for the budget resolution voting to start this afternoon at 3:00.  So we had to start late today because of the judicial conference.  Customarily, this committee begins promptly at 9:30, but we made the 10:30 start for that reason, and we are going to proceed right through.

Professor Borenstein, thank you very much.  Thank you very much, Mr. Alioto, Mr. Greene, Attorney General Lautenschlager, and Mr. Boies.  Your testimony has been very, very forceful and illuminating and helpful.

SEN. BIDEN:  I agree.

SEN. SPECTER:  Thank you.


END