Donald B. Craven (DC Bar No. 221424)
**AKIN GUMP STRAUSS
HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
(202) 887-4000; (202) 887-4288 (fax)
dcraven@akingump.com

David J. Beck (Federal Bar No. 919)
**BECK, REDDEN & SECREST**
1221 McKinney Street, Suite 4500
Houston, TX  77010
(713) 951-3700; (713) 951-3720 (fax)
dbeck@brsfirm.com

William B. Rozell (Alaska Bar No. 7210067)
623 Basin Road
P.O. Box 20730
Juneau, AK  99802
(907) 586-0142; (907) 463-5647 (fax)
bartrozell@aol.com

Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Defendant Exxon Mobil Corporation and
ExxonMobil Alaska Production, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EXXONMOBIL CORPORATION, a New Jersey ) <br> corporation; EXXONMOBIL ALASKA ) <br> PRODUCTION, INC. a Delaware corporation; ) <br> BP P.L.C. a United Kingdom corporation; and BP ) <br> EXPLORATION (ALASKA) INC., a Delaware ) <br> corporation, ) <br> ) <br> Defendants. ) <br> ) | Case No. 4:05-cv-00026-RRB <br><br> **REQEST FOR** <br> **ORAL ARGUMENT** |

Pursuant to Local Rule 7.2, Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. ("ExxonMobil"), by and through their undersigned counsel, hereby request oral argument in the above-captioned matter on ExxonMobil's Motion to Dismiss. [Docket #33].

47840v1

The parties have been unable to resolve the motion and ExxonMobil believes that oral argument is necessary and would be helpful to the Court in resolving the aforementioned motion.

DATED at Anchorage, Alaska this 28th day of March, 2006.

          s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
Phone: (907) 263-6310
Fax: (907) 263-6345
Email: dserdahely@pattonboggs.com
Alaska Bar No. 7210072

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2006, a copy of the Request for Oral Argument was served electronically on:

**Kevin Barry**
kbarry@bsfllp.com
skalas@bsfllp.com

**Kenneth F. Rossman, IV**
krossman@bsfllp.com
sphan@bsfllp.com

**William M. Walker**
bill-wwa@ak.net
shelley-wwa@ak.net
karen-wwa@ak.net

**Ronald C. Redcay**
ronald_redcay@aporter.com

**Angel L. Tang**
angel_tang@aporter.com

**Matthew T. Heartney**
matthew_heartney@aporter.com

**John F. Cove, Jr.**
jcove@bsfllp.com

**Jeffrey M. Feldman**
feldman@frozenlaw.com
carper@frozenlaw.com
anderson@frozenlaw.com

**David Boies**
dboies@bsfllp.com

**Robert Silver**
rsilver@bsfllp.com

**Charles E. Cole**
colelaw@att.net

**Bradley S. McKim**
bradley.mckim@bp.com

By: s/Nina E. Bingham
    Nina E. Bingham, Legal Secretary
    PATTON BOGGS LLP