Donald B. Craven (DC Bar No. 221424)
**AKIN GUMP STRAUSS
HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
(202) 887-4000; (202) 887-4288 (fax)
dcraven@akingump.com

David J. Beck (Federal Bar No. 919)
**BECK, REDDEN & SECREST**
1221 McKinney Street, Suite 4500
Houston, TX  77010
(713) 951-3700; (713) 951-3720 (fax)
dbeck@brsfirm.com

William B. Rozell (Alaska Bar No. 7210067)
623 Basin Road
P.O. Box 20730
Juneau, AK  99802
(907) 586-0142; (907) 463-5647 (fax)
bartrozell@aol.com

Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Defendant Exxon Mobil Corporation and
ExxonMobil Alaska Production, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff,<br>vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:05-cv-00026-RRB<br><br>**[PROPOSED] ORDER<br>GRANTING REQUEST<br>FOR ORAL ARGUMENT** |

The Court, having considered Defendants Exxon Mobil Corporation and ExxonMobil

Alaska Production, Inc.'s ("ExxonMobil") Request for Oral Argument on their pending Motion

to Dismiss, and being fully advised in the premises;

HEREBY ORDERS that:

1.    ExxonMobil's request is **GRANTED**.

47842v1

2.       Oral argument on ExxonMobil's Motion to Dismiss will be heard on the _____

day of _____, 2006, at _____ _____.m., at in Courtroom _____

at the federal courthouse at _____, Alaska.

3.       Each side will be allowed _____ minutes to present oral argument on said

Motion.

**IT IS SO ORDERED.**

DATED this _____day of _____, 2006.

_____
Honorable Ralph R. Beistline
United States District Judge

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 28th day of March, 2006, a copy of the [Proposed] Order
Granting Request for Oral Argument was served electronically on:

| | |
|---|---|
| **Kevin Barry**<br>kbarry@bsfllp.com<br>skalas@bsfllp.com | **John F. Cove, Jr.**<br>jcove@bsfllp.com |
| **Kenneth F. Rossman, IV**<br>krossman@bsfllp.com<br>sphan@bsfllp.com | **Jeffrey M. Feldman**<br>feldman@frozenlaw.com<br>carper@frozenlaw.com<br>anderson@frozenlaw.com |
| **William M. Walker**<br>bill-wwa@ak.net<br>shelley-wwa@ak.net<br>karen-wwa@ak.net | **David Boies**<br>dboies@bsfllp.com |
| **Ronald C. Redcay**<br>ronald_redcay@aporter.com | **Robert Silver**<br>rsilver@bsfllp.com |
| **Angel L. Tang**<br>angel_tang@aporter.com | **Charles E. Cole**<br>colelaw@att.net |
| **Matthew T. Heartney**<br>matthew_heartney@aporter.com | **Bradley S. McKim**<br>bradley.mckim@bp.com |

By:_____s/Nina E. Bingham_____
       Nina E. Bingham, Legal Secretary
       PATTON BOGGS LLP

47842v1

ORDER GRANTING ORAL ARGUMENT
CASE NO. 4:05-CV-00026-RRB
PAGE 2