J. Andrew Langan  
David J. Zott  
Benjamin W. Hulse  
KIRKLAND & ELLIS LLP  
(*Admitted Pro Hac Vice*)  
200 East Randolph Drive  
Chicago, Illinois  60601  
Telephone:  (312) 861-2000  
Facsimile:  (312) 861-2200  
alangan@kirkland.com  
dzott@kirkland.com  
bhulse@kirkland.com  

G. Seth Beal  
KIRKLAND & ELLIS LLP  
(*Admitted Pro Hac Vice*)  
777 South Figueroa Street  
Los Angeles, California  90017-5800  
Telephone: (213) 680-8400  
Facsimile: (213) 680-8500  
mailto:sbeal@kirkland.com  

Jeffrey M Feldman (Alaska Bar No. 7605029)  
FELDMAN ORLANSKY & SANDERS  
Jeffrey M. Feldman  
500 L Street, Suite 400  
Anchorage, Alaska 99501  
Telephone:  (907) 272-3538  
Facsimile:  (907) 274-0819  
feldman@frozenlaw.com  

*Attorneys for Defendant BP p.l.c.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | Case No. F05-0026 CIV (RRB)<br><br>REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS DEFENDANT BP P.L.C.<br><br>(Fed. R. Civ. Proc. 12(b)(6) & (7))<br><br>Judge:  The Honorable Ralph R. Beistline |

Pursuant to Rules 12(b)(6) and 12(b)(7) of the Federal Rules of Civil Procedure, defendant BP p.l.c. has moved this Court to dismiss all claims in the Complaint against BP p.l.c. In support of its motion, and in reply to Plaintiff's Consolidated Opposition (Docket #55), BP p.l.c. incorporates by reference all arguments in BP Exploration (Alaska) Inc.'s Reply Memorandum in Support of its Motion to Dismiss as if fully set forth herein. The arguments made by BP Exploration (Alaska) Inc. apply with at least equal strength to BP p.l.c.

Dated this 28th day of March, 2006.

J. Andrew Langan
David Zott
G. Seth Beal
Benjamin W. Hulse
KIRKLAND & ELLIS LLP

Jeffrey M Feldman
FELDMAN ORLANSKY & SANDERS

By: s/Jeffrey M. Feldman _____
Jeffrey M. Feldman
ALASKA BAR NO. 7905029
*Attorneys for Defendant BP p.l.c.*

**Certificate of Service**
I hereby certify that on March 28, 2006, a copy of the foregoing REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS DEFENDANT BP P.L.C. were served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Douglas J. Serdahely, William B. Rozell, and Bradley S. McKim, and via U.S. Mail to Charles E. Cole.

By:   s/Jeffrey M. Feldman_____