UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ALASKA GASLINE PORT AUTHORITY    v.    EXXONMOBIL, et al.

DATE:    March 29, 2006            CASE NO.    4:05-cv-0026-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

Oral argument (1 hour) will be held on the Motions to Dismiss at Dockets 30, 33, and 44 on **Friday, June 2, 2006, at 8:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

Counsel and parties attending telephonically are to contact Carolyn Bollman at 907-451-5791 to make appropriate arrangements.

M.O. SCHEDULING HEARING