UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ALASKA GASLINE PORT AUTHORITY   v.   EXXONMOBIL, et al.

DATE:   March 30, 2006           CASE NO.   4:05-cv-0026-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**REGARDING ORAL ARGUMENT**

---

The time and place for the oral argument scheduled in this matter for **June 2, 2006,** is changed from 8:30 a.m. to **9:00 a.m.** and will be held in **Fairbanks, Alaska,** instead of Anchorage, Alaska.

Counsel and parties attending telephonically are to contact Carolyn Bollman at 907-451-5791 to make appropriate arrangements.

M.O. RE ORAL ARGUMENT