Donald B. Craven (DC Bar No. 221424)
**AKIN GUMP STRAUSS**
**HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
(202) 887-4000; (202) 887-4288 (fax)
dcraven@akingump.com

David J. Beck (Federal Bar No. 919)
**BECK, REDDEN & SECREST**
1221 McKinney Street, Suite 4500
Houston, TX  77010
(713) 951-3700; (713) 951-3720 (fax)
dbeck@brsfirm.com

William B. Rozell (Alaska Bar No. 7210067)
623 Basin Road
P.O. Box 20730
Juneau, AK  99802
(907) 586-0142; (907) 463-5647 (fax)
bartrozell@aol.com

Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Defendants Exxon Mobil Corporation and*
*ExxonMobil Alaska Production, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | |
| Plaintiff, | Case No. 4:05-cv-00026-RRB |
| v. | |
| EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, | **MOTION OF DEFENDANTS EXXON MOBIL CORPORATION AND EXXONMOBIL ALASKA PRODUCTION, INC. TO DEFER A RULE 26(f) CONFERENCE AND REPORT AND STAY DISCOVERY** |
| Defendants. | |

Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. (collectively "ExxonMobil") hereby move pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 7.1 for an order deferring a Rule 26(f) conference, report and related scheduling order and staying all discovery pending disposition of the motions to dismiss filed by ExxonMobil and the other defendants in this action, BP P.L.C. and BP Exploration (Alaska) Inc.

As explained in the accompanying Memorandum of Law, the Court has the authority to stay discovery while it considers a motion to dismiss. A stay particularly is proper where the motion to dismiss, like the pending motions, challenges the legal sufficiency of a complaint and potentially is dispositive. A stay is warranted here, where the nature of the allegations will result in protracted and burdensome discovery that ultimately may be unnecessary.

Accordingly, the Court should defer the scheduling conference and report required by Rule 26(f) and stay all discovery until resolution of the pending motions to dismiss. Pursuant to Local Rule 7.4, a proposed order respectfully is submitted herewith.

Dated:  April 13, 2006

Respectfully submitted,

s/Douglas J. Serdahely

Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone:  (907) 263-6310
Fax:  (907) 263-6345
Email:  dserdahely@pattonboggs.com
Alaska Bar No. 7210072

*Attorney for Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2006, a copy of the Motion of Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. to Defer a Rule 26(f) Conference and Report and Stay Discovery was served electronically on the following:

| | |
|---|---|
| **Kevin Barry**<br>kbarry@bsfllp.com<br>skalas@bsfllp.com | **John F. Cove, Jr.**<br>jcove@bsfllp.com |
| **Kenneth F. Rossman, IV**<br>krossman@bsfllp.com<br>sphan@bsfllp.com | **Jeffrey M. Feldman**<br>feldman@frozenlaw.com<br>carper@frozenlaw.com<br>anderson@frozenlaw.com |
| **William M. Walker**<br>bill-wwa@ak.net<br>shelley-wwa@ak.net<br>karen-wwa@ak.net | **David Boies**<br>dboies@bsfllp.com |
| **Ronald C. Redcay**<br>ronald_redcay@aporter.com | **Robert Silver**<br>rsilver@bsfllp.com |
| **Angel L. Tang**<br>angel_tang@aporter.com | **Charles E. Cole**<br>colelaw@att.net |
| **Matthew T. Heartney**<br>matthew_heartney@aporter.com | **Bradley S. McKim**<br>bradley.mckim@bp.com |

By: s/Nina E. Bingham
    Nina E. Bingham, Legal Secretary
    PATTON BOGGS LLP