IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:05-cv-00026-RRB<br><br>**[PROPOSED] ORDER** |

Upon consideration of the Motion of Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. to Defer a Rule 26(f) Conference and Report and Stay Discovery and any opposition thereto, it is hereby ORDERED that the Motion be and hereby is GRANTED and:

(1) The Rule 26(f) conference and report in this action shall be, and hereby are, deferred until further order of this Court; and

(2) All discovery in this action, including the submission of initial disclosures, shall be, and hereby is, stayed until further order of this Court.

SO ORDERED this ____ day of _____, 2006.

                                                                                                                          _____
                                                                                                                          Honorable Ralph R. Beistline
                                                                                                                          United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2006, a copy of the Motion of Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. to Defer a Rule 26(f) Conference and Report and Stay Discovery was served electronically on the following:

| | |
|---|---|
| **Kevin Barry** <br> kbarry@bsfllp.com <br> skalas@bsfllp.com | **John F. Cove, Jr.** <br> jcove@bsfllp.com |
| **Kenneth F. Rossman, IV** <br> krossman@bsfllp.com <br> sphan@bsfllp.com | **Jeffrey M. Feldman** <br> feldman@frozenlaw.com <br> carper@frozenlaw.com <br> anderson@frozenlaw.com |
| **William M. Walker** <br> bill-wwa@ak.net <br> shelley-wwa@ak.net <br> karen-wwa@ak.net | **David Boies** <br> dboies@bsfllp.com |
| **Ronald C. Redcay** <br> ronald_redcay@aporter.com | **Robert Silver** <br> rsilver@bsfllp.com |
| **Angel L. Tang** <br> angel_tang@aporter.com | **Charles E. Cole** <br> colelaw@att.net |
| **Matthew T. Heartney** <br> matthew_heartney@aporter.com | **Bradley S. McKim** <br> bradley.mckim@bp.com |

By:   s/Nina E. Bingham
      Nina E. Bingham, Legal Secretary
      PATTON BOGGS LLP