# BOIES, SCHILLER & FLEXNER LLP

1999 HARRISON STREET • SUITE 900 • OAKLAND, CA 94612 • PH. 510.874.1000 • FAX 510.874.1460

February 1, 2006

**RECEIVED**
FEB 0 1 2006
PATTON BOGGS LLP

**VIA FACSIMILE**

Jeffrey Feldman, Esq.
Feldman Orlansky & Sanders
500 L Street, Suite 400
Anchorage, Alaska 99501

Douglas J. Serdaheley, Esq.
Patton Boggs LLP
601 West Fifth Street
Anchorage, AK 99501

J. Andrew Langan
Kirkland & Ellis LLP
Aon Center
200 East Randolph Drive
Chicago, Illinois 60601

      Re: *Alaska Gasline Port Authority v. ExxonMobil Corporation, et al., (Dist. Ak.), F05-0026 CIV*

Dear Counselors:

      We represent the Alaska Gasline Port Authority ("AGPA") in connection with the above-referenced matter and write to schedule a conference among the parties under Rule 26(f) of the Federal Rules of Civil Procedure to discuss a discovery plan and other case management issues. I propose that we conduct the conference on Thursday, February 9, 2006 at 10:00 PST. I am also available to accommodate your schedule on Friday, February 10, and the latter part of the following week. Kindly let me know of your availability.

Very truly yours,

John F. Cove, Jr.

cc: William Walker, Esq.
     Charles Cole, Esq.

Exhibit A
Page 1 of 2

# BOIES, SCHILLER & FLEXNER LLP

NEW YORK    WASHINGTON DC    FLORIDA    CALIFORNIA    NEW HAMPSHIRE

1999 Harrison St., Ste 900
Oakland CA 94612
Main: (510) 874-1000
Fax: (510) 874-1460

**RECEIVED**

FEB 1 2006
for 3:58
PATTON BOGGS LLP

## FACSIMILE COVER SHEET
### *CONFIDENTIAL*

| | | |
|---|---|---|
| **TO:** | Jeffrey Feldman<br>Feldman Orlansky & Sanders | **FAX:** 907.274.0819 |
| **TO:** | Douglas Serdahely<br>Patton Boggs LLP | **FAX:** 907.263.6345 |
| **TO:** | J. Andrew Langan<br>Kirkland & Ellis LLP | **FAX:** 312-861-2200 |
| **TO:** | William Walker<br>Walker & Levesque LLC | **FAX:** 907.278.7001 |
| **TO:** | Charles Cole<br>Law Office of Charles Cole | **FAX:** 907.456.2523 |
| **FROM:** | John Cove<br>c/o Dawnelda Scott | **TOTAL NUMBER OF PGS: 2**<br>(Including Cover Sheet) |
| **DATE:** | February 1, 2006 | |
| **SUBJECT:** | *The Alaska Gasline Port Authority et al. v. The State of Alaska, et al.,*<br>Case No. F05-0026 CIV | |

**IF YOU DO NOT RECEIVE ALL OF THE PAGES INDICATED ABOVE, PLEASE CONTACT DAWNELDA SCOTT AT 510-874-1112 AS SOON AS POSSIBLE**

---

**MESSAGE:**

Exhibit _A_
Page _2_ of _2_

This facsimile transmission contains confidential and/or legally privileged information from the law firm Boies, Schiller & Flexner LLP intended only for use of the individual(s) named on the transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution of, or the taking of any action in reliance on, the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the documents to us at no cost to you.