# AKIN GUMP
# STRAUSS HAUER & FELD LLP

Attorneys at Law

RECEIVED
FEB 0 8 2006
257p
PATTON BOGGS LLP

DONALD B. CRAVEN
202-887-4081/fax: 202-887-4288
dcraven@akingump.com

February 8, 2006

**VIA FACSIMILE**

John F. Cove, Jr., Esquire
Boies, Schiller & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612

Re: *The Alaska Gasline Port Authority v. Exxon Mobil Corporation, et al.*, F05-0026 CIV (RRB) (D. Ak.)

Dear Mr. Cove:

On behalf of Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc., I am writing in response to your February 1, letter to Douglas Serdahely, et al. By motion and supporting memorandum filed this date, the ExxonMobil defendants are moving to dismiss the Complaint in the referenced matter pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. Given the substantial issues raised in defendants' Motion, we suggest that the proposed conference, and any initial disclosures called for by Rule 26(f), be deferred pending the Court's disposition of the ExxonMobil defendants' Motion to Dismiss. We believe that deferral will minimize the parties' burdens and expense and result in a more orderly and efficient resolution of the case.

We look forward to your response.

Very truly yours,

Donald B. Craven

cc: James R. Stevens, Esquire
    David J. Beck, Esquire
    William B. Rozell, Esquire
    Douglas J. Serdahely, Esquire
    Jeffrey Feldman, Esquire
    J. Andrew Langan, Esquire
    Ronald C. Redcay, Esquire
    William Walker, Esquire
    Charles Cole, Esquire

Exhibit B
Page 1 of 1