# BOIES, SCHILLER & FLEXNER LLP

1999 HARRISON STREET • SUITE 900 • OAKLAND CA 94612 • PH 510 874 1000 • FAX 510 874 1460

March 30, 2006

**VIA FACSIMILE**

Donald B. Craven, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Matthew T. Heartney, Esq.
Arnold & Porter LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017

J. Andrew Langan, Esq.
Kirkland & Ellis LLP
Aon Center
200 East Randolph Drive
Chicago, Illinois 60601

    Re:    *Alaska Gasline Port Authority v. ExxonMobil Corporation, et al.,*
            *F05-0026 CIV (D. Ak.) (RRB)*

Gentlemen:

    On behalf of the Alaska Gasline Port Authority ("AGPA"), I write once again to request your attendance at a Rule 26(f) conference in the above-referenced litigation. BP p.l.c. declined our prior invitation to participate because it had not yet appeared, and BP Exploration (Alaska) Inc. and the Exxon Mobil defendants declined based on their contention that they had raised substantial issues in their motions to dismiss. BP p.l.c. has now appeared, which means that the time for the parties to submit their Rule 26(f) report pursuant to Local Rule 16.1(b)(1) has begun to run. In addition, the Court has scheduled oral argument for the motions to dismiss on June 2, 2006. Given this schedule, it would cause undue delay to refrain from discovery until after the motions are decided.

Exhibit _C_
Page _1_ of _2_

NEW YORK    WASHINGTON DC    FLORIDA    CALIFORNIA    NEW HAMPSHIRE    NEW JERSEY
www.bsfllp.com

BOIES, SCHILLER & FLEXNER LLP

Donald B. Craven, Esq.
Matthew I. Heartney, Esq
J. Andrew Langan, Esq.
March 30, 2006
Page 2

    In light of these considerations, I suggest that we hold the required conference on April 4, 2006 at 10 a.m. Pacific time. If other times next week are more convenient for you, please let me know. I look forward to your response.

                                      Very truly yours,

                                        John F. Cove, Jr.

cc: Counsel of Record (per service list)

Exhibit C
Page 2 of 2