# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

DONALD B. CRAVEN
202-887-4081/fax: 202-887-4288
dcraven@akingump.com

April 4, 2006

**VIA FACSIMILE**

John F. Cove, Jr., Esquire
Boies, Schiller & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612

Re: *The Alaska Gasline Port Authority v. Exxon Mobil Corporation, et al.*, F05-0026 CIV (RRB) (D. Ak.)

Dear Mr. Cove:

On behalf of Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc., I am writing in response to your March 30, 2006 letter regarding a Rule 26(f) conference. As you know, on February 8, the ExxonMobil defendants moved to dismiss the complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. In their motion and supporting memoranda the ExxonMobil defendants raise substantial issues regarding, among other things, whether AGPA's authority to bring this action is preempted by State law, and whether AGPA has standing to bring any of its claims. That motion has now been fully briefed and oral argument has been set for June 2, 2006.

Under the circumstances, we believe that it would be potentially extremely wasteful and burdensome to proceed with a Rule 26(f) conference and related disclosures at this time. The nature of the topics to be addressed at a Rule 26(f) conference is inherently dependent upon the Court's determination of which claims, if any, survive the ExxonMobil defendants' motion to dismiss. Hence, until such time as the Court rules, the parties will not be in a position to meaningfully address the subjects to be covered in a Rule 26(f) conference. Under the circumstances, in our view the most efficient and productive approach would be to defer the Rule 26(f) conference pending the Court's ruling on the ExxonMobil defendants' motion and to revisit

Exhibit D
Page 1 of 2

Robert S. Strauss Building / 1333 New Hampshire Avenue, N.W. / Washington, D.C. 20036-1564 / 202.887.4000 / fax: 202.887.4288 / www.akingump.com

AKIN GUMP
STRAUSS HAUER & FELD L.L.P.
━━━━━━━━━━ Attorneys at Law

John F. Cove, Jr., Esquire
April 4, 2006
Page 2

these issues, if necessary, after the Court determines whether AGPA is entitled to proceed on any of its claims.

    Should you desire to discuss this matter further, I will be happy to do so.

                                    Very truly yours,

                                    Donald B. Craven

cc:    Counsel of Record
        Randall M. Ebner, Esquire
        James R. Stevens, Esquire

Exhibit D
Page 2 of 2