Donald B. Craven (DC Bar No. 221424)
**AKIN GUMP STRAUSS**
**HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 887-4000; (202) 887-4288 (fax)
dcraven@akingump.com

David J. Beck (Federal Bar No. 919)
**BECK, REDDEN & SECREST**
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700; (713) 951-3720 (fax)
dbeck@brsfirm.com

William B. Rozell (Alaska Bar No. 7210067)
623 Basin Road
P.O. Box 20730
Juneau, AK 99802
(907) 586-0142; (907) 463-5647 (fax)
bartrozell@aol.com

Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Defendants Exxon Mobil Corporation and*
*ExxonMobil Alaska Production, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br>Plaintiff, <br><br>v. <br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, <br><br>Defendants. | Case No. 4:05-cv-00026-RRB <br><br>**RULE 26(c) CERTIFICATION OF DEFENDANTS EXXON MOBIL CORPORATION AND EXXONMOBIL ALASKA PRODUCTION, INC.** |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc., certify that they telephonically conferred with counsel for the Plaintiff, Alaska Gasline Port Authority, on April 13, 2006, in an effort to resolve the issues presented in the Motion of Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. to Defer a Rule 26(f) Conference and Report and Stay Discovery, but were unsuccessful in resolving such issues.

Dated:  April 13, 2006

Respectfully submitted,

s/Douglas J. Serdahely

Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone:  (907) 263-6310
Fax:  (907) 263-6345
Email:  dserdahely@pattonboggs.com
Alaska Bar No. 7210072

*Attorney for Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2006, a copy of the Rule 26(c) Certification of Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. was served electronically on the following:

| | |
|---|---|
| **Kevin Barry**<br>kbarry@bsfllp.com<br>skalas@bsfllp.com | **John F. Cove, Jr.**<br>jcove@bsfllp.com |
| **Kenneth F. Rossman, IV**<br>krossman@bsfllp.com<br>sphan@bsfllp.com | **Jeffrey M. Feldman**<br>feldman@frozenlaw.com<br>carper@frozenlaw.com<br>anderson@frozenlaw.com |
| **William M. Walker**<br>bill-wwa@ak.net<br>shelley-wwa@ak.net<br>karen-wwa@ak.net | **David Boies**<br>dboies@bsfllp.com |
| **Ronald C. Redcay**<br>ronald_redcay@aporter.com | **Robert Silver**<br>rsilver@bsfllp.com |
| **Angel L. Tang**<br>angel_tang@aporter.com | **Charles E. Cole**<br>colelaw@att.net |
| **Matthew T. Heartney**<br>matthew_heartney@aporter.com | **Bradley S. McKim**<br>bradley.mckim@bp.com |

By:    s/Nina E. Bingham
        Nina E. Bingham, Legal Secretary
        PATTON BOGGS LLP