| | |
|---|---|
| ARNOLD & PORTER LLP | KIRKLAND & ELLIS LLP |
| Ronald C. Redcay (Cal. Bar No. 067236) | J. Andrew Langan |
| Matthew T. Heartney (Cal. Bar No. 123516) | David J. Zott |
| Angel L. Tang (Cal. Bar No. 205396) | Benjamin W. Hulse |
| 777 South Figueroa Street, 44th Floor | 200 East Randolph Drive |
| Los Angeles, California  90017-5844 | Chicago, Illinois  60601 |
| Telephone:  (213) 243-4000 | Telephone:  (312) 861-2000 |
| Facsimile:  (213) 243-4199 | Facsimile:  (312) 861-2200 |
| Ronald_Redcay@aporter.com | alangan@kirkland.com |
| Matthew_Heartney@aporter.com | dzott@kirkland.com |
| Angel_Tang@aporter.com | bhulse@kirkland.com |
| | |
| Bradley S. McKim (Alaska Bar No. 0511089) | KIRKLAND & ELLIS LLP |
| BP Exploration (Alaska) Inc. | G. Seth Beal |
| 900 East Benson Boulevard | 777 South Figueroa Street |
| Anchorage, AK 99508 | Los Angeles, California  90017-5800 |
| Telephone:  (907) 564-5154 | Telephone:  (213) 680-8400 |
| Facsimile:  (907) 564-4031 | Facsimile:  (213) 680-8500 |
| mckimbs@bp.com | sbeal@kirkland.com |

*Attorneys for Defendant*  
*BP Exploration (Alaska) Inc.*

*Attorneys for Defendant BP p.l.c.*

FELDMAN ORLANSKY & SANDERS  
Jeffrey M. Feldman (Alaska Bar No. 7605029)  
500 L Street, Suite 400  
Anchorage, Alaska 99501  
Telephone:  (907) 272-3538  
Facsimile:  (907) 274-0819  
feldman@frozenlaw.com  

*Attorneys for Defendants*  
*BP Exploration (Alaska) Inc. and BP p.l.c.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,         )<br>)<br>) | Case No. F05-0026 CIV (RRB) |
| )<br>Plaintiff,         )<br>)<br>v.         )<br>)<br>EXXONMOBIL CORPORATION, *et al.*         )<br>)<br>Defendants.         ) | MOTION OF DEFENDANTS BP EXPLORATION (ALASKA) INC. AND BP P.L.C. TO DEFER A RULE 26(f) CONFERENCE AND REPORT AND STAY DISCOVERY<br><br>Judge:  The Honorable Ralph R. Beistline |

Defendants BP Exploration (Alaska) Inc. ("BPXA") and BP p.l.c., through their respective counsel, move this Court, pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 7.1, for an order deferring the Rule 26(f) conference and related disclosures, reports and scheduling orders and staying all discovery pending the resolution of BPXA and BP p.l.c.'s motions to dismiss. This motion is supported by the memorandum of law filed herewith, and by the Memorandum of Law in Support of Motion to Defer a Rule 26(f) Conference and Report and Stay Discovery of defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc., incorporated herein by reference.

      ARNOLD & PORTER LLP
      Ronald C. Redcay
      Matthew T. Heartney
      Angel L. Tang

      BP EXPLORATION (ALASKA) INC.
      Bradley S. McKim

      *Attorneys for Defendant*
      *BP Exploration (Alaska) Inc.*

      KIRKLAND & ELLIS LLP
      J. Andrew Langan
      David J. Zott
      Benjamin W. Hulse

      KIRKLAND & ELLIS LLP
      G. Seth Beal

      *Attorneys for Defendant BP p.l.c.*

                    FELDMAN ORLANSKY & SANDERS
                    Jeffrey M. Feldman

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and*
*BP p.l.c.*

Dated:  April 14, 2006

By:  s/Jeffrey M. Feldman
     Jeffrey M. Feldman
     500 L Street, Suite 400

398248

     Anchorage, AK 99501
     Telephone:  (907) 272-3538
     Facsimile:  (907) 274-0819
     feldman@frozenlaw.com
     ALASKA BAR NO. 7905029

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and*
*BP p.l.c.*

**Certificate of Service**
I hereby certify that on April 14, 2006, a copy of the foregoing MOTION OF DEFENDANTS BP EXPLORATION (ALASKA) INC. and BP P.L.C. TO DEFER A RULE 26(f) CONFERENCE AND REPORT AND STAY DISCOVERY was served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, William B. Rozell, and Douglas J. Serdahely, and via U.S. Mail to Charles E. Cole, David Beck, Paul Hewitt, Erick Nichols, Fairley Spillman, and L. Nicole White.

                        By:    s/Jeffrey M. Feldman