| | |
|---|---|
| ARNOLD & PORTER LLP<br>Ronald C. Redcay (Cal. Bar No. 067236)<br>Matthew T. Heartney (Cal. Bar No. 123516)<br>Angel L. Tang (Cal. Bar No. 205396)<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California  90017-5844<br>Telephone:  (213) 243-4000<br>Facsimile:  (213) 243-4199<br>Ronald_Redcay@aporter.com<br>Matthew_Heartney@aporter.com<br>Angel_Tang@aporter.com | KIRKLAND & ELLIS LLP<br>J. Andrew Langan<br>David J. Zott<br>Benjamin W. Hulse<br>200 East Randolph Drive<br>Chicago, Illinois  60601<br>Telephone:  (312) 861-2000<br>Facsimile:  (312) 861-2200<br>alangan@kirkland.com<br>dzott@kirkland.com<br>bhulse@kirkland.com |
| Bradley S. McKim (Alaska Bar No. 0511089)<br>BP Exploration (Alaska) Inc.<br>900 East Benson Boulevard<br>Anchorage, AK 99508<br>Telephone:  (907) 564-5154<br>Facsimile:  (907) 564-4031<br>mckimbs@bp.com | KIRKLAND & ELLIS LLP<br>G. Seth Beal<br>777 South Figueroa Street<br>Los Angeles, California  90017-5800<br>Telephone:  (213) 680-8400<br>Facsimile:  (213) 680-8500<br>sbeal@kirkland.com |
| *Attorneys for Defendant*<br>*BP Exploration (Alaska) Inc.* | *Attorneys for Defendant BP p.l.c.* |

FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman (Alaska Bar No. 7605029)
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and BP p.l.c.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>                    Plaintiff,<br><br>          v.<br><br>EXXONMOBIL CORPORATION, *et al.*<br><br>                    Defendants. | Case No. F05-0026 CIV (RRB)<br><br>[PROPOSED] ORDER DEFERRING RULE 26(f) CONFERENCE AND REPORT AND STAYING DISCOVERY<br><br><br>Judge:  The Honorable Ralph R. Beistline |

The motion of defendants BP Exploration (Alaska) Inc. ("BPXA") and BP p.l.c. to defer the Rule 26(f) conference and related disclosures, reports and scheduling orders and stay all discovery pending the resolution of BPXA and BP p.l.c.'s motions to dismiss, made pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 7.1, is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: _____          _____
                                         Ralph R. Beistline
                                         United States District Court Judge

398234