| | |
|---|---|
| ARNOLD & PORTER LLP | KIRKLAND & ELLIS LLP |
| Ronald C. Redcay (Cal. Bar No. 067236) | J. Andrew Langan |
| Matthew T. Heartney (Cal. Bar No. 123516) | David J. Zott |
| Angel L. Tang (Cal. Bar No. 205396) | Benjamin W. Hulse |
| 777 South Figueroa Street, 44th Floor | 200 East Randolph Drive |
| Los Angeles, California  90017-5844 | Chicago, Illinois  60601 |
| Telephone:  (213) 243-4000 | Telephone:  (312) 861-2000 |
| Facsimile:  (213) 243-4199 | Facsimile:  (312) 861-2200 |
| Ronald_Redcay@aporter.com | alangan@kirkland.com |
| Matthew_Heartney@aporter.com | dzott@kirkland.com |
| Angel_Tang@aporter.com | bhulse@kirkland.com |

Bradley S. McKim (Alaska Bar No. 0511089)   KIRKLAND & ELLIS LLP
BP Exploration (Alaska) Inc.                G. Seth Beal
900 East Benson Boulevard                   777 South Figueroa Street
Anchorage, AK 99508                         Los Angeles, California  90017-5800
Telephone:  (907) 564-5154                  Telephone:  (213) 680-8400
Facsimile:  (907) 564-4031                  Facsimile:  (213) 680-8500
mckimbs@bp.com                              sbeal@kirkland.com

*Attorneys for Defendant*                   *Attorneys for Defendant BP p.l.c.*
*BP Exploration (Alaska) Inc.*

FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman (Alaska Bar No. 7605029)
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and BP p.l.c.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL CORPORATION, *et al.* <br><br> Defendants. | Case No. F05-0026 CIV (RRB) <br><br> MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANTS BP EXPLORATION (ALASKA) INC. AND BP P.L.C. TO DEFER A RULE 26(f) CONFERENCE AND REPORT AND STAY DISCOVERY <br><br> Judge:  The Honorable Ralph R. Beistline |

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 7.1, defendants BP Exploration (Alaska) Inc. ("BPXA") and BP p.l.c. request an order deferring the Rule 26(f) conference and related disclosures, reports and scheduling orders and staying all discovery pending the resolution of BPXA and BP p.l.c.'s potentially dispositive motions to dismiss. In support of this motion, BPXA and BP p.l.c. incorporate by reference all arguments made and relief sought in the Motion to Defer a Rule 26(f) Conference and Report and Stay Discovery of defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. (collectively, the "ExxonMobil defendants").

Additionally, this motion is based on following facts relevant to BPXA and BP p.l.c.: Plaintiff first requested a Rule 26(f) conference on February 1, 2006, before any defendant had filed a motion to dismiss. Exh. A. On February 8, BPXA responded to plaintiff's request and stated its position that such a conference would be premature in light of 1) its potentially dispositive motion to dismiss and 2) the fact that the last named defendant, BP p.l.c., had not yet appeared. Exh. B. Plaintiff responded nearly two months later, on March 30, when it again sought to schedule a Rule 26(f) conference. Exh. C. On April 4, BPXA responded and recommended that the parties agree to defer the Rule 26 conference and related disclosures until after the disposition of defendants' motions to dismiss. Exh. D. During an April 13 telephone conference, plaintiff declined to so agree.

For the foregoing reasons, and for the reasons set forth in the ExxonMobil defendants' motion, BPXA and BP p.l.c. request an order deferring the Rule 26(f) conference and related

disclosures, reports and scheduling orders and staying all discovery pending the resolution of BPXA and BP p.l.c.'s motions to dismiss.

        ARNOLD & PORTER LLP
        Ronald C. Redcay
        Matthew T. Heartney
        Angel L. Tang

        BP EXPLORATION (ALASKA) INC.
        Bradley S. McKim

        *Attorneys for Defendant*
        *BP Exploration (Alaska) Inc.*

        KIRKLAND & ELLIS LLP
        J. Andrew Langan
        David J. Zott
        Benjamin W. Hulse

        KIRKLAND & ELLIS LLP
        G. Seth Beal

        *Attorneys for Defendant BP p.l.c.*

        FELDMAN ORLANSKY & SANDERS
        Jeffrey M. Feldman

        *Attorneys for Defendants*
        *BP Exploration (Alaska) Inc. and*
        *BP p.l.c.*

Dated: April 14, 2006

398125

        By:  s/Jeffrey M. Feldman
             Jeffrey M. Feldman
             500 L Street, Suite 400
             Anchorage, AK 99501
             Telephone: (907) 272-3538
             Facsimile: (907) 274-0819
             feldman@frozenlaw.com
             ALASKA BAR NO. 7905029

             *Attorneys for Defendants*
             *BP Exploration (Alaska) Inc. and*
             *BP p.l.c.*

**Certificate of Service**

I hereby certify that on April 14, 2006, a copy of the foregoing MEMORANDUM OF LAW IN SUPPORT OF MOTION OF DEFENDANTS BP EXPLORATION (ALASKA) INC. and BP P.L.C. TO DEFER A RULE 26(f) CONFERENCE AND REPORT AND STAY DISCOVERY was served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, William B. Rozell, and Douglas J. Serdahely, and via U.S. Mail to Charles E. Cole, David Beck, Paul Hewitt, Erick Nichols, Fairley Spillman, and L. Nicole White.

By:    s/Jeffrey M. Feldman_____