ARNOLD & PORTER LLP
Ronald C. Redcay (Cal. Bar No. 067236)
Matthew T. Heartney (Cal. Bar No. 123516)
Angel L. Tang (Cal. Bar No. 205396)
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199
Ronald_Redcay@aporter.com
Matthew_Heartney@aporter.com
Angel_Tang@aporter.com

Bradley S. McKim (Alaska Bar No. 0511089)
BP Exploration (Alaska) Inc.
900 East Benson Boulevard
Anchorage, AK 99508
Telephone:  (907) 564-5154
Facsimile:  (907) 564-4031
mckimbs@bp.com

*Attorneys for Defendant*
*BP Exploration (Alaska) Inc.*

KIRKLAND & ELLIS LLP
J. Andrew Langan
David J. Zott
Benjamin W. Hulse
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200
alangan@kirkland.com
dzott@kirkland.com
bhulse@kirkland.com

KIRKLAND & ELLIS LLP
G. Seth Beal
777 South Figueroa Street
Los Angeles, California  90017-5800
Telephone:  (213) 680-8400
Facsimile:  (213) 680-8500
sbeal@kirkland.com

*Attorneys for Defendant BP p.l.c.*

FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman (Alaska Bar No. 7605029)
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and BP p.l.c.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EXXONMOBIL CORPORATION, *et al.*<br><br>　　　　　　　Defendants. | Case No. F05-0026 CIV (RRB)<br><br>RULE 26(c) CERTIFICATION OF DEFENDANTS BP EXPLORATION (ALASKA) INC. AND BP P.L.C.<br><br>Judge:  The Honorable Ralph R. Beistline |

Pursuant to Federal Rule of Civil Procedure 26(c), defendants BP Exploration (Alaska) Inc. ("BPXA") and BP p.l.c. certify that they telephonically conferred with counsel for plaintiff on April 13, 2006, in an effort to resolve the issues presented in BPXA and BP p.l.c.'s Motion to Defer a Rule 26(f) Conference and Report and Stay Discovery.  The parties were unable to reach any agreement or resolve any issues raised by said motion.

        ARNOLD & PORTER LLP
        Ronald C. Redcay
        Matthew T. Heartney
        Angel L. Tang

        BP EXPLORATION (ALASKA) INC.
        Bradley S. McKim

        *Attorneys for Defendant*
        *BP Exploration (Alaska) Inc.*

        KIRKLAND & ELLIS LLP
        J. Andrew Langan
        David J. Zott
        Benjamin W. Hulse

        KIRKLAND & ELLIS LLP
        G. Seth Beal

        *Attorneys for Defendant BP p.l.c.*

        FELDMAN ORLANSKY & SANDERS
        Jeffrey M. Feldman

        *Attorneys for Defendants*
        *BP Exploration (Alaska) Inc. and*
        *BP p.l.c.*

Dated: April 14, 2006

398288

By: _____
Jeffrey M. Feldman
500 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com
ALASKA BAR NO. 7905029

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and*
*BP p.l.c.*

**Certificate of Service**

I hereby certify that on April 14, 2006, a copy of the foregoing RULE 26(f) CERTIFICATION OF DEFENDANTS BP EXPLORATION (ALASKA) INC. AND BP P.L.C. was served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, William B. Rozell, and Douglas J. Serdahely, and via U.S. Mail to Charles E. Cole, David Beck, Paul Hewitt, Erick Nichols, Fairley Spillman, and L. Nicole White.

By:    s/Jeffrey M. Feldman _____