David Boies
Robert Silver
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
914.749.8200; 914.749.8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com

John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com; krossman@bsfllp.com

| | |
|---|---|
| William M. Walker (SBN 8310155) | Charles E. Cole (SBN 5503004) |
| **WALKER & LEVESQUE, LLC** | **LAW OFFICES OF CHARLES E. COLE** |
| 731 N Street, Anchorage, AK 99501 | 406 Cushman Street, Fairbanks, AK 99701 |
| 907.278.7000; 907.278.7001 (fax) | 907.452.1124; 907.456.2523 (fax) |
| bill-wwa@ak.net | colelaw@att.net |

*Counsel for Plaintiff Alaska Gasline Port Authority*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, <br><br> Defendants. | CASE NO.: 4:05-cv-00026-RRB <br><br> **[PROPOSED] ORDER DENYING MOTIONS TO DEFER A RULE 26(F) CONFERENCE AND TO STAY DISCOVERY** |

Having considered the briefs and arguments submitted in support of and in opposition to the Motion to Defer a Rule 26(f) Conference and Report and Stay Discovery filed by ExxonMobil Corporation and ExxonMobil Alaska Production, Inc. [Docket # 69] and the Motion to Defer a Rule 26(f) Conference and Report and Stay Discovery filed by BP Exploration (Alaska), Inc. and BP p.l.c. [Docket #72], and for good cause shown, the Court

HEREBY ORDERS that:

1. The Motions to Defer a Rule 26(f) Conference and Report and Stay Discovery are **DENIED**.

2. The parties shall meet and confer no later than _____, 2006, and shall prepare a joint Rule 26(f) report, as required by Local Rule 16.1(b). This report shall be substantially similar to Local Form AK LCF 26(f), and shall be submitted by _____, 2006.

3. The parties shall exchange the initial disclosures required by Rule 26 no later than _____, 2006.

4. The initial Scheduling Conference in this case shall take place on _____, 2006.

**IT IS SO ORDERED.**

Dated: this ____ day of _____, 2006

_____
Honorable Ralph R. Beistline
United States District Judge