| | |
|---|---|
| ARNOLD & PORTER LLP<br>Ronald C. Redcay (Cal. Bar No. 067236)<br>Matthew T. Heartney (Cal. Bar No. 123516)<br>Angel L. Tang (Cal. Bar No. 205396)<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California  90017-5844<br>Telephone:  (213) 243-4000<br>Facsimile:  (213) 243-4199<br>Ronald_Redcay@aporter.com<br>Matthew_Heartney@aporter.com<br>Angel_Tang@aporter.com | KIRKLAND & ELLIS LLP<br>J. Andrew Langan<br>David J. Zott<br>Benjamin W. Hulse<br>200 East Randolph Drive<br>Chicago, Illinois  60601<br>Telephone:  (312) 861-2000<br>Facsimile:  (312) 861-2200<br>alangan@kirkland.com<br>dzott@kirkland.com<br>bhulse@kirkland.com |
| Bradley S. McKim (Alaska Bar No. 0511089)<br>BP Exploration (Alaska) Inc.<br>900 East Benson Boulevard<br>Anchorage, AK 99508<br>Telephone:  (907) 564-5154<br>Facsimile:  (907) 564-4031<br>mckimbs@bp.com | KIRKLAND & ELLIS LLP<br>G. Seth Beal<br>777 South Figueroa Street<br>Los Angeles, California  90017-5800<br>Telephone:  (213) 680-8400<br>Facsimile:  (213) 680-8500<br>sbeal@kirkland.com |
| *Attorneys for Defendant*<br>*BP Exploration (Alaska) Inc.* | *Attorneys for Defendant BP p.l.c.* |

FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman (Alaska Bar No. 7605029)
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and BP p.l.c.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br>           Plaintiff,<br>     v.<br>EXXONMOBIL CORPORATION, *et al.*<br>           Defendants. | Case No. F05-0026 CIV (RRB)<br><br>REPLY MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS BP EXPLORATION (ALASKA) INC. AND BP P.L.C. TO DEFER A RULE 26(f) CONFERENCE AND REPORT AND STAY DISCOVERY<br><br>Judge:  The Honorable Ralph R. Beistline |

In support of its Motion to Defer the Rule 26(f) Conference, and in reply to plaintiff Alaska Gasline Port Authority's Opposition to Defendants' Motions to Defer the Rule 26(f) Conference, defendants BP Exploration (Alaska) Inc. ("BPXA") and BP p.l.c. incorporate by reference all arguments made and relief sought in the Reply Memorandum in Support of Motion to Defer a Rule 26(f) Conference of defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. (collectively, the "ExxonMobil defendants").  In addition, BPXA and BP p.l.c. make the following arguments in support of their motion.

BPXA and BP p.l.c. argue that good cause exists to defer the Rule 26(f) conference (and all attendant discovery) because: (1) the preliminary issue of standing is currently before the Court; and (2) allowing discovery to proceed before the Court has had an opportunity to examine and rule upon the numerous challenges raised by defendants' motions to dismiss will result in an unfair "fishing expedition" far exceeding the scope of that which is reasonable.  Although plaintiff opposes BPXA and BP p.l.c.'s request, its opposition concedes that either of these grounds is sufficient to justify a deferral of discovery.

Plaintiff concedes that it is appropriate to stay discovery in cases where a motion to dismiss raising "preliminary issues" is pending. [Opp. 6 ("complaints [involving] 'preliminary issues' are among the few situations in which a motion to dismiss may permit a stay of discovery")]  This is precisely such a case.  As the Supreme Court has stated, whether a plaintiff has suffered an injury sufficient to render it an appropriate party to commence an action is a threshold question to be determined at the outset of a case before "allowing a potentially massive factual controversy to proceed." *Assoc. Gen. Contractors of Cal. v. Cal. State Council of Carpenters*, 459 U.S. 519, 528 n.17 (1983).  BPXA and BP p.l.c.'s motions to dismiss directly challenge plaintiff's standing to sue and raise serious questions as to whether plaintiff has

sufficiently demonstrated its preparedness to enter the gas market as required by antitrust standing principles. Given the "preliminary" and potentially dispositive nature of this issue, a deferral of the Rule 26(f) conference until after the Court determines the question of standing is both necessary and appropriate.

A deferral of discovery is also required because any discovery conducted prior to the Court's ruling on defendants' motions would be virtually unlimited given the overbroad, meritless and factually unsupported allegations in the Complaint. As plaintiff concedes, where, as here, a complaint is "frivolous" or filed merely to conduct a "fishing expedition," a stay is warranted. [Opp. 4]

The deferral of discovery proposed by BPXA and BP p.l.c. is the most efficient, fair and reasonable manner in which to proceed. The key purpose of the Rule 26(f) conference is to allow the parties the opportunity to develop a discovery plan that will assist the Court in effectively managing the issues of the case. Here, the subjects that must be discussed at a Rule 26(f) conference cannot be meaningfully addressed until the outcome of the motions to dismiss is known. *See* District of Alaska Local Rules, Form AK LCF 26(f) (parties must discuss, *e.g.*, timing and extent of Rule 26(a)(1) disclosures, "issues of fact and/or law to be presented at trial," and discovery expected to be had.). Proceeding with discovery now not only allows plaintiff the opportunity to launch wasteful probes into claims that are likely to be dismissed, but also defeats the very purpose of Rule 26(f), which is to require the parties to clarify and narrow the scope of issues for the Court.

        ARNOLD & PORTER LLP
        Ronald C. Redcay
        Matthew T. Heartney
        Angel L. Tang

        BP EXPLORATION (ALASKA) INC.
        Bradley S. McKim

*Attorneys for Defendant*
*BP Exploration (Alaska) Inc.*

        KIRKLAND & ELLIS LLP
        J. Andrew Langan
        David J. Zott
        Benjamin W. Hulse

        KIRKLAND & ELLIS LLP
        G. Seth Beal

*Attorneys for Defendant BP p.l.c.*

        FELDMAN ORLANSKY & SANDERS
        Jeffrey M. Feldman

Dated: May 5, 2006        By:  s/ Jeffrey M. Feldman
                                      Jeffrey M. Feldman
                                      Alaska Bar No. 7905029

400131                            *Attorneys for Defendants*
                                    *BP Exploration (Alaska) Inc. and BP p.l.c.*

**Certificate of Service**
I hereby certify that on May 5, 2006, a copy of the foregoing REPLY MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS BP EXPLORATION (ALASKA) INC. and BP P.L.C. TO DEFER A RULE 26(f) CONFERENCE AND REPORT AND STAY DISCOVERY was served electronically on Kevin Barry, David Boies, John F. Cove Jr., Donald B. Craven, Kenneth F. Rossman, IV, Bradley S. McKim, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, William B. Rozell, James P. Tuite, Matthew P. Whitley, J. Andrew Langan, David J. Zott, Benjamin W. Hulse, G. Seth Beal and Douglas J. Serdahely, and via U.S. Mail to David Beck, Erick Nichols, C. Fairley Spillman, Paul B. Hewitt, and L. Nicole White.

                                              By:   s/Jeffrey M. Feldman

*Alaska Gasline Port Authority v. ExxonMobil, et al.*, Case No. F05-0026 CIV (RRB)        4