UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  ALASKA GASLINE PORT AUTHORITY  </u>   v.   <u> EXXONMOBILE CORP, et al </u>

THE HONORABLE RALPH R. BEISTLINE

<small>Deputy Clerk</small>                                        CASE NO.  <u>5:04-cv-00026-RRB</u>

<u> CAROLYN BOLLMAN </u>

PROCEEDINGS: <u>**MINUTE ORDER FROM CHAMBERS**         DATE: May 16, 2006</u>

    This Court has received a large number of inquiries regarding attendance and participation in the oral argument set for June 2, 2006 in Fairbanks.

    The oral argument is scheduled to begin at 9:00 a.m. in Courtroom 1, Fairbanks, Alaska.  Plaintiff and defendants will each have 30 minutes to present their arguments, plus ten minutes rebuttal.  At this time more than 20 attorneys have entered an appearance in this action.  Each party in the case will have one attorney participating in the oral argument.  **Counsel shall notify the court by close of business Wednesday May 31, 2006 of the attorney speaking on behalf of each party, and if counsel will be appearing telephonically.**  As there is a limit on the number of access lines to the courtroom, lead counsel for each party is responsible for setting up a conference call if additional counsel or parties plan to participate telephonically. **Counsel for each party is to contact Carolyn Bollman at (907) 451-5791 to arrange for telephonic participation no later than**

<small>[405-cv-26-RRB-Order to clarify 06-02 hearing]{IA.WPD*Rev.12/96}</small>

**close of business on Wednesday, May 31, 2006.**

Counsel planning on using the Digital Evidence Presentation System must comply with Local General Rule 39.3, which requires arranging for necessary training **not less than two (2) weeks in advance of the hearing** and filing of a notice of intent to use the DEPS **not less than three (3) business days prior to the hearing.**

Although all Local General Rule 83.1 motions to appear and participate by counsel not a member of the bar of this court have been granted, the U.S. District Court for the District of Alaska has not received payment from all whose motion has been granted.  Any attorney who has filed a motion to appear and participate that has not forwarded the required $150.00 fee to the U.S. District Court by May 31, 2006 will be removed from the case.

Counsel are directed to Local General Rule 80.1 Record of Proceedings regarding preparation of the official record and requests for transcripts.

All counsel are asked to familiarize themselves with the Local Rules of this court.  Those rules are available on the internet at www.akd.uscourts.gov.

[405-cv-26-RRB-Order to clarify 06-02 hearing]{IA.WPD*Rev.12/96}