David Boies
Robert Silver
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
914.749.8200; 914.749.8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com

John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com; krossman@bsfllp.com

| | |
|---|---|
| William M. Walker (SBN 8310155)<br>**WALKER & LEVESQUE, LLC**<br>731 N Street, Anchorage, AK 99501<br>907.278.7000; 907.278.7001 (fax)<br>bill-wwa@ak.net | Charles E. Cole (SBN 5503004)<br>**LAW OFFICES OF CHARLES E. COLE**<br>406 Cushman Street, Fairbanks, AK 99701<br>907.452.1124; 907.456.2523 (fax)<br>colelaw@att.net |

*Counsel for Plaintiff Alaska Gasline Port Authority*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>　　　　Defendants. | CASE NO.: 4:05-cv-00026-RRB<br><br>**NOTICE OF APPEARANCE AT ORAL ARGUMENT ON MOTIONS TO DISMISS** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 2, 2006, at 9:00 a.m. in Courtroom 1 of the Fairbanks Courthouse of the United States District Court for the District of Alaska,

John F. Cove, Jr.

will represent the Plaintiff Alaska Gasline Port Authority in the oral argument on the motions to dismiss filed by Defendants ExxonMobil Corporation, ExxonMobil Alaska Production, Inc., BP p.l.c., and BP Exploration (Alaska) Inc.

Dated: May 30, 2006

Respectfully submitted,

 s/John F. Cove, Jr.

David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com

William M. Walker
WALKER & LEVESQUE, LLC

Charles E. Cole
LAW OFFICES OF CHARLES E. COLE

*Counsel for Plaintiff Alaska Gasline Port Authority*

## Certificate of Service

I hereby certify that on May 30, 2006, a copy of the foregoing document entitled,

**"NOTICE OF APPEARANCE AT ORAL ARGUMENT ON MOTIONS TO DISMISS"**

was served electronically on each of the following:

David Boies, Kevin Barry, John F. Cove, Jr., Kenneth F. Rossman, IV, Robert Silver, William M. Walker, Charles E. Cole, Jeffrey M. Feldman, Paul B. Hewitt, Bradley S. McKim, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Donald B. Craven, William B. Rozell, Douglas J. Serdahely, C. Fairley Spillman, Matthew P. Whitley, James P. Tuite, J. Andrew Langan, Benjamin W. Hulse, G. Seth Beal, and David J. Zott

and via U. S. Mail on each of the following:

**Eric J.R. Nichols**
BECK REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Ste. 4500
Houston, TX 77010

**David J. Beck**
BECK REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Ste. 4500
Houston, TX 77010

**L. Nicole White**
BECK REDDEN & SECREST, LLP
One Houston Center
1221 McKinney Street, Ste. 4500
Houston, TX 77010

By: s/John F. Cove, Jr.

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com