| | |
|---|---|
| Donald B. Craven (DC Bar No. 221424)<br>**AKIN GUMP STRAUSS<br>HAUER & FELD LLP**<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC  20036<br>(202) 887-4000; (202) 887-4288 (fax)<br>dcraven@akingump.com | David J. Beck (Federal Bar No. 919)<br>**BECK, REDDEN & SECREST**<br>1221 McKinney Street, Suite 4500<br>Houston, TX  77010<br>(713) 951-3700; (713) 951-3720 (fax)<br>dbeck@brsfirm.com |
| William B. Rozell (Alaska Bar No. 7210067)<br>623 Basin Road<br>P.O. Box 20730<br>Juneau, AK  99802<br>(907) 586-0142; (907) 463-5647 (fax)<br>bartrozell@aol.com | Douglas J. Serdahely (Alaska Bar No. 7210072)<br>**PATTON BOGGS LLP**<br>601 West 5th Avenue, Suite 700<br>Anchorage, AK  99501<br>(907) 263-6310; (907) 263-6345 (fax)<br>dserdahely@pattonboggs.com |

*Attorneys for Defendant Exxon Mobil Corporation and
ExxonMobil Alaska Production, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:05-cv-00026-RRB<br><br>**EXXON DEFENDANTS' NOTICE IN RESPONSE TO MINUTE ORDER OF MAY 16, 2006** |

Defendants ExxonMobil Corporation and ExxonMobil Alaska Production, Inc.,

("ExxonMobil"), by and through their undersigned counsel, hereby give notice pursuant to the

Court's Minute Order From Chambers, dated May 16, 2006 [Docket #78] that attorney David J.

49161v1

Beck will appear at the hearing and speak on behalf of ExxonMobil, and that ExxonMobil's in-house counsel, Randall M. Ebner, will telephonically listen to the proceedings.

DATED at Anchorage, Alaska this 31st day of May, 2006.

        s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6310
Fax:  (907) 263-6345
Email:  dserdahely@pattonboggs.com
Alaska Bar No. 7210072

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2006, a copy of the Exxon Defendants' Notice In Response To Minute Order Of May 16, 2006 was served electronically on:

**Kevin Barry**
kbarry@bsfllp.com
skalas@bsfllp.com

**Kenneth F. Rossman, IV**
krossman@bsfllp.com
sphan@bsfllp.com

**William M. Walker**
bill-wwa@ak.net
shelley-wwa@ak.net
karen-wwa@ak.net

**Ronald C. Redcay**
ronald_redcay@aporter.com

**Angel L. Tang**
angel_tang@aporter.com

**Matthew T. Heartney**
matthew_heartney@aporter.com

**John F. Cove, Jr.**
jcove@bsfllp.com

**Jeffrey M. Feldman**
feldman@frozenlaw.com
carper@frozenlaw.com
anderson@frozenlaw.com

**David Boies**
dboies@bsfllp.com

**Robert Silver**
rsilver@bsfllp.com

**Charles E. Cole**
colelaw@att.net

**Bradley S. McKim**
bradley.mckim@bp.com

By:  s/Nina E. Bingham
    Nina E. Bingham, Legal Secretary
    PATTON BOGGS LLP