| | |
|---|---|
| ARNOLD & PORTER LLP<br>Ronald C. Redcay (Cal. Bar No. 067236)<br>Matthew T. Heartney (Cal. Bar No. 123516)<br>Angel L. Tang (Cal. Bar No. 205396)<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California  90017-5844<br>Telephone:  (213) 243-4000<br>Facsimile:  (213) 243-4199<br>Ronald_Redcay@aporter.com<br>Matthew_Heartney@aporter.com<br>Angel_Tang@aporter.com | KIRKLAND & ELLIS LLP<br>J. Andrew Langan<br>David J. Zott<br>Benjamin W. Hulse<br>200 East Randolph Drive<br>Chicago, Illinois  60601<br>Telephone:  (312) 861-2000<br>Facsimile:  (312) 861-2200<br>alangan@kirkland.com<br>dzott@kirkland.com<br>bhulse@kirkland.com |
| Bradley S. McKim (Alaska Bar No. 0511089)<br>BP Exploration (Alaska) Inc.<br>900 East Benson Boulevard<br>Anchorage, AK 99508<br>Telephone:  (907) 564-5154<br>Facsimile:  (907) 564-4031<br>mckimbs@bp.com | KIRKLAND & ELLIS LLP<br>G. Seth Beal<br>777 South Figueroa Street<br>Los Angeles, California  90017-5800<br>Telephone:  (213) 680-8400<br>Facsimile:  (213) 680-8500<br>sbeal@kirkland.com |
| *Attorneys for Defendant*<br>*BP Exploration (Alaska) Inc.* | *Attorneys for Defendant BP p.l.c.* |

FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman (Alaska Bar No. 7605029)
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and BP p.l.c.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>            Plaintiff,<br><br>      v.<br><br>EXXONMOBIL CORPORATION, *et al.*<br><br>            Defendants. | Case No. 4:05-cv-00026-RRB<br><br>**DESIGNATION OF COUNSEL TO APPEAR ON BEHALF OF BP EXPLORATION (ALASKA) INC. AND BP P.L.C. AT HEARING ON MOTIONS TO DISMISS**<br><br>Judge:  The Honorable Ralph R. Beistline |

Pursuant to the Court's minute order of May 16, 2006, defendants BP Exploration (Alaska) Inc. ("BPXA") and BP p.l.c. hereby designate the following counsel to appear at the hearing on defendants' motions to dismiss, scheduled to take place at 9:00 a.m. on June 2, 2006 in Courtroom 1, Fairbanks, Alaska.

1)   Matthew T. Heartney of the law firm of Arnold & Porter LLP will be appearing on behalf of defendant BPXA.

2)   Jeffrey M. Feldman of Feldman Orlansky & Sanders will be appearing on behalf of defendant BP p.l.c.

ARNOLD & PORTER LLP
Ronald C. Redcay
Matthew T. Heartney
Angel L. Tang

BP EXPLORATION (ALASKA) INC.
Bradley S. McKim

*Attorneys for Defendant*
*BP Exploration (Alaska) Inc.*

KIRKLAND & ELLIS LLP
J. Andrew Langan
David J. Zott
Benjamin W. Hulse

KIRKLAND & ELLIS LLP
 G. Seth Beal

*Attorneys for Defendant BP p.l.c.*

        FELDMAN ORLANSKY & SANDERS
        Jeffrey M. Feldman

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and*
*BP p.l.c.*

Dated: May 31, 2006

By:    /s/ Jeffrey M. Feldman
        Jeffrey M. Feldman

401565

500 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
E-mail: feldman@frozenlaw.com
[Alaska Bar No. 7905029]

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and*
  *BP p.l.c.*

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and*
  *BP p.l.c.*

**Certificate of Service**
I hereby certify that on May 31, 2006, a copy of the foregoing DESIGNATION OF COUNSEL TO APPEAR ON BEHALF OF BP EXPLORATION (ALASKA) INC. AND BP P.L.C. AT HEARING ON MOTIONS TO DISMISS  was served electronically on Kevin Barry, G. Seth Beal, David Boies, Charles E. Cole, John F. Cove Jr., Donald B. Craven, Matthew T. Heartney, Paul Hewitt, Benjamin W. Hulse, James A. Langan, Bradley S. McKim, Ronald C. Redcay, Kenneth F. Rossman, IV, William B. Rozell, Douglas J. Serdahely, Robert Silver, C. Fairley Spillman,  Angel L. Tang, James P. Tuite, William Walker, Matthew P. Whitley, David J. Zott and via U.S. Mail to David Beck, , Eric J.R. Nichols and L. Nicole White.

By:    s/Jeffrey M. Feldman