| | |
|---|---|
| Jeffrey M. Feldman (Alaska Bar No. 7605029) | Douglas J. Serdahely (Alaska Bar No. 7210072) |
| FELDMAN ORLANSKY & SANDERS | PATTON BOGGS LLP |
| 500 L Street, Suite 400 | 601 W 5th Avenue, Suite 700 |
| Anchorage, Alaska 99501 | Anchorage, AK 99501 |
| Telephone: (907) 272-3538 | Telephone: (907) 263-6310 |
| Facsimile: (907) 274-0819 | Facsimile: (907) 263-6345 |
| feldman@frozenlaw.com | dserdahely@pattonboggs.com |
| | |
| *Attorneys for Defendants* | *Attorneys for Defendant Exxon Mobil* |
| *BP Exploration (Alaska) Inc.* | *Corporation and ExxonMobil* |
| *And  BP p.l.c.* | *Alaska Production, Inc.* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | ) Case No: 4:05-cv-00026-RRB </br> ) </br> ) **NOTICE OF FILING PROPOSED** </br> ) **FINAL JUDGMENT** </br> ) |
| Plaintiff, </br> v. </br> </br> EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, </br> </br> Defendants. | ) (DEFENDANTS EXXON MOBIL </br> ) CORPORATION, EXXONMOBIL </br> ) ALASKA PRODUCTION, INC., </br> ) BP P.L.C. and BP EXPLORATION </br> ) (ALASKA) INC.) </br> ) </br> ) (Fed. R. Civ. P. 54) </br> ) </br> ) </br> ) </br> ) Judge: The Honorable Ralph R. Beistline </br> ) |

PLEASE TAKE NOTICE that defendants BP Exploration (Alaska) Inc., BP p.l.c., ExxonMobil Corporation, and ExxonMobil Alaska Production, Inc. hereby file their proposed Final Judgment in this case.

Dated:  June 30, 2006

By:   /s/ Jeffrey M. Feldman

Jeffrey M. Feldman

500 L Street, Suite 400
Anchorage, AK 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
E-mail:  feldman@frozenlaw.com
[Alaska Bar No. 7905029]

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and*
   *BP p.l.c.*

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and*
   *BP p.l.c.*

**Certificate of Service**I hereby certify that on June 30, 2006, a copy of the foregoing Notice of Filing Proposed Final Judgment. was served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Bradley S. McKim, Donald Craven, William Rozell, Douglas Serdahely, James P. Tuite, Charles E. Cole, Matthew P. Whitley, David J. Beck, Eric J. R. Nichols, L. Nicole White, Paul B. Hewitt, C. Fairley Spillman, G. Seth Beal, David Boies, Benjamin W. Hulse, James A. Langan, and David Zott.

By:   s/Jeffrey M. Feldman