| | |
|---|---|
| Jeffrey M. Feldman (Alaska Bar No. 7605029) | Douglas J. Serdahely (Alaska Bar No. 7210072) |
| FELDMAN ORLANSKY & SANDERS | PATTON BOGGS LLP |
| 500 L Street, Suite 400 | 601 W 5th Avenue, Suite 700 |
| Anchorage, Alaska 99501 | Anchorage, AK 99501 |
| Telephone: (907) 272-3538 | Telephone: (907) 263-6310 |
| Facsimile: (907) 274-0819 | Facsimile: (907) 263-6345 |
| feldman@frozenlaw.com | dserdahely@pattonboggs.com |
| | |
| *Attorneys for Defendants* | *Attorneys for Defendant ExxonMobil* |
| *BP Exploration (Alaska) Inc.* | *Corporation and ExxonMobil* |
| *And BP p.l.c.* | *Alaska Production, Inc.* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | ) Case No: 4:05-cv-00026-RRB ) ) (Proposed) ) **FINAL JUDGMENT** ) |
| Plaintiff, v. EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, Defendants. | ) (DEFENDANTS EXXONMOBIL ) CORPORATION, EXXONMOBIL ) ALASKA PRODUCTION, INC., ) BP P.L.C. and BP EXPLORATION ) (ALASKA) INC.) ) ) (Fed. R. Civ. P. 54) ) ) ) ) Judge: The Honorable Ralph R. Beistline ) |

On June 19, 2006, this Court granted the motion of the defendants to dismiss this matter pursuant to Rule 12(b), Fed. R. Civ. P. The Court's order disposes of all claims brought against those defendants in this action.

THEREFORE, pursuant to Fed. R. Civ. P. 54, the Court now enters final judgment in favor of the defendants and against the plaintiff in this matter, and hereby dismisses this action.

Dated this ____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Court Judge

**Certificate of Service**
I hereby certify that on June 30, 2006, a copy of the foregoing (Proposed) Final Judgment. was served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Bradley S. McKim, Donald Craven, William Rozell, Douglas Serdahely, James P. Tuite, Charles E. Cole, Matthew P. Whitley, David J. Beck, Eric J. R. Nichols, L. Nicole White, Paul B. Hewitt, C. Fairley Spillman, G. Seth Beal, David Boies, Benjamin W. Hulse, James A. Langan, and David Zott.

By:   s/Jeffrey M. Feldman