| | |
|---|---|
| Jeffrey M. Feldman (Alaska Bar No. 7605029) | Douglas J. Serdahely (Alaska Bar No. 7210072) |
| FELDMAN ORLANSKY & SANDERS | PATTON BOGGS LLP |
| 500 L Street, Suite 400 | 601 W 5th Avenue, Suite 700 |
| Anchorage, Alaska 99501 | Anchorage, AK 99501 |
| Telephone: (907) 272-3538 | Telephone: (907) 263-6310 |
| Facsimile: (907) 274-0819 | Facsimile: (907) 263-6345 |
| feldman@frozenlaw.com | dserdahely@pattonboggs.com |

*Attorneys for Defendants*     *Attorneys for Defendant Exxon Mobil*
*BP Exploration (Alaska) Inc.*     *Corporation and ExxonMobil*
*And BP p.l.c.*     *Alaska Production, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | ) Case No: 4:05-cv-00026-RRB )  ) **NOTICE OF FILING CORRECTED** ) **(PROPOSED) FINAL JUDGMENT** ) |
| Plaintiff, | ) (DEFENDANTS EXXON MOBIL |
| v. | ) CORPORATION, EXXONMOBIL ) ALASKA PRODUCTION, INC., |
| EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, | ) BP P.L.C. and BP EXPLORATION ) (ALASKA) INC.) )  ) (Fed. R. Civ. P. 54) )  ) |
| Defendants. | ) Judge: The Honorable Ralph R. Beistline ) |

PLEASE TAKE NOTICE that the defendants hereby file their CORRECTED (PROPOSED) FINAL JUDGMENT in this case, which corrects the version previously filed.

Dated:  July 5, 2006

By:    /s/ Jeffrey M. Feldman

Jeffrey M. Feldman

500 L Street, Suite 400
Anchorage, AK 99501
Telephone:  (907) 272-3538
Facsimile:  (907) 274-0819
E-mail:  feldman@frozenlaw.com
[Alaska Bar No. 7905029]

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and*
   *BP p.l.c.*

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and*
   *BP p.l.c.*

**Certificate of Service:**
 I hereby certify that on July 5, 2006, a copy of the foregoing Notice of Filing Corrected (Proposed) Final Judgment. was served electronically on Kevin Barry, John F. Cove Jr., Kenneth F. Rossman, IV, Robert Silver, William Walker, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Bradley S. McKim, Donald Craven, William Rozell, Douglas Serdahely, James P. Tuite, Charles E. Cole, Matthew P. Whitley, David J. Beck, Eric J. R. Nichols, L. Nicole White, Paul B. Hewitt, C. Fairley Spillman, G. Seth Beal, David Boies, Benjamin W. Hulse, James A. Langan, and David Zott.

By:    s/Jeffrey M. Feldman