David Boies
Robert Silver
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
914.749.8200; 914.749.8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com

John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
**WALKER & LEVESQUE, LLC**
731 N Street, Anchorage, AK 99501
907.278.7000; 907.278.7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
**LAW OFFICES OF CHARLES E. COLE**
406 Cushman Street, Fairbanks, AK 99701
907.452.1124; 907.456.2523 (fax)
colelaw@att.net

*Counsel for Plaintiff Alaska Gasline Port Authority*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | ) ) ) | CASE NO.:  4:05-cv-00026-RRB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, | ) ) ) ) ) ) | **MOTION TO SET ASIDE JUDGMENT AND FOR LEAVE TO FILE AMENDED COMPLAINT** |
| Defendants. | ) ) ) ) | |

Plaintiff Alaska Gasline Port Authority moves this Court, pursuant to Federal Rule of Civil Procedure 59(e), to set aside the judgment and, pursuant to Federal Rule of Civil Procedure 15(a), for leave to file an amended complaint.  This motion is supported by a separate memorandum of points and authorities and by the exhibit attached to that memorandum.

Dated:  July 27, 2006                    Respectfully submitted,

                                          s/John F. Cove, Jr.

                                         David Boies
                                         Robert Silver
                                         John F. Cove, Jr.
                                         Kenneth F. Rossman IV
                                         BOIES, SCHILLER & FLEXNER LLP
                                         1999 Harrison St., Suite 900, Oakland, CA 94612
                                         510.874.1000; 510.874.1460 (fax)
                                         jcove@bsfllp.com

                                         William M. Walker
                                         WALKER & LEVESQUE, LLC

                                         Charles E. Cole
                                         LAW OFFICES OF CHARLES E. COLE

                                         *Counsel for Plaintiff Alaska Gasline Port Authority*

# Certificate of Service

I hereby certify that on July 27, 2006, a copy of the foregoing document entitled,

**MOTION TO SET ASIDE JUDGMENT AND FOR LEAVE TO FILE AMENDED COMPLAINT**

was served electronically on each of the following:

David Boies, Kevin Barry, John F. Cove, Jr., Kenneth F. Rossman, IV, Robert Silver, William M. Walker, Charles E. Cole, Jeffrey M. Feldman, Paul B. Hewitt, Bradley S. McKim, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Donald B. Craven, William B. Rozell, Douglas J. Serdahely, C. Fairley Spillman, Matthew P. Whitley, G. Seth Beal, David J. Beck, Benjamin W. Hulse, James Langan, Eric J.R. Nichols, L. Nichol White, David J. Zott, and James P. Tuite.


By:  s/Kevin J. Barry.

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
kbarry@bsfllp.com