David Boies
Robert Silver
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
914.749.8200; 914.749.8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com

John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com; krossman@bsfllp.com

| | |
|---|---|
| William M. Walker (SBN 8310155) <br> **WALKER & LEVESQUE, LLC** <br> 731 N Street, Anchorage, AK 99501 <br> 907.278.7000; 907.278.7001 (fax) <br> bill-wwa@ak.net | Charles E. Cole (SBN 5503004) <br> **LAW OFFICES OF CHARLES E. COLE** <br> 406 Cushman Street, Fairbanks, AK 99701 <br> 907.452.1124; 907.456.2523 (fax) <br> colelaw@att.net |

*Counsel for Plaintiff Alaska Gasline Port Authority*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, <br><br> Defendants. | CASE NO.: 4:05-cv-00026-RRB <br><br> **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

Plaintiff Alaska Gasline Port Authority moves this Court, pursuant to Federal Rule of Civil Procedure 15(a), for leave to file an amended complaint. This motion is supported by the memorandum of points and authorities filed in support of the earlier "Motion to Set Aside Judgment and For Leave to Amend," [Docket # 90], and by the [Proposed] Amended Complaint, attached hereto as Exhibit 1.

Dated:  August 1, 2006                    Respectfully submitted,

 s/John F. Cove, Jr.

David Boies
Robert Silver
John F. Cove, Jr.
Kenneth F. Rossman IV
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com

William M. Walker
WALKER & LEVESQUE, LLC

Charles E. Cole
LAW OFFICES OF CHARLES E. COLE

*Counsel for Plaintiff Alaska Gasline Port Authority*

# Certificate of Service

I hereby certify that on August 1, 2006, a copy of the foregoing document entitled**,**

**MOTION TO FOR LEAVE TO FILE AMENDED COMPLAINT**

was served electronically on each of the following:

David Boies, Kevin Barry, John F. Cove, Jr., Kenneth F. Rossman, IV, Robert Silver, William M. Walker, Charles E. Cole, Jeffrey M. Feldman, Paul B. Hewitt, Bradley S. McKim, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Donald B. Craven, William B. Rozell, Douglas J. Serdahely, C. Fairley Spillman, Matthew P. Whitley, G. Seth Beal, David J. Beck, Benjamin W. Hulse, James Langan, Eric J.R. Nichols, L. Nichol White, David J. Zott, and James P. Tuite.

By:  s/Kevin J. Barry.

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
kbarry@bsfllp.com