# EXHIBIT 2

David Boies
Robert Silver
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
914.749.8200; 914.749.8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com

John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com; krossman@bsfllp.com


William M. Walker (SBN 8310155)          Charles E. Cole (SBN 5503004)
**WALKER & LEVESQUE, LLC**               **LAW OFFICES OF CHARLES E. COLE**
731 N Street, Anchorage, AK 99501        406 Cushman Street, Fairbanks, AK 99701
907.278.7000; 907.278.7001 (fax)         907.452.1124; 907.456.2523 (fax)
bill-wwa@ak.net                          colelaw@att.net

*Counsel for Plaintiff Alaska Gasline Port Authority*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.:  4:05-cv-00026-RRB |
| v. | ) ) | |
| EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, | ) ) ) ) ) ) | [PROPOSED] **ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| Defendants. | ) ) ) ) | |

In conjunction with a Motion to Set Aside Judgment [Docket # 89], Plaintiff Alaska Gasline Port Authority has filed a Motion for Leave to Amend [Docket #92]. The Court entered Judgment for the Defendants and against the Plaintiff on June 13, 2006, after the Plaintiff's complaint was dismissed for lack of standing and for failure to state a claim [Docket # 87].

Plaintiff's [Proposed] Amended Complaint supplements its allegations concerning the steps it has taken to enter the market, and thus, Plaintiff has demonstrated the requisite level of preparedness for antitrust standing. Plaintiff has also alleged mergers and acquisitions within the statutory period that it claims have had the effect of lessening competition in the relevant markets for transportation and sale of Alaska North Slope natural gas. Finally, Plaintiff's allegations clarify that it need not proceed under the Stranded Gas Development Act and that its pipeline project is not preempted by that Act. Therefore, Plaintiff has successfully cured the deficiencies identified in the Court's order dismissing the complaint [Docket # 84].

In considering the motion for leave to amend, the Court is guided by Rule 15(a)'s mandate that leave to amend shall be freely given, even after entry of judgment, *Foman v. Davis*, 371 U.S. 178, 182 (1962), and the Ninth Circuit's instruction that such leave should be granted with "extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003). Having considered the briefs and arguments submitted in support of and in opposition to the Motion to For Leave to File Amended Complaint filed by Plaintiff Alaska Gasline Port Authority, [Docket # 92], and for good cause shown, the Court

HEREBY ORDERS that:

1.      The Motion for Leave to Amend [Docket # 92] is **GRANTED**.

//

2.      Within ten (10) days of this Order, the Plaintiff shall file an Amended Complaint,

substantially in the form of the [Proposed] Amended Complaint attached to the Motion for Leave

to Amend.

**IT IS SO ORDERED.**

Dated: this ____ day of _____, 2006


_____
Honorable Ralph R. Beistline
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
*Alaska Gasline Port Authority v. ExxonMobil Corp., et al.*, No. 4:05-cv-00026-RRB

## Certificate of Service

I hereby certify that on August 1, 2006, a copy of the foregoing document entitled**,**

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT**

was served electronically on each of the following:

David Boies, Kevin Barry, John F. Cove, Jr., Kenneth F. Rossman, IV, Robert Silver, William
M. Walker, Charles E. Cole, Jeffrey M. Feldman, Paul B. Hewitt, Bradley S. McKim, Ronald C.
Redcay, Matthew T. Heartney, Angel L. Tang, Donald B. Craven, William B. Rozell, Douglas J.
Serdahely, C. Fairley Spillman, Matthew P. Whitley, G. Seth Beal, David J. Beck, Benjamin W.
Hulse, James Langan, Eric J.R. Nichols, L. Nichol White, David J. Zott, and James P. Tuite.


By:  s/Kevin J. Barry.

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
kbarry@bsfllp.com