David Boies
Robert Silver
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
914.749.8200; 914.749.8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com

John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)          Charles E. Cole (SBN 5503004)
**WALKER & LEVESQUE, LLC**              **LAW OFFICES OF CHARLES E. COLE**
731 N Street, Anchorage, AK 99501       406 Cushman Street, Fairbanks, AK 99701
907.278.7000; 907.278.7001 (fax)        907.452.1124; 907.456.2523 (fax)
bill-wwa@ak.net                          colelaw@att.net

*Counsel for Plaintiff Alaska Gasline Port Authority*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO.: 4:05-cv-00026-RRB |
| v. | ) ) ) | [PROPOSED] **ORDER GRANTING** |
| EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, | ) ) ) ) ) ) ) | **MOTION TO SET ASIDE JUDGMENT** |
| Defendants. | ) ) ) | |

Plaintiff Alaska Gasline Port Authority filed a Motion to Set Aside Judgment in this case [Docket # 89], a Judgment entered on June 13, 2006, after the Plaintiff's complaint was dismissed for lack of standing and for failure to state a claim [Docket # 87]. Plaintiff seeks to set aside the judgment and to file an Amended Complaint. Plaintiff's [Proposed] Amended Complaint supplements its allegations concerning the steps it has taken to enter the market, and thus, Plaintiff has demonstrated the requisite level of preparedness for antitrust standing. Plaintiff has also alleged mergers and acquisitions by the Defendants within the statutory period that it claims have had the effect of lessening competition in the relevant markets for transportation and sale of Alaska North Slope natural gas. Finally, Plaintiff's allegations clarify that it need not proceed under the Stranded Gas Development Act and that its pipeline project is not preempted by that Act. Therefore, Plaintiff has successfully cured the deficiencies identified in the Court's order dismissing the complaint [Docket # 84].

In considering the motion to set aside the judgment, the court evaluates the merits of the plaintiff's request for leave to amend. *Harris v. City of Auburn*, 27 F.3d 1284, 1287 (D.C. Cir. 1994). The Court must consider Rule 15(a)'s directive that leave to amend shall be freely given, even after entry of judgment, *Foman v. Davis*, 371 U.S. 178, 182 (1962). In this Ninth Circuit, such leave is granted with "extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003). Having considered the briefs and arguments submitted in support of and in opposition to the Motion to Set Aside Judgment, together with the Motion to For Leave to File Amended Complaint filed by Plaintiff Alaska Gasline Port Authority, [Docket #'s 89, 90, and 92], and for good cause shown, the Court

HEREBY ORDERS that:

//

1.      The Motion to Set Aside Judgment [Docket # 89] is **GRANTED**.

2.      The Clerk of the Court shall set aside the Judgment for Defendants against

Plaintiff entered on June 13, 2006 [Docket # 87], and this action shall be reinstated.

3.      Plaintiff shall file an amended complaint as directed by this Court.

**IT IS SO ORDERED.**

Dated: this \_\_\_\_ day of _____, 2006

_____
Honorable Ralph R. Beistline
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO SET ASIDE JUDGMENT
*Alaska Gasline Port Authority v. ExxonMobil Corp., et al.*, No. 4:05-cv-00026-RRB

# **Certificate of Service**

I hereby certify that on August 1, 2006, a copy of the foregoing document entitled**,**

**[PROPOSED] ORDER GRANTING MOTION TO SET ASIDE JUDGMENT**

was served electronically on each of the following:

David Boies, Kevin Barry, John F. Cove, Jr., Kenneth F. Rossman, IV, Robert Silver, William M. Walker, Charles E. Cole, Jeffrey M. Feldman, Paul B. Hewitt, Bradley S. McKim, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Donald B. Craven, William B. Rozell, Douglas J. Serdahely, C. Fairley Spillman, Matthew P. Whitley, G. Seth Beal, David J. Beck, Benjamin W. Hulse, James Langan, Eric J.R. Nichols, L. Nichol White, David J. Zott, and James P. Tuite.

By:  s/Kevin J. Barry.

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
kbarry@bsfllp.com