IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC. a Delaware corporation; BP P.L.C. a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:05-cv-00026-RRB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE JUDGMENT** |

Upon consideration of the Motion of Plaintiff Alaska Gasline Port Authority to Set Aside Judgment, it is hereby ORDERED that the Motion be and hereby is DENIED.

SO ORDERED this _____ day of _____ 2006.

 

_____
Honorable Ralph R. Beistline
United States District Judge

50278v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August 2006, a copy of the foregoing document was served electronically on:

| | |
|---|---|
| **Kevin Barry**<br>kbarry@bsfllp.com<br>skalas@bsfllp.com | **John F. Cove, Jr.**<br>jcove@bsfllp.com |
| **Kenneth F. Rossman, IV**<br>krossman@bsfllp.com<br>sphan@bsfllp.com | **Jeffrey M. Feldman**<br>feldman@frozenlaw.com<br>carper@frozenlaw.com<br>anderson@frozenlaw.com |
| **William M. Walker**<br>bill-wwa@ak.net<br>shelley-wwa@ak.net<br>karen-wwa@ak.net | **David Boies**<br>dboies@bsfllp.com |
| **Ronald C. Redcay**<br>ronald_redcay@aporter.com | **Robert Silver**<br>rsilver@bsfllp.com |
| **Angel L. Tang**<br>angel_tang@aporter.com | **Charles E. Cole**<br>colelaw@att.net |
| **Matthew T. Heartney**<br>matthew_heartney@aporter.com | **Bradley S. McKim**<br>bradley.mckim@bp.com |

By:     s/Maribel Webber
          Legal Secretary/Assistant