Ronald C. Redcay (Cal. Bar No. 067236)
Matthew T. Heartney (Cal Bar No. 123516)
Angel L. Tang (Cal. Bar No. 205396)
ARNOLD & PORTER LLP
777 south Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 253-4000
Facsimile: (213) 243-4199
Ronald_Redcay@aporter.com
Matthew_Heartney@aporter.com
Angel_Tang@aporter.com

Bradley S. McKim (Alaska Bar No. 0511089)
BP EXPLORATION (ALASKA) INC.
900 East Benson Boulevard
Anchorage, AK 99508
Telephone: (070 564-5154
Facsimile: (907) 564-4031
 mckimbs@bp.com

Jeffrey M. Feldman (Alaska Bar No. 7605029)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com

J. Andrew Langan
David J. Zott
Benjamin W. Hulse
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200
alangan@kirkland.com
dzott@kirkland.com
bhulse@kirkland.com

G. Seth Beal
KIRKLAND & ELLIS LLP
*(Pro Hac Vice Application Pending)*
777 South Figueroa Street
Los Angeles, California 90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
Mailto:sbeal@kirkland.com

*Attorneys for Defendants
BP Exploration (Alaska) Inc.
And  BP p.l.c.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | ) 4:05-cv-00026-RRB ) |
| Plaintiff, | ) *(PROPOSED)* ORDER ) DENYING ALASKA GASLINE |
| v. | ) PORT AUTHORITY'S MOTION ) TO SET ASIDE JUDGMENT |
| EXXONMOBIL CORPORATION, et al., | ) ) Judge: The Honorable Ralph R. Beistline |
| Defendants. | ) |

Proposed Order Denying AGPA's Motion to Set Aside Judgment
*Alaska Gasline Port Authority v. ExxonMobil Corp., et al.,* Case No. 4:05-cv-00026-RRB
Page 1 of 2

For the reasons set forth in the defendants' oppositions to AGPA's Motion to Set Aside Judgment, the Court finds that AGPA has not met the standards for vacating a judgment pursuant to Federal Civil Procedure Rule 59(e), and therefore AGPA's Motion to Set Aside Judgment [Docket Nos. 89-90] is DENIED.

Dated this \_\_\_\_ day of _____, 2006.

_____
Ralph R. Beistline
United States District Court Judge

Proposed Order Denying AGPA's Motion to Set Aside Judgment
*Alaska Gasline Port Authority v. ExxonMobil Corp., et al.,* Case No. 4:05-cv-00026-RRB
Page 2 of 2