David Boies
Robert Silver
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
914.749.8200; 914.749.8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com

John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com; krossman@bsfllp.com

| William M. Walker (SBN 8310155) | Charles E. Cole (SBN 5503004) |
|---|---|
| **WALKER & LEVESQUE, LLC** | **LAW OFFICES OF CHARLES E. COLE** |
| 731 N Street, Anchorage, AK 99501 | 406 Cushman Street, Fairbanks, AK 99701 |
| 907.278.7000; 907.278.7001 (fax) | 907.452.1124; 907.456.2523 (fax) |
| bill-wwa@ak.net | colelaw@att.net |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

No.: _____

Dist. Ct No.: 4:05-cv-00026-RRB

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

      Alaska Gasline Port Authority, the plaintiff herein, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court, entered in this action on July 13, 2006, and all interlocutory orders that gave rise to that judgment, including but not limited to the order granting the Defendants' motions to dismiss, entered on June 19, 2006.

Dated: August 14, 2006        By:    /s/ John F. Cove, Jr

                                                  BOIES, SCHILLER & FLEXNER LLP
                                                  1999 Harrison St., Suite 900
                                                  Oakland, CA  94612
                                                  (510) 874-1000
                                                  (510) 874-1460 (fax)
                                                  jcove@bsfllp.com
                                                  *Attorneys for Alaska Gasline Port Authority*

## Certificate of Service

I hereby certify that on August 14, 2006, a copy of the foregoing document entitled,

**NOTICE OF APPEAL**

was served electronically on each of the following:

David Boies, Kevin Barry, John F. Cove, Jr., Kenneth F. Rossman, IV, Robert Silver, William M. Walker, Charles E. Cole, Jeffrey M. Feldman, Paul B. Hewitt, Bradley S. McKim, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Donald B. Craven, William B. Rozell, Douglas J. Serdahely, C. Fairley Spillman, Matthew P. Whitley, G. Seth Beal, David J. Beck, Benjamin W. Hulse, James Langan, Eric J.R. Nichols, L. Nichol White, David J. Zott, and James P. Tuite.

By:  s/Kevin J. Barry.

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
kbarry@bsfllp.com