David Boies
Robert Silver
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
914.749.8200; 914.749.8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com

John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com; krossman@bsfllp.com

| William M. Walker (SBN 8310155) | Charles E. Cole (SBN 5503004) |
|---|---|
| **WALKER & LEVESQUE, LLC** | **LAW OFFICES OF CHARLES E. COLE** |
| 731 N Street, Anchorage, AK 99501 | 406 Cushman Street, Fairbanks, AK 99701 |
| 907.278.7000; 907.278.7001 (fax) | 907.452.1124; 907.456.2523 (fax) |
| bill-wwa@ak.net | colelaw@att.net |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, <br><br> Defendants. | CASE NO.: 4:05-cv-00026-RRB <br><br> **REPRESENTATION STATEMENT** |

TO THE COURT AND ALL PARTIES OF RECORD: Plaintiff Alaska Gasline Port Authority hereby submits the following Representation Statement with its Notice of Appeal, filed concurrently with this document.

Plaintiff Alaska Gasline Port Authority is represented by:

| | |
|---|---|
| David Boies<br>Robert Silver<br>Boies, Schiller & Flexner LLP<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8201<br>Fax: (914) 749-8300<br>Email: dboies@bsfllp.com;<br>rsilver@bsfllp.com | William M. Walker<br>Walker & Levesque<br>731 N Street<br>Anchorage, AK 99501<br>(907) 278-7000<br>Fax: (907) 278-7001<br>Email: bill-wwa@ak.net |
| John F. Cove, Jr.<br>Kenneth F. Rossman, IV<br>Kevin Barry<br>Boies, Schiller & Flexner LLP<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>(510) 874-1000<br>Fax: (510) 874-1460<br>Email: jcove@bsfllp.com;<br>krossman@bsfllp.com; kbarry@bsfllp.com | Charles E. Cole<br>Law Office of Charles Cole<br>406 Cushman Street<br>Fairbanks, AK 99701<br>(907) 452-1124<br>Fax: (907) 456-2523<br>Email: colelaw@att.net |

Defendant ExxonMobil Corp. is represented by:

| | |
|---|---|
| C. Fairley Spillman<br>Donald B. Craven<br>James P. Tuite<br>Paul B. Hewitt<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Ave, N.W.<br>Washington, DC 20036<br>(202) 887-4000<br>Fax: (202) 887-4288<br>Email: fspillman@akingump.com;<br>dcraven@akingump.com;<br>jtuite@akingump.com;<br>phewitt@akingump.com | Douglas J. Serdahely<br>Patton Boggs LLP<br>601 West 5th Avenue, Suite 700<br>Anchorage, AK 99501<br>(907) 263-6300<br>Fax: (907) 263-6345<br>Email: dserdahely@pattonboggs.com |

| | |
|---|---|
| David J. Beck<br>Eric J.R. Nichols<br>L. Nicole White<br>Matthew P. Whitley<br>Beck, Redden & Secrest, LLP<br>1221 McKinney Street, #4500<br>Houston, TX 77010<br>(713) 951-3700<br>Fax: (713) 951-3720<br>Email: dbeck@brsfirm.com;<br>enichols@brsfirm.com;<br>nwhite@brsfirm.com;<br>mwhitley@brsfirm.com | William Barclay Rozell<br>William B. Rozell<br>P.O. Box 20730<br>Juneau, AK 99802<br>(907) 586-0142<br>Fax: (907) 463-4647<br>Email: bartrozell@aol.com |

Defendant ExxonMobil Alaska Production, Inc. is represented by:

| | |
|---|---|
| C. Fairley Spillman<br>Donald B. Craven<br>James P. Tuite<br>Paul B. Hewitt<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Ave, N.W.<br>Washington, DC 20036<br>(202) 887-4000<br>Fax: (202) 887-4288<br>Email: fspillman@akingump.com;<br>dcraven@akingump.com;<br>jtuite@akingump.com;<br>phewitt@akingump.com | Douglas J. Serdahely<br>Patton Boggs LLP<br>601 West 5th Avenue, Suite 700<br>Anchorage, AK 99501<br>(907) 263-6300<br>Fax: (907) 263-6345<br>Email: dserdahely@pattonboggs.com |
| David J. Beck<br>Eric J.R. Nichols<br>L. Nicole White<br>Matthew P. Whitley<br>Beck, Redden & Secrest, LLP<br>1221 McKinney Street, #4500<br>Houston, TX 77010<br>(713) 951-3700<br>Fax: (713) 951-3720<br>Email: dbeck@brsfirm.com;<br>enichols@brsfirm.com;<br>nwhite@brsfirm.com;<br>mwhitley@brsfirm.com | William Barclay Rozell<br>William B. Rozell<br>P.O. Box 20730<br>Juneau, AK 99802<br>(907) 586-0142<br>Fax: (907) 463-4647<br>Email: bartrozell@aol.com |

Defendant BP p.l.c. is represented by:

| | |
|---|---|
| David J. Zott<br>James A. Langan<br>Benjamin W. Hulse<br>Kirkland & Ellis LLP (Chicago)<br>200 East Randolph Drive<br>Chicago, IL 60601<br>(312) 861-2000<br>Fax: (312) 861-2200<br>Email: bhulse@kirkland.com;<br>dzott@kirkland.com;<br>alangan@kirkland.com | G. Seth Beal<br>Kirkland & Ellis LLP<br>777 South Figueroa Street, Suite 3400<br>Los Angeles, CA 90017-5800<br>(213) 680-8400<br>Fax: (213) 680-8500<br>Email: sbeal@kirkland.com |

Defendant BP Exploration (Alaska) Inc. is represented by:

| | |
|---|---|
| Matthew T. Heartney<br>Ronald C. Redcay<br>Angel L. Tang<br>Arnold & Parter, LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>(213) 243-4000<br>Fax: (213) 243-4199<br>Email: Matthew.Heartney@aporter.com;<br>Angel.Tang@aporter.com;<br>Ronald.Redcay@aporter.com | Jeffrey M. Feldman<br>Feldman Orlansky & Sanders<br>500 L. Street, Suite 400<br>Anchorage, AK 99501<br>(907) 272-3538<br>Fax: (907) 274-0819<br>Email: feldman@frozenlaw.com |

Bradley S. McKim
BP Exploration (Alaska) Inc.
900 East Benson Blvd.
Anchorage, AK 99508
(907) 564-5154
Fax: (907) 564-4031
Email: bradley.mckim@bp.com


Dated: August 14, 2006        By:     /s/  John F. Cove, Jr

                  BOIES, SCHILLER & FLEXNER LLP
                  1999 Harrison St., Suite 900
                  Oakland, CA  94612
                  (510) 874-1000
                  (510) 874-1460 (fax)
                  jcove@bsfllp.com
                  *Attorneys for Alaska Gasline Port Authority*

## Certificate of Service

I hereby certify that on August 14, 2006, a copy of the foregoing document entitled**,**

    **REPRESENTATION STATEMENT**

was served electronically on each of the following:

David Boies, Kevin Barry, John F. Cove, Jr., Kenneth F. Rossman, IV, Robert Silver, William M. Walker, Charles E. Cole, Jeffrey M. Feldman, Paul B. Hewitt, Bradley S. McKim, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Donald B. Craven, William B. Rozell, Douglas J. Serdahely, C. Fairley Spillman, Matthew P. Whitley, G. Seth Beal, David J. Beck, Benjamin W. Hulse, James Langan, Eric J.R. Nichols, L. Nichol White, David J. Zott, and James P. Tuite.

                                              By:  s/Kevin J. Barry.

                                              BOIES, SCHILLER & FLEXNER LLP
                                              1999 Harrison St., Suite 900
                                              Oakland, CA 94612
                                              510.874.1000; 510.874.1460 (fax)
                                              kbarry@bsfllp.com