ARNOLD & PORTER LLP
Ronald C. Redcay (Cal. Bar No. 067236)
Matthew T. Heartney (Cal. Bar No. 123516)
Angel L. Tang (Cal. Bar No. 205396)
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Ronald_Redcay@aporter.com
Matthew_Heartney@aporter.com
Angel_Tang@aporter.com

Bradley S. McKim (Alaska Bar No. 0511089)
BP Exploration (Alaska) Inc.
900 East Benson Boulevard
Anchorage, AK 99508
Telephone: (907) 564-5154
Facsimile: (907) 564-4031
mckimbs@bp.com

*Attorneys for Defendant*
*BP Exploration (Alaska) Inc.*

KIRKLAND & ELLIS LLP
J. Andrew Langan
David J. Zott
Benjamin W. Hulse
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200
alangan@kirkland.com
dzott@kirkland.com
bhulse@kirkland.com

KIRKLAND & ELLIS LLP
G. Seth Beal
777 South Figueroa Street
Los Angeles, California 90017-5800
Telephone: (213) 680-8400
Facsimile: (213) 680-8500
sbeal@kirkland.com

*Attorneys for Defendant BP p.l.c.*

FELDMAN ORLANSKY & SANDERS
Jeffrey M. Feldman (Alaska Bar No. 7605029)
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone: (907) 272-3538
Facsimile: (907) 274-0819
feldman@frozenlaw.com

*Attorneys for Defendants*
*BP Exploration (Alaska) Inc. and BP p.l.c.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL CORPORATION, *et al.*, <br><br> Defendants. | Case No. F05-0026 CIV (RRB) <br><br> [PROPOSED] ORDER DENYING AGPA'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT <br><br><br> Judge: The Honorable Ralph R. Beistline |

THIS CAUSE came before the Court upon the motion of Plaintiff Alaska Gasline Port Authority, and the Court hereby orders as follows:

Plaintiff's motion for leave to file amended complaint is DENIED

ENTERED this _____ day of _____, 2006.

                                                                             _____
                                                                             Honorable Ralph R. Beistline
                                                                             U. S. District Court Judge