# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) Case No. 4:05-cv-00026-RRB<br>EXXON MOBIL CORPORATION, a New )<br>Jersey corporation; EXXONMOBIL ALASKA )<br>PRODUCTION, INC. a Delaware corporation; )<br>BP P.L.C. a United Kingdom corporation; and BP ) **[PROPOSED] ORDER DENYING**<br>EXPLORATION (ALASKA) INC., a Delaware ) **PLAINTIFF'S MOTION FOR**<br>corporation, ) **LEAVE TO FILE AMENDED**<br>) **COMPLAINT**<br>Defendants. )<br>) | |

Upon consideration of the Motion of Plaintiff Alaska Gasline Port Authority for Leave to File Amended Complaint, it is hereby ORDERED that the Motion be and hereby is DENIED.

SO ORDERED this _____ day of _____ 2006.

 

                                                     Honorable Ralph R. Beistline
                                                     United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August 2006, a copy of the foregoing document was served electronically on:

| | |
|---|---|
| **Kevin Barry**<br>kbarry@bsfllp.com<br>skalas@bsfllp.com | **John F. Cove, Jr.**<br>jcove@bsfllp.com |
| **Kenneth F. Rossman, IV**<br>krossman@bsfllp.com<br>sphan@bsfllp.com | **Jeffrey M. Feldman**<br>feldman@frozenlaw.com<br>carper@frozenlaw.com<br>anderson@frozenlaw.com |
| **William M. Walker**<br>bill-wwa@ak.net<br>shelley-wwa@ak.net<br>karen-wwa@ak.net | **David Boies**<br>dboies@bsfllp.com |
| **Ronald C. Redcay**<br>ronald_redcay@aporter.com | **Robert Silver**<br>rsilver@bsfllp.com |
| **Angel L. Tang**<br>angel_tang@aporter.com | **Charles E. Cole**<br>colelaw@att.net |
| **Matthew T. Heartney**<br>matthew_heartney@aporter.com | **Bradley S. McKim**<br>bradley.mckim@bp.com |

By:     s/Maribel Webber
         Legal Secretary/Assistant