Donald B. Craven (DC Bar No. 221424)
**AKIN GUMP STRAUSS**
**HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
(202) 887-4000; (202) 887-4288 (fax)
dcraven@akingump.com

David J. Beck (Federal Bar No. 919)
**BECK, REDDEN & SECREST**
1221 McKinney Street, Suite 4500
Houston, TX  77010
(713) 951-3700; (713) 951-3720 (fax)
dbeck@brsfirm.com

William B. Rozell (Alaska Bar No. 7210067)
623 Basin Road
P.O. Box 20730
Juneau, AK  99802
(907) 586-0142; (907) 463-5647 (fax)
bartrozell@aol.com

Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Defendants Exxon Mobil Corporation and*
*ExxonMobil Alaska Production, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | )<br>)<br>) Case No. 4:05-cv-00026-RRB |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| | ) **MOTION OF DEFENDANTS** |
| EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, | ) **EXXON MOBIL CORPORATION**<br>) **AND EXXONMOBIL ALASKA**<br>) **PRODUCTION, INC. FOR LEAVE**<br>) **TO FILE SURREPLY TO**<br>) **PLAINTIFF'S REPLY IN**<br>) **SUPPORT OF MOTION TO SET**<br>) **ASIDE JUDGMENT** |
| Defendants. | )<br>) |

For the reasons set forth in the accompanying memorandum of points and authorities, Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. respectfully request leave to file a surreply in response to Plaintiff's Reply in Support of Motion to Set Aside

50518v1

Judgment (Docket No. 99).  A copy of the surreply is attached as Exhibit 1 hereto.

DATED at Anchorage, Alaska this 24th day of August 2006.

    s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6310
Fax:  (907) 263-6345
Email:  dserdahely@pattonboggs.com
Alaska Bar No. 7210072

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August 2006, a copy of the foregoing document was served electronically on:

**Kevin Barry**
kbarry@bsfllp.com
skalas@bsfllp.com

**Kenneth F. Rossman, IV**
krossman@bsfllp.com
sphan@bsfllp.com

**William M. Walker**
bill-wwa@ak.net
shelley-wwa@ak.net
karen-wwa@ak.net

**Ronald C. Redcay**
ronald_redcay@aporter.com

**Angel L. Tang**
angel_tang@aporter.com

**Matthew T. Heartney**
matthew_heartney@aporter.com

**John F. Cove, Jr.**
jcove@bsfllp.com

**Jeffrey M. Feldman**
feldman@frozenlaw.com
carper@frozenlaw.com
anderson@frozenlaw.com

**David Boies**
dboies@bsfllp.com

**Robert Silver**
rsilver@bsfllp.com

**Charles E. Cole**
colelaw@att.net

**Bradley S. McKim**
bradley.mckim@bp.com

By:    s/Maribel Webber
    Legal Secretary/Assistant

MOTION OF DEFENDANTS EXXON MOBIL CORPORATION AND EXXONMOBIL ALASKA PRODUCTION, INC. FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO SET ASIDE JUDGMENT
*The Alaska Gasline Port Authority v. Exxon Mobil Corporation, et al.*, Case No. 4:05-CV-00026-RRB
Page 2
50518v1