# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>Defendants. | Case No. 4:05-cv-00026-RRB<br><br>**[PROPOSED] ORDER** |

Upon consideration of the Motion of Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. for Leave to File Surreply to Plaintiff's Reply in Support of Motion to Set Aside Judgment, it is hereby ORDERED that the Motion of Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. be and hereby is GRANTED.

SO ORDERED this _____ day of _____ 2006.

_____
Honorable Ralph R. Beistline
United States District Judge

50520v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August 2006, a copy of the foregoing document was served electronically on:

**Kevin Barry**
kbarry@bsfllp.com
skalas@bsfllp.com

**John F. Cove, Jr.**
jcove@bsfllp.com

**Kenneth F. Rossman, IV**
krossman@bsfllp.com
sphan@bsfllp.com

**Jeffrey M. Feldman**
feldman@frozenlaw.com
carper@frozenlaw.com
anderson@frozenlaw.com

**William M. Walker**
bill-wwa@ak.net
shelley-wwa@ak.net
karen-wwa@ak.net

**David Boies**
dboies@bsfllp.com

**Ronald C. Redcay**
ronald_redcay@aporter.com

**Robert Silver**
rsilver@bsfllp.com

**Angel L. Tang**
angel_tang@aporter.com

**Charles E. Cole**
colelaw@att.net

**Matthew T. Heartney**
matthew_heartney@aporter.com

**Bradley S. McKim**
bradley.mckim@bp.com

By:     s/Maribel Webber
          Legal Secretary/Assistant