Donald B. Craven (DC Bar No. 221424)
**AKIN GUMP STRAUSS**
**HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, DC  20036
(202) 887-4000; (202) 887-4288 (fax)
dcraven@akingump.com

David J. Beck (Federal Bar No. 919)
**BECK, REDDEN & SECREST**
1221 McKinney Street, Suite 4500
Houston, TX  77010
(713) 951-3700; (713) 951-3720 (fax)
dbeck@brsfirm.com

William B. Rozell (Alaska Bar No. 7210067)
623 Basin Road
P.O. Box 20730
Juneau, AK  99802
(907) 586-0142; (907) 463-5647 (fax)
bartrozell@aol.com

Douglas J. Serdahely (Alaska Bar No. 7210072)
**PATTON BOGGS LLP**
601 West 5th Avenue, Suite 700
Anchorage, AK  99501
(907) 263-6310; (907) 263-6345 (fax)
dserdahely@pattonboggs.com

*Attorneys for Defendants Exxon Mobil Corporation and*
*ExxonMobil Alaska Production, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>    Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>    Defendants. | Case No. 4:05-cv-00026-RRB<br><br>**MEMORANDUM IN SUPPORT OF MOTION OF DEFENDANTS EXXON MOBIL CORPORATION AND EXXONMOBIL ALASKA PRODUCTION, INC. FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO SET ASIDE JUDGMENT** |

Defendants Exxon Mobil Corporation and ExxonMobil Alaska Production, Inc. (collectively "ExxonMobil") respectfully request leave to file a surreply in response to the Reply filed by Plaintiff Alaska Gasline Port Authority (the "Port Authority") in support of its Motion to

50519v1

Set Aside Judgment (Docket No. 99).  ExxonMobil's surreply is attached as Exhibit 1 to this memorandum.

In its original Memorandum in Support of Motion to Set Aside Judgment (Docket No. 90), the Port Authority addressed none of the standards – newly discovered evidence, clear error, or intervening change in the law – applicable to requests under Rule 59(e) to vacate a final judgment.  In its Reply, however, the Port Authority raises for the first time one of those criteria, arguing that the Court clearly erred by purportedly "not permitting" amendment of the complaint.  Reply at 5.  The Port Authority also seeks to recast its legal argument to fit its new allegation of clear error.  In its original memorandum, the Port Authority baldly asserted that its motion to set aside the judgment should be decided solely on the basis of Rule 15's liberal amendment standards without regard to the requirements of Rule 59(e).  Now, however, the Port Authority argues that, where the clear error asserted under Rule 59(e) is dismissal of an action without leave to amend, Rule 15 governs the disposition of a motion to set aside the judgment.  Reply at 5-6.

The new arguments contained in the Port Authority's Reply represent a substantial shift in position.  ExxonMobil thus has not had an opportunity to respond to these new arguments.  Fundamental fairness requires that ExxonMobil be permitted to so in the proffered surreply.

## **CONCLUSION**

ExxonMobil's motion for leave to file a surreply should be granted.

DATED at Anchorage, Alaska this 24th day of August 2006.

    s/Douglas J. Serdahely
Douglas J. Serdahely
PATTON BOGGS LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska  99501
Phone: (907) 263-6310
Fax:  (907) 263-6345
Email:  dserdahely@pattonboggs.com
Alaska Bar No. 7210072

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August 2006, a copy of the foregoing document was served electronically on:

**Kevin Barry**
kbarry@bsfllp.com
skalas@bsfllp.com

**John F. Cove, Jr.**
jcove@bsfllp.com

**Kenneth F. Rossman, IV**
krossman@bsfllp.com
sphan@bsfllp.com

**Jeffrey M. Feldman**
feldman@frozenlaw.com
carper@frozenlaw.com
anderson@frozenlaw.com

**William M. Walker**
bill-wwa@ak.net
shelley-wwa@ak.net
karen-wwa@ak.net

**David Boies**
dboies@bsfllp.com

**Ronald C. Redcay**
ronald_redcay@aporter.com

**Robert Silver**
rsilver@bsfllp.com

**Angel L. Tang**
angel_tang@aporter.com

**Charles E. Cole**
colelaw@att.net

**Matthew T. Heartney**
matthew_heartney@aporter.com

**Bradley S. McKim**
bradley.mckim@bp.com

By:    s/Maribel Webber
    Legal Secretary/Assistant