UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S Court of Appeals # 06-35717                    U. S. District Court 4:05-cv-00026-RRB

Short Case Title The Alaska Gasline Port Authority v. ExxonMobil Corporation, et al.,

Date Notice of Appeal Filed by Clerk of District Court August 14, 2006

(not yet effective FRAP 4(a)(4)(A)(iv))

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
|  |  | VOIR DIRE |
|  |  | OPENING STATEMENTS |
|  |  | SETTLEMENT INSTRUCTIONS |
|  |  | CLOSING ARGUMENTS |
|  |  | JURY INSTRUCTIONS |
|  |  | PRE-TRIAL PROCEEDINGS |
| 6/2/2006 | T. Grosshouse | OTHER   Motion To Dismiss **Hearing** |

(Attach Additional Page for Designations if Necessary)

(X) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).
( ) I have designated the portion(s) of transcripts; and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.
( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.
( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered 9/13/2006                 Estimated Date for Completion _____

Signature of Attorney _[signature]_                Phone Number 510-874-1000

Address Boies, Schiller & Flexner LLP,
        1999 Harrison Street, Suite 900, Oakland, CA 94612

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
   (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

    Approximate Number of Pages _____ Due Date _____

Section C - To Be Completed by Court Reporter

    Date Transcript Filed _____ Court Reporter's Signature _____