| AO 435 (Rev. 1/90) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Read Instructions on Back: | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME Kevin Barry, Esq., Boies, Schiller & Flexner | 2. PHONE NUMBER (510) 874-1000 | 3. DATE 9/13/2006 | |
|---|---|---|---|
| 4. MAILING ADDRESS 1999 Harrison Street, Suite 900 | 5. CITY Oakland | 6. STATE CA | 7. ZIP CODE 94608 |
| 8. CASE NUMBER 4:05-cv-00026-RRB | 9. JUDICIAL OFFICIAL Ralph R. Beistline | DATES OF PROCEEDINGS 10. FROM 6/2/2006 | 11. TO 6/2/2006 |
| 12. CASE NAME Alaska Gasline Port Auth. v. Exxonmobil et al | | LOCATION OF PROCEEDINGS 13. CITY Fairbanks | 14. STATE Alaska |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | Hearing on 6/2/2006 on all Defendants' Motions to Dismiss |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE  *Joseph N. Levesque*  #87062032 Walker & Levesque, LLC

PROCESSED BY

19. DATE 9/13/2006

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous editions of this form may still be used)
DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY