David Boies
Robert Silver
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
914.749.8200; 914.749.8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com

John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com; krossman@bsfllp.com

William M. Walker (SBN 8310155)
**WALKER & LEVESQUE, LLC**
731 N Street, Anchorage, AK 99501
907.278.7000; 907.278.7001 (fax)
bill-wwa@ak.net

Charles E. Cole (SBN 5503004)
**LAW OFFICES OF CHARLES E. COLE**
406 Cushman Street, Fairbanks, AK 99701
907.452.1124; 907.456.2523 (fax)
colelaw@att.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY,<br><br>                      Plaintiff,<br><br>   v.<br><br>EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation,<br><br>                      Defendants. | No.: 06-35717<br><br>Dist. Ct. No.: 4:05-cv-00026-RRB<br><br><br>**AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Alaska Gasline Port Authority, the Plaintiff herein, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court, entered in this action on July 13, 2006, and all interlocutory orders that gave rise to that judgment, including but not limited to the order granting the Defendants' motions to dismiss, entered on June 19, 2006.

Alaska Gasline Port Authority also appeals the District Court's September 15, 2006 Order Denying Motion to Set Aside Judgment and File Amended Complaint.

Dated: October 13, 2006         By:    /s/  John F. Cove, Jr.

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA  94612
(510) 874-1000
(510) 874-1460 (fax)
jcove@bsfllp.com
*Attorneys for Alaska Gasline Port Authority*

# Certificate of Service

I hereby certify that on October 13, 2006, a copy of the foregoing document entitled,

**AMENDED NOTICE OF APPEAL**

was served electronically on each of the following:

David Boies, Kevin Barry, John F. Cove, Jr., Kenneth F. Rossman, IV, Robert Silver, William M. Walker, Charles E. Cole, Jeffrey M. Feldman, Paul B. Hewitt, Bradley S. McKim, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Donald B. Craven, William B. Rozell, Douglas J. Serdahely, C. Fairley Spillman, Matthew P. Whitley, G. Seth Beal, David J. Beck, Benjamin W. Hulse, James Langan, Eric J.R. Nichols, L. Nichol White, David J. Zott, and James P. Tuite.

By: s/Kevin J. Barry.

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
kbarry@bsfllp.com