A-11 (rev. 5/00)                                                            Page 1 of 2



USCA DOCKET # **06-35717**

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

| **TITLE IN FULL:**<br><br>Alaska Gasline Port Authority v. ExxonMobil Corporation, ExxonMobil Alaska Production, Inc., BP p.l.c., and BP Exploration (Alaska), Inc. | DISTRICT: **District of Alaska** | JUDGE: **Hon. Ralph Beistline** |
|---|---|---|
| | DISTRICT COURT NUMBER: **4:05-cv-00026-RRB** | |
| | DATE NOTICE OF APPEAL FILED:<br>**8/14/2006 (Original Notice)**<br>**10/10/2006 (Amended Notice)** | IS THIS A CROSS-APPEAL?<br>☐ YES    ☑ No |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): 06-35717 (initial Notice of Appeal) | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**
     This is an antitrust action alleging concerted refusal to deal, group boycott, agreements not to compete, conspiracy to monopolize, attempted monopolization, Section 7 violation, and related claims. The District Court granted all Defendants' motions to dismiss the initial complaint, and judgment was entered thereafter. The Court also denied Plaintiff's motions to set aside the judgment and to file an amended complaint.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
     The dismissal was based on the following arguments, all of which will be raised on appeal: (1) the Plaintiff lacks standing to bring an antitrust claim because of a lack of preparedness to enter the market; (2) the Section 7 claim fails to show that the acquisitions in question were illegal or had an effect on defendants' refusal to deal, and are time-barred; and (3) the lawsuit is preempted by the Stranded Gas Development Act, an Alaska state law. The appeal will also concern whether Plaintiff should have been given leave to amend.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**     N/A

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**     No.
☐ Possibility of settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters
☐ Any other information relevant to the inclusion of this case in the Mediation Program
☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

| LOWER COURT INFORMATION | | | Page 2 of 2 |
|---|---|---|---|
| JURISDICTION | | DISTRICT COURT DISPOSITION | |
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ ORDER APPEALED | RELIEF |
| ☑ Federal Question<br>☐ Diversity<br>☐ Other (Specify): | ☑ Final Decision of District Court<br>☐ Interlocutory Decision Appealable As of Right<br>☐ Interlocutory Order Certified by District Judge (Specify):<br>☐ Other (Specify): | ☐ Default Judgment<br>☑ Dismissal/jurisdiction<br>☐ Dismissal/merits<br>☐ Summary Judgment<br>☑ Judgment/court Decision<br>☐ Judgment/jury Verdict<br>☐ Declaratory Judgment<br>☐ Judgment as a Matter of Law<br>☐ Other (Specify): | ☑ Damages:<br>Sought $<br>Awarded $<br>☑ Injunctions:<br>☐ Preliminary<br>☑ Permanent<br>☐ Granted<br>☐ Denied<br><br>☐ Attorney Fees:<br>Sought $<br>Awarded $<br>☐ Pending<br>☐ Costs: $ |

### CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**
1. Copies of Order/Judgment Appealed From Are Attached.
2. A Current Service List or Representation Statement With Telephone and Fax Numbers Are Attached (See 9th Cir. Rule 3-2).
3. A Copy of This Civil Appeals Docketing Statement Was Served in Compliance with FRAP 25.
4. I Understand That Failure to Comply With These Filing Requirements May Result in Sanctions, Including Dismissal of This Appeal.

_October 13, 2006_
Signature Date

_/s/ K.J.B._
Date

### COUNSEL WHO COMPLETED THIS FORM

NAME: Kevin J. Barry

FIRM: Boies, Schiller & Flexner LLP

ADDRESS: 1999 Harrison Street, Suite 900, Oakland, CA 94612

E-MAIL: kbarry@bsfllp.com

TELEPHONE: (510) 874-1012

FAX: (510) 874-1460

✳ This Document Should Be Filed in The District Court With The Notice of Appeal ✳
✳ If Filed Late, it Should Be Filed Directly With the U.S. Court of Appeals ✳