David Boies
Robert Silver
**BOIES, SCHILLER & FLEXNER LLP**
333 Main Street, Armonk, NY 10504
914.749.8200; 914.749.8300 (fax)
dboies@bsfllp.com; rsilver@bsfllp.com

John F. Cove, Jr.
Kenneth F. Rossman IV
**BOIES, SCHILLER & FLEXNER LLP**
1999 Harrison St., Suite 900, Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
jcove@bsfllp.com; krossman@bsfllp.com

| William M. Walker (SBN 8310155) | Charles E. Cole (SBN 5503004) |
|---|---|
| **WALKER & LEVESQUE, LLC** | **LAW OFFICES OF CHARLES E. COLE** |
| 731 N Street, Anchorage, AK 99501 | 406 Cushman Street, Fairbanks, AK 99701 |
| 907.278.7000; 907.278.7001 (fax) | 907.452.1124; 907.456.2523 (fax) |
| bill-wwa@ak.net | colelaw@att.net |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, <br><br> Plaintiff, <br><br> v. <br><br> EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, <br><br> Defendants. | CASE NO.: 4:05-cv-00026-RRB <br><br> **AMENDED REPRESENTATION STATEMENT** |

TO THE COURT AND ALL PARTIES OF RECORD: Plaintiff Alaska Gasline Port Authority hereby submits the following Amended Representation Statement with its Amended Notice of Appeal, filed concurrently with this document.

<u>Plaintiff Alaska Gasline Port Authority</u> is represented by:

David Boies
Robert Silver
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504
(914) 749-8201
Fax: (914) 749-8300
Email: dboies@bsfllp.com;
rsilver@bsfllp.com

William M. Walker
Walker & Levesque
731 N Street
Anchorage, AK 99501
(907) 278-7000
Fax: (907) 278-7001
Email: bill-wwa@ak.net

John F. Cove, Jr.
Kenneth F. Rossman, IV
Kevin Barry
Boies, Schiller & Flexner LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
(510) 874-1000
Fax: (510) 874-1460
Email: jcove@bsfllp.com;
krossman@bsfllp.com; kbarry@bsfllp.com

Charles E. Cole
Law Office of Charles Cole
406 Cushman Street
Fairbanks, AK 99701
(907) 452-1124
Fax: (907) 456-2523
Email: colelaw@att.net

<u>Defendant ExxonMobil Corp.</u> is represented by:

C. Fairley Spillman
Donald B. Craven
James P. Tuite
Paul B. Hewitt
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Ave, N.W.
Washington, DC 20036
(202) 887-4000
Fax: (202) 887-4288
Email: fspillman@akingump.com;
dcraven@akingump.com;
jtuite@akingump.com;
phewitt@akingump.com

Douglas J. Serdahely
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 263-6300
Fax: (907) 263-6345
Email: dserdahely@pattonboggs.com

David J. Beck
Eric J.R. Nichols
L. Nicole White
Matthew P. Whitley
Beck, Redden & Secrest, LLP
1221 McKinney Street, #4500
Houston, TX 77010
(713) 951-3700
Fax: (713) 951-3720
Email: dbeck@brsfirm.com;
enichols@brsfirm.com;
nwhite@brsfirm.com;
mwhitley@brsfirm.com

William Barclay Rozell
William B. Rozell
P.O. Box 20730
Juneau, AK 99802
(907) 586-0142
Fax: (907) 463-4647
Email: bartrozell@aol.com

Defendant ExxonMobil Alaska Production, Inc. is represented by:

C. Fairley Spillman
Donald B. Craven
James P. Tuite
Paul B. Hewitt
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Ave, N.W.
Washington, DC 20036
(202) 887-4000
Fax: (202) 887-4288
Email: fspillman@akingump.com;
dcraven@akingump.com;
jtuite@akingump.com;
phewitt@akingump.com

Douglas J. Serdahely
Patton Boggs LLP
601 West 5th Avenue, Suite 700
Anchorage, AK 99501
(907) 263-6300
Fax: (907) 263-6345
Email: dserdahely@pattonboggs.com

David J. Beck
Eric J.R. Nichols
L. Nicole White
Matthew P. Whitley
Beck, Redden & Secrest, LLP
1221 McKinney Street, #4500
Houston, TX 77010
(713) 951-3700
Fax: (713) 951-3720
Email: dbeck@brsfirm.com;
enichols@brsfirm.com;
nwhite@brsfirm.com;
mwhitley@brsfirm.com

William Barclay Rozell
William B. Rozell
P.O. Box 20730
Juneau, AK 99802
(907) 586-0142
Fax: (907) 463-4647
Email: bartrozell@aol.com

Defendant BP p.l.c. is represented by:

| | |
|---|---|
| David J. Zott<br>James A. Langan<br>Benjamin W. Hulse<br>Kirkland & Ellis LLP (Chicago)<br>200 East Randolph Drive<br>Chicago, IL 60601<br>(312) 861-2000<br>Fax: (312) 861-2200<br>Email: bhulse@kirkland.com;<br>dzott@kirkland.com;<br>alangan@kirkland.com | G. Seth Beal<br>Kirkland & Ellis LLP<br>777 South Figueroa Street, Suite 3400<br>Los Angeles, CA 90017-5800<br>(213) 680-8400<br>Fax: (213) 680-8500<br>Email: sbeal@kirkland.com |

Jeffrey M. Feldman
Feldman Orlansky & Sanders
500 L. Street, Suite 400
Anchorage, AK 99501
(907) 272-3538
Fax: (907) 274-0819
Email: feldman@frozenlaw.com


Defendant BP Exploration (Alaska) Inc. is represented by:

| | |
|---|---|
| Matthew T. Heartney<br>Ronald C. Redcay<br>Angel L. Tang<br>Arnold & Parter, LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>(213) 243-4000<br>Fax: (213) 243-4199<br>Email: Matthew.Heartney@aporter.com;<br>Angel.Tang@aporter.com;<br>Ronald.Redcay@aporter.com | Jeffrey M. Feldman<br>Feldman Orlansky & Sanders<br>500 L. Street, Suite 400<br>Anchorage, AK 99501<br>(907) 272-3538<br>Fax: (907) 274-0819<br>Email: feldman@frozenlaw.com |

Bradley S. McKim
BP Exploration (Alaska) Inc.
900 East Benson Blvd.
Anchorage, AK 99508
(907) 564-5154
Fax: (907) 564-4031
Email: bradley.mckim@bp.com

| | | |
|---|---|---|
| Dated: October 13, 2006 | By: | /s/  John F. Cove, Jr |

                        BOIES, SCHILLER & FLEXNER LLP
                        1999 Harrison St., Suite 900
                        Oakland, CA  94612
                        (510) 874-1000
                        (510) 874-1460 (fax)
                        jcove@bsfllp.com
                        *Attorneys for Alaska Gasline Port Authority*

# Certificate of Service

I hereby certify that on October 5, 2006, a copy of the foregoing document entitled**,**

**AMENDED REPRESENTATION STATEMENT**

was served electronically on each of the following:

David Boies, Kevin Barry, John F. Cove, Jr., Kenneth F. Rossman, IV, Robert Silver, William M. Walker, Charles E. Cole, Jeffrey M. Feldman, Paul B. Hewitt, Bradley S. McKim, Ronald C. Redcay, Matthew T. Heartney, Angel L. Tang, Donald B. Craven, William B. Rozell, Douglas J. Serdahely, C. Fairley Spillman, Matthew P. Whitley, G. Seth Beal, David J. Beck, Benjamin W. Hulse, James Langan, Eric J.R. Nichols, L. Nichol White, David J. Zott, and James P. Tuite.

By:  s/Kevin J. Barry.

BOIES, SCHILLER & FLEXNER LLP
1999 Harrison St., Suite 900
Oakland, CA 94612
510.874.1000; 510.874.1460 (fax)
kbarry@bsfllp.com

6
AMENDED REPRESENTATION STATEMENT
*Alaska Gasline Port Authority v. ExxonMobil Corp., et al.*, Dist. Ct. No. 4:05-cv-00026-RRB