## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE ALASKA GASLINE PORT AUTHORITY, | ) Case No: 4:05-cv-00026-RRB ) |
| | ) **CORRECTED** ~~(PROPOSED)~~ |
| | ) **FINAL JUDGMENT** |
| Plaintiff, | ) |
| v. | ) (DEFENDANTS EXXONMOBIL ) CORPORATION, EXXONMOBIL ) ALASKA PRODUCTION, INC., |
| EXXONMOBIL CORPORATION, a New Jersey corporation; EXXONMOBIL ALASKA PRODUCTION, INC., a Delaware corporation; BP P.L.C., a United Kingdom corporation; and BP EXPLORATION (ALASKA) INC., a Delaware corporation, | ) BP P.L.C. and BP EXPLORATION ) (ALASKA) INC.) ) ) (Fed. R. Civ. P. 54) ) ) ) Judge: The Honorable Ralph R. Beistline |
| Defendants. | ) |

On June 19, 2006, this Court granted the defendants' motions to dismiss this matter pursuant to Rule 12(b), Fed. R. Civ. P. The Court's order disposes of all claims brought against the defendants in this action.

THEREFORE, pursuant to Fed. R. Civ. P. 54, the Court now enters final judgment in favor of the defendants and against the plaintiff in this matter, and hereby dismisses this action.

Dated this 13 day of July, 2006.

Ralph R. Beistline
United States District Court Judge