RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

AUG 2 2 2006

FILED
DOCKETED
DATE   INITIAL

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

06-35917

**CASE INFORMATION:**
Short Case Title: <u>Alaska Gasline Port Authority v ExxonMobile Corp et al</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>Ralph R Beistline   4:05-cv-00026-RRB</u>
Date Complaint/Indictment/Petition Filed: <u>12/19/2005</u>
Date Appealed Order/Judgment *entered*: <u>6/19/2006</u>
Date NOA *filed*: <u>8/14/2006</u>

RECEIVED
NOV 2 - 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

Court Reporter(s) Name and Phone Number: <u>Tina J Grothause (907) 451-5791</u>

Magistrate Judge's Order?  If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: <u>8/14/2006</u>        Date Docket Fee billed: _
Date FP granted: _                            Date FP denied: _
Is FP pending? __yes/no                       Was FP Limited/Revoked?
US Government Appeal?   __yes/no
Companion Cases? Please list: _

Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                            Appellee Counsel:
John F Cove Jr                                Douglas J Serdahely
1999 Harrison St Ste 900                      601 W 5th Ave Ste 700
Oakland, Ca 94612                             Anchorage, AK 99501
(510) 874-1000                                (907) 263-6300

**\*\*Co-Counsel listed on enclosed representation statement\*\***
<u>X</u>_retained   __CJA   __FPD   __FPD   __Other      Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: _                Address: _
Custody: _                          _
Bail: _

---

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _         9th Circuit Docket Number: _

---

Name and phone number of person completing this form:   <u>Tina J Grothause</u>
                                                          <u>(907) 451-5791</u>