UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 24 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| ALASKA GASLINE PORT AUTHORITY,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>EXXONMOBIL CORPORATION; et al.,<br><br>Defendants - Appellees. | No. 06-35717<br><br>D.C. No. CV-05-00026-RRB<br>District of Alaska, Anchorage<br><br>**RECEIVED**<br>NOV 27 2006<br>CLERK, U.S. DIST... COURT<br>ANCHORAGE, ALASKA<br><br>ORDER |
|---|---|

Appellant's motion for an extension of time to file the opening brief is granted. However, appellant is informed that appellant cannot seek an extension of time on behalf of appellee. The opening brief is due January 30, 2007; the answering brief is due March 1, 2007. The optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 11.13