UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 0 2 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| ALASKA GASLINE PORT AUTHORITY,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>EXXONMOBIL CORPORATION; et al.,<br><br>      Defendants - Appellees. | No. 06-35717<br><br>D.C. No. CV-05-00026-RRB<br>District of Alaska,<br>~~Anchorage~~ Fairbanks<br><br>ORDER |

RECEIVED

FEB 0 5 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The parties' stipulation to voluntary dismissal of this appeal is granted. This appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b). Each party is to bear its own costs to the appeal. A certified copy of this order sent to the district court shall act as and for the mandate of this court.

A TRUE COPY  2/2/07
ATTEST
CATHY CATTERSON
Clerk of Court
by: _____
   Deputy Clerk
This certification does constitute the mandate of the court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 1.29